Clifford Darden -- Appendix of Exhibits for RIS Motion
--------------------------------------------------------

| Page: | Content: | Date: |
|-------|----------|-------|
| App. 1 | Warden's denial of Request for RIS | Nov. 17, 2023 |
| App. 2 | September 18, 2024 UF Health Report · 1 | Sep. 18, 2024 |
| App. 3 | UF Health Report · 2 | Sep. 18, 2024 |
| App. 4 | Shands Health Report · 1   (page 2) | Sep. 17, 2024 |
| App. 5 | Shands Health Report · 2   (page 3) | Sep. 17, 2024 |
| App. 6 | Shands Health Report · 3   (page 8) | Sep. 17, 2024 |
| App. 7 | Shands Health Report · 4   (page 9) | Sep. 17, 2024 |
| App. 8 | Shands Health Report · 5   (page 12) | Sep. 17, 2024 |
| App. 9 | Shands Health Report · 6   (page 16) | Sep. 17, 2024 |
| App. 10 | Shands Health Report · 7   (page 17) | Sep. 17, 2024 |
| App. 11 | Shands Health Report · 8   (page 36) | Sep. 17, 2024 |
| App. 12 | Shands Health Report · 9   (page 37) | Sep. 17, 2024 |
| App. 13 | Shands Health Report · 10  (page 42) | Sep. 17, 2024 |
| App. 14 | Shands Health Report · 11  (page 46) | Sep. 17, 2024 |
| App. 15 | Shands Health Report · 12  (page 47) | Sep. 17, 2024 |
| App. 16 | Shands Health Report · 13  (page 54) | Sep. 17, 2024 |
| App. 17 | Shands Health Report · 14  (page 55) | Sep. 17, 2024 |
| App. 18 | Shands Health Report · 15  (page 56) | Sep. 17, 2024 |
| App. 19 | BOP Medical Report · 1 | Sep. 17, 2024 |
| App. 20 | BOP Medical Report · 2 | Sep. 17, 2024 |
| App. 21 | BOP Medical Report · 3 | Sep. 17, 2024 |
| App. 22 | BOP Medical Report · 4 | Sep. 12, 2024 |
| App. 23 | BOP Medical Report · 5 | Sep. 12, 2024 |
| App. 24 | BOP Medical Report · 6 | Sep. 12, 2024 |
| App. 25 | BOP Medical Report · 7 (Current conditions) | Nov. 6, 2024 |
| App. 26 | BOP Medical Report · 8 (Current conditions) | Nov. 6, 2024 |
| App. 27 | BOP Medical Report · 9 | Mar. 27, 2024 |
| App. 28 | Village Heart Center Report · 1 | Feb. 16, 2024 |
| App. 29 | Village Heart Center Report · 2 | Feb. 16, 2024 |
| App. 30 | UF Health Report · 3 | Nov. 26, 2023 |
| App. 31 | UF Health Report · 4 | Nov. 26, 2023 |
| App. 32 | UF Health Report · 5 | Nov. 26, 2023 |
| App. 33 | UF Health Report · 6 | Nov. 26, 2023 |

Clifford Darden Appendix, cont.
-------------------------------

| Page: | Content: | Date: |
|-------|----------|-------|
| App. 34 | UF Health Report · 7 | Nov. 26, 2023 |
| App. 35 | UF Health Report · 8 | Nov. 26, 2023 |
| App. 36 | UF Health Report · 9 | Nov. 26, 2023 |
| App. 37 | UF Health Report · 10 | Nov. 26, 2023 |
| App. 38 | UF Health Leesburg Report · 1 | Dec. 1, 2023 |
| App. 39 | UF Health Leesburg Report · 2 | Dec. 1, 2023 |
| App. 40 | UF Health Leesburg Report · 3 | Dec. 1, 2023 |
| App. 41 | UF Health Leesburg Report · 4 | Dec. 1, 2023 |
| App. 42 | UF Health Leesburg Report · 5 | Dec. 1, 2023 |
| App. 43 | UF Health Leesburg Report · 6 | Dec. 1, 2023 |
| App. 44 | UF Health Leesburg Report · 7 | Dec. 1, 2023 |
| App. 45 | UF Health Report · 11 | Nov. 30, 2023 |
| App. 46 | UF Health Report · 12 | Nov. 30, 2023 |
| App. 47 | UF Health Report · 13 | Nov. 30, 2023 |
| App. 48 | UF Health Report · 14 | Nov. 30, 2023 |
| App. 49 | UF Health Report · 15 | Nov. 30, 2023 |
| App. 50 | UF Health Report · 16 | Nov. 30, 2023 |
| App. 51 | Computation Data Sheet | Jan. 27, 2025 |
| App. 52 | Computation Data Sheet | Jan. 27, 2025 |
| App. 53 | Computation Data Sheet | Jan. 27, 2025 |
| App. 54 | PATTERN Recidivism Score | Jan. 27, 2025 |
| App. 55 | PATTERN Recidivism Score | Jan. 27, 2025 |
| App. 56 | PATTERN Risk Assessment | Dec. 30, 2024 |
| App. 57 | Custody Classificaiton Score | Jan. 27, 2025 |
| App. 58 | Individualized Needs Plan | Jan. 29, 2025 |
| App. 59 | Individualized Needs Plan | Jan. 29, 2025 |
| App. 60 | Individualized Needs Plan | Jan, 29, 2025 |
| App. 61 | Program Certificate -- Phoenix Re-entry | Nov. 30, 2018 |
| App. 62 | Program Certificate -- Horticulture | Apr. 6, 2017 |
| App. 63 | Program Certificate -- Horticulture | Apr. 6, 2017 |
| App. 64 | Program Certificate -- Legal Research | Jan. 4, 2017 |
| App. 65 | Program Certificate -- Horticulture | Sep. 29, 2016 |
| App. 66 | Program Certificate -- Horticulture | Jun. 25, 2016 |

Clifford Darden Appendix, cont.
------------------------------

| Page: | Content: | Date: |
|-------|----------|-------|
| App. 67 | Program Certificate -- Horticulture | Mar. 23, 2016 |
| App. 68 | Program Certificate -- Horticulture | Dec. 31, 2015 |
| App. 69 | Program Certificate -- Horticulture | Oct.  2, 2015 |
| App. 70 | Program Certificate -- Horticulture | Jun. 30, 2015 |
| App. 71 | Program Certificate -- Horticulture | Mar. 25, 2015 |
| App. 72 | Program Certificate -- Horticulture | Dec. 30, 2014 |
| App. 73 | Program Certificate -- Keyboarding | Sep. 28, 2014 |
| App. 74 | Program Certificate -- Horticulture | Jun. 25, 2014 |
| App. 75 | Program Certificate -- Microsoft Office | Apr.  9, 2013 |
| App. 76 | Program Certificate -- French | Dec. 28, 2012 |
| App. 77 | Program Certificate -- Keyboarding | May  8, 2012 |
| App. 78 | Program Certificate -- Air Conditioning | Dec. 12, 2012 |
| App. 79 | Program Certificate -- Money Smart | Oct. 20, 2011 |
| App. 80 | Program Certificate -- Goal Setting | Jun. 23, 2010 |
| App. 81 | Work Performance Rating | Jan.      2025 |
| App. 82 | Work Performance Rating | Jan.      2025 |
| App. 83 | Staff Letter of Recommendation | Undated |
| App. 84 | Letter to the Court | Feb. 23, 2025 |
| App. 85 | Letter from Pastor | Feb. 23, 2025 |
| App. 87 | Letter from Spouse | Feb. 27, 2025 |

App. iii



U.S. Department of Justice
Federal Bureau of Prisons
Federal Correctional Complex-LOW
P.O. Box 1021
Coleman, Florida 33521-1021

November 13, 2023

Name:          Darden, Clifford
Reg. Number:   49961-018
Housing Unit:  A-1

RE:  Request for Compassionate Release/Reduction in Sentence

This is in response to your Reduction in Sentence application dated November 6, 2023.  You requested a reduction in sentence (RIS) based on Extraordinary or Compelling Circumstances.

Title 18 of the United States Code, section 3582(C)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons.  BOP Program Statement No. 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner.  Your request has been evaluated consistent with this general guidance.

Challenges to an inmate's sentence length directly related to their conviction are not considered extraordinary or compelling circumstances by the Bureau of Prisons.  These challenges should be addressed by the inmate either filing a direct appeal or a habeas corpus action.  After careful consideration, your request is denied.

If you are not satisfied with this response to your request, you may commence on appeal of this decision via the administrative remedy process by submitting your concerns on the appropriate form (BP-9) within 20 days of the receipt of this response.

_____          _____
J. Gunther, Warden                              Date  11-17-23

_____          _____
Inmate                                          Date  11.20.23

App. 1

**Darden, Clifford**     COL Rx # 49961-08     MRN: 005034712

| Zelaya Aragon, Sheyla K, MD | Consults ⚠🖥 | Date of Service: 09/18/24 0930 |
|---|---|---|
| Physician | Addendum | |
| Nephrology | | |

**Consult Orders**
IP consult to Nephrology: Acute Kidney [741505895] ordered by Hessami, Miratiqullah, MD at 09/17/24 2235

**UFHealth Leesburg Hospital**
**Department of Nephrology**
**Consult Note**

Date of Consult: 09/18/2024

Clifford Darden is a 64 y.o. White male who has been admitted from Coleman correctional facility for AMS and hypoglycemia. Per Past medical history includes hypertension, hyperlipidemia.

During hospitalization BUN and SCr were
**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| BUN | 96 (H) | 09/18/2024 05:16 AM |

and Blood Pressures were
**BP Readings from Last 3 Encounters:**
09/18/24    (I) 150/71
12/03/23    131/89

Clinical course since hospital admission includes imaging and laboratory work up. Xray completed and reports no acute cardiopulmonary disease. Abnormal labs on admission include Na 129, BUN 94, Cr. 10.70, GFR 5, WBC 4.3.

Nephrology has been consulted to manage an acute kidney injury. Pt. Denies history of kidney disease. Review of historic labs shows back in December 2023, BUN 14, Cr. 1.34 and GFR 59. Labs on this admission, BUN 94, Cr. 10.70 and GFR 5. He was started on D5W-0.45% NaCl. Most recent labs shows worsening AKI BUN 96, Cr. 10.80 and GFR 5. Total CK 388. He reports still voiding without difficulty. He states he had been feeling ok prior to the episode. He states he was in the bathroom and then all of sudden felt weak and passed out. Per EMS report, pt was found down and blood glucose was 54 at that time. Pt. Awake, alert and oriented x4. He denies any recent infections such as COVID or influenza. He is with no complaints at this time. Renal US completed and reports unremarkable bilateral renal sonogram. Home meds include lisinopril and eliquis. Pt denies being on a diuretic. RN at bedside reports pt has been drinking fluids but with poor food intake. Discussed with pt need to initiated HD to correct azotemia, electrolyte abnormalities and volume control. Pt. Verbalized understanding and agreed to move forward with HD.

**Past Medical History:**
Diagnosis                                                                 Date
- Allergy to environmental factors
- Hyperlipidemia
- Hypertension

**Past Surgical History:**
Procedure                                    Laterality    Date
- HERNIA REPAIR
- KNEE SURGERY                          Left

History reviewed. No pertinent family history.
**Social History**

App. 2

# Darden, Clifford

MRN: 005034712

| | | |
|---|---|---|
| Hessami, Miratiqullah, MD<br>Physician<br>Hospitalist | Discharge Summary ⚠️🖭<br>Signed | Date of Service: 09/27/24 1108 |

## UFHealth Leesburg Hospital

Clifford Darden is a 64 y.o. male patient who is being discharged.

**Admit date:** 9/17/2024

**No discharge date for patient encounter.**
DATE OF DISCHARGE 09/27/2024
**Admitting Physician:** Miratiqullah Hessami, MD

**Discharge Physician:** HESSAMI

**Admission Diagnoses:** <principal problem not specified>

**Discharge Diagnoses:**

HYPOGLYCEMIA
ACUTE RENAL FAILURE
POST RENAL BIOPSY
ACUTE METABOLIC ENCEPHALOPATHY
HISTORY OF A FIB
DM
HTN
HYPERLIPIDEMIA
**Discharged Condition:** stable

**Operations / Procedures:TEMP DIALYSIS**

**Procedure Performed:** TEMP DIALYSIS

**Hospital Course:**
64 YEAR OLD MALE WITH HISTORY OF DM, HTN, HYPERLIPIDEMIA AND A FIB, ADMITTED WITH
CHANGE IN MENTAL STATUS AND BEING WEAK
PATIENT HAD LOW BLOOD GLUCOSE, WAS TAKING METFORMIN, WHICH WAS STOPPED,
MONITORED BLOOD GLUCOSE IMPROVED
PATIENT HAD ACUTE RENAL FAILURE, WAS TAKING METFORMIN, LISINOPRIL AND DIURETIC
WHICH WERE STOPPED, SEEN BY NEPHROLOGY, STARTED ON DIALYSIS AND MONITORED,
PATIENT RENAL FUNCTION GRADUALLY IMPROVED, HAD RENAL BIOPSY WHICH WAS
SUGGESTIVE OF ACUTE RENAL INJURY
HE IS EVALUATED TODAY, DOING GOOD, STABLE, NO COMPLAINS, WILL BE DISCHARGED BACK
TO COLEMAN

**Consults:**
**Consults**
Procedures
• IP consult to Nephrology: Acute Kidney
• IP consult to nutrition
• IP consult to case management

**Significant Diagnostic Studies:** labs:    App. 3

SHANDS AT THE UNIVERSITY OF FLORIDA
Health Information Department
PO Box 100345
Gainesville FL 32610

Darden, Clifford
MRN: 005034712, DOB: 11/3/1959, Legal Sex: M
Adm: 9/17/2024, D/C: 9/27/2024

## 09/17/2024 - ED to Hosp-Admission (Discharged) in UF Health Leesburg Hospital - Unit 3SE (continued)

### ED Provider Note (continued)

Filed: 09/17/24 2231          Date of Service: 09/17/24 1951          Status: Signed
Editor: Boyer, Michael Anthony, DO (Physician)

## History

### Chief Complaint
Patient presents with
- Hypoglycemia

Patient is a 64-year-old male history of hypertension hyperlipidemia presents to the emergency room with altered mental status and found to be hypoglycemic with a blood sugar of 54. He denies any fevers chills he states he was prediabetic in his not taking any medications currently at the Coleman correctional facility.

### Allergies

| Allergen | Reactions |
|---|---|
| Milk (Cow) | Hives |
| Shellfish Allergy | Hives |
| Wheat | Hives |

### Patient's Medications

**New Prescriptions**
No medications on file

**Previous Medications**

| | |
|---|---|
| ACETAMINOPHEN (TYLENOL) 325 MG ORAL TABLET | Take 650 mg by mouth nightly at bedtime as needed for pain. |
| AMIODARONE (PACERONE) 200 MG ORAL TABLET | Take 1 (one) tablet by mouth 2 times daily. |
| APIXABAN (ELIQUIS) 5 MG ORAL TABLET | Take 1 (one) tablet by mouth 2 times daily. |
| ATORVASTATIN (LIPITOR) 20 MG ORAL TABLET | Take 20 mg by mouth daily. |
| CARVEDILOL (COREG) 25 MG ORAL TABLET | Take 1 (one) tablet by mouth 2 times daily (with meals). |
| IBUPROFEN 800 MG ORAL TABLET | Take 800 mg by mouth 2 times daily as needed for pain. |
| LISINOPRIL (ZESTRIL) 30 MG ORAL TABLET | Take 40 mg by mouth every morning. |
| METFORMIN (GLUCOPHAGE) 500 MG ORAL TABLET | Take 500 mg by mouth 2 times daily. |
| TRIAMCINOLONE (KENALOG) 0.1 % EXTERNAL CREAM | Apply topically 2 times daily. Apply topically 2 times daily |

**Modified Medications**
No medications on file

**Discontinued Medications**
No medications on file

App. 4

SHANDS AT THE UNIVERSITY OF FLORIDA
Health Information Department
PO Box 100345
Gainesville FL 32610

Darden, Clifford
MRN: 005034712, DOB: 11/3/1959, Legal Sex: M
Adm: 9/17/2024, D/C: 9/27/2024

**09/17/2024 - ED to Hosp-Admission (Discharged) in UF Health Leesburg Hospital - Unit 3SE (continued)**

## ED Provider Note (continued)

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Allergy to environmental factors | |
| • Hyperlipidemia | |
| • Hypertension | |

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • HERNIA REPAIR | | |
| • KNEE SURGERY | Left | |

No family history on file.

Social History

| Socioeconomic History | |
|---|---|
| • Marital status: | Single |

| Tobacco Use | |
|---|---|
| • Smoking status: | Never |
| • Smokeless tobacco: | Never |

| Vaping Use | |
|---|---|
| • Vaping status: | Never Used |

| Substance and Sexual Activity | |
|---|---|
| • Alcohol use: | Not Currently |
| • Drug use: | Never |

**Social Determinants of Health**

Financial Resource Strain: Low Risk (11/25/2023)
    Overall Financial Resource Strain (CARDIA)
        • Difficulty of Paying Living Expenses: Not hard at all
Transportation Needs: No Transportation Needs (11/25/2023)
    PRAPARE - Transportation
        • Lack of Transportation (Medical): No
        • Lack of Transportation (Non-Medical): No

Review of Systems
Constitutional: Negative.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Genitourinary: Negative.
Musculoskeletal: Negative.
Skin: Negative.
Neurological: Negative.
Psychiatric/Behavioral: Positive for confusion. App. 5
Allergic/Immunologic: negative.

SHANDS AT THE UNIVERSITY OF FLORIDA
Health Information Department
PO Box 100345
Gainesville FL 32610

Darden, Clifford
MRN: 005034712, DOB: 11/3/1959, Legal Sex: M
Adm: 9/17/2024, D/C: 9/27/2024

**09/17/2024 - ED to Hosp-Admission (Discharged) in UF Health Leesburg Hospital – Unit 3SE (continued)**

**ED Provider Note (continued)**

Boyer, Michael Anthony, DO
09/17/24 2231

Electronically signed by Boyer, Michael Anthony, DO at 09/17/24 2231

**H&P Notes**

**H&P by Hessami, Miratiqullah, MD at 9/18/2024 1045**

| Author: Hessami, Miratiqullah, MD | Service: Hospitalist | Author Type: Physician |
|---|---|---|
| Filed: 09/18/24 1053 | Date of Service: 09/18/24 1045 | Status: Signed |
| Editor: Hessami, Miratiqullah, MD (Physician) | | |

### UFHealth Leesburg Hospital

**Admission Date and Time**: 9/17/2024 7:59 PM

**Subjective:**

**Chief Complaint:** LOW BLOOD GLUCOSE,CONFUSION

**History of Present Illness:**
Clifford Darden is a 64 y.o. male who is being admitted for evaluation of <principal problem not specified>.
64 YEAR OLD MALE WITH HISTORY OF A FIB, DM, HTN, HYPERLIPIDEMIA, PREVIOUS CHF
ON DIURETIC, LISINOPRIL, METFORMIN
PATIENT HAD EPISODE OF CHANGE IN MENTAL STATUS, HIS BLOOD GLUCOSE WAS CHECKED,
WAS LOW, PATIENT WAS SENT TO ER, GIVEN DEXTROSE, BLOOD GLUCOSE REMAINED LOW,
BLOOD TEST SHOWED THAT HE HAS VERY HIGH CREATININE, NO HISTORY OF RENAL FAILURE,
ADMITTED FOR MANAGEMENT

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Allergy to environmental factors | |
| • Hyperlipidemia | |
| • Hypertension | |

A FIB
DM

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • HERNIA REPAIR | | |
| • KNEE SURGERY | Left | |

CARDIOVERSION
History reviewed. No pertinent family history.
REVIEWED NONE CONTRIBUTORY
Social History

Socioeconomic History

| • Marital status: | Single |
|---|---|
| Spouse name: | Not on file |

App. 6

SHANDS AT THE UNIVERSITY OF FLORIDA
Health Information Department
PO Box 100345
Gainesville FL 32610

Darden, Clifford
MRN: 005034712, DOB: 11/3/1959, Legal Sex: M
Adm: 9/17/2024, D/C: 9/27/2024

## 09/17/2024 - ED to Hosp-Admission (Discharged) in UF Health Leesburg Hospital - Unit 3SE (continued)

**H&P Notes (continued)**

| | |
|---|---|
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |

Occupational History
| | |
|---|---|
| • Not on file | |

Tobacco Use
| | |
|---|---|
| • Smoking status: | **Never** |
| • Smokeless tobacco: | **Never** |

Vaping Use
| | |
|---|---|
| • Vaping status: | **Never Used** |

Substance and Sexual Activity
| | |
|---|---|
| • Alcohol use: | **Not Currently** |
| • Drug use: | **Never** |
| • Sexual activity: | Not on file |

Other Topics
| | |
|---|---|
| • Not on file | Concern |

Social History Narrative
| | |
|---|---|
| • Not on file | |

### Social Determinants of Health

Financial Resource Strain: Low Risk (9/17/2024)
   Overall Financial Resource Strain (CARDIA)
   • Difficulty of Paying Living Expenses: Not hard at all
Food Insecurity: Not on file
Transportation Needs: No Transportation Needs (11/25/2023)
   PRAPARE - Transportation
   • Lack of Transportation (Medical): No
   • Lack of Transportation (Non-Medical): No
Physical Activity: Not on file
Stress: Not on file
Social Connections: Not on file
Intimate Partner Violence: Not on file
Housing Stability: Not on file

I reviewed the past medical, surgical, family and social history.

### Home Medications:

Medications Prior to Admission

| Medication | Sig |
|---|---|
| • acetaminophen (TYLENOL) 325 MG Oral Tablet | Take 650 mg by mouth nightly at bedtime as needed for pain. |
| • amiodarone (PACERONE) 200 MG Oral Tablet | Take 1 (one) tablet by mouth 2 times daily. |
| • amoxicillin-clavulanate (AUGMENTIN) 875-125 MG Oral Tablet | 1 tablet every 12 hours. |
| • apixaban (ELIQUIS) 5 MG Oral Tablet | Take 1 (one) tablet by mouth 2 times daily. |
| • atorvastatin (LIPITOR) 20 MG Oral Tablet | Take 20 mg by mouth nightly at bedtime. |
| • carvedilol (COREG) 12.5 MG Oral | Take 12.5 mg by mouth 2 times daily. |

App. 7

SHANDS AT THE UNIVERSITY OF FLORIDA
Health Information Department
PO Box 100345
Gainesville FL 32610

Darden, Clifford
MRN: 005034712, DOB: 11/3/1959, Legal Sex: M
Adm: 9/17/2024, D/C: 9/27/2024

**09/17/2024 - ED to Hosp-Admission (Discharged) in UF Health Leesburg Hospital - Unit 3SE (continued)**

**H&P Notes (continued)**

| | | |
|---|---|---|
| ALT | 86 (H) | 11/25/2023 |
| AST | 56 (H) | 11/25/2023 |
| TBILI | 1.1 (H) | 11/25/2023 |
| TPROT | 6.5 | 11/25/2023 |

, and Cardiac markers:

Lab Results

| Component | Value | Date |
|---|---|---|
| CKTOTAL | 388 (H) | 09/18/2024 |
| TROPONINI | 17 | 09/17/2024 |

**Assessment and Plan:**

HYPOGLYCEMIA
ACUTE RENAL FAILURE
ACUTE METABOLIC ENCEPHALOPATHY
HISTORY OF A FIB
DM
HTN
HYPERLIPIDEMIA

ADMIT IN HOSPITAL
DC METFORMIN, D5 NS, MONITOR BLOOD GLUCOSE
DC LASIX, LISINOPRIL , IV FLUID, CONSULT NEPHROLOGY
HOLD ELIQUIS FOR NOW,LIKELY NEEDS DIALYSIS
REVIEWED OLD RECORDS
REVIEWED LABS AND IMAGING STUDIES
DISCUSSED WITH PATIENT
Miratiqullah Hessami, MD
9/18/2024
10:45 AM 10:45 AM

Electronically signed by Hessami, Miratiqullah, MD at 09/18/24 1053

**Discharge Summary Note**

**Discharge Summary by Hessami, Miratiqullah, MD at 9/27/2024 1108**

| Author: Hessami, Miratiqullah, MD | Service: Hospitalist | Author Type: Physician |
|---|---|---|
| Filed: 09/27/24 1113 | Date of Service: 09/27/24 1108 | Status: Signed |
| Editor: Hessami, Miratiqullah, MD (Physician) | | |

**UFHealth Leesburg Hospital**

Clifford Darden is a 64 y.o. male patient who is being discharged.

**Admit date: 9/17/2024**                App. 8

**No discharge date for patient encounter.**

SHANDS AT THE UNIVERSITY OF FLORIDA
Health Information Department
PO Box 100345
Gainesville FL 32610

Darden, Clifford
MRN: 005034712, DOB: 11/3/1959, Legal Sex: M
Adm: 9/17/2024, D/C: 9/27/2024

**09/17/2024 - ED to Hosp-Admission (Discharged) in UF Health Leesburg Hospital - Unit 3SE (continued)**

**Discharge Summary Note (continued)**

## Stopped Meds

**amoxicillin-clavulanate** 875-125 MG Tabs
Commonly known as: AUGMENTIN

**furosemide** 20 MG Tabs
Commonly known as: LASIX

**lisinopril** 40 MG Tabs
Commonly known as: ZESTRIL

**metFORMIN** 500 MG Tabs
Commonly known as: GLUCOPHAGE

**Potassium Chloride CR** 8 MEQ Cpcr

**triamcinolone** 0.1 % Crea
Commonly known as: KENALOG

**Discharge Orders**
Diet regular

Notify instructions at discharge

Notify provider for the following conditions:

- Temperature greater than 101 F
- Chest Pain
- Shortness of breath
- Pain uncontrolled by medications
- Drainage or foul odor from incision
- Extensive bruising or discoloration
- Nausea or vomiting
- Dizziness
- Weight gain of 3 pounds or more in 5 days

Activity as tolerated at discharge

App. 9

Total Time Spent: 45 MIN

Miratiqullah Hessami, MD
9/27/2024 11:08 AM

SHANDS AT THE UNIVERSITY OF FLORIDA
Health Information Department
PO Box 100345
Gainesville FL 32610

Darden, Clifford
MRN: 005034712, DOB: 11/3/1959, Legal Sex: M
Adm: 9/17/2024, D/C: 9/27/2024

**09/17/2024 - ED to Hosp-Admission (Discharged) in UF Health Leesburg Hospital – Unit 3SE (continued)**

**Discharge Summary Note (continued)**

Electronically signed by Hessami, Miratiquilah, MD at 09/27/24 1113

**Consultation Notes**

**Consults**

**Zelaya Aragon, Sheyla K, MD at 9/18/2024 0930**

| Author: Zelaya Aragon, Sheyla K, MD | Service: Nephrology | Author Type: Physician |
| Filed: 09/18/24 2125 | Date of Service: 09/18/24 0930 | Status: Addendum |
| Editor: Zelaya Aragon, Sheyla K, MD (Physician) | | |

Consult Orders
1. IP consult to Nephrology: Acute Kidney [741505895] ordered by Hessami, Miratiquilah, MD at 09/17/24 2235

### UFHealth Leesburg Hospital
### Department of Nephrology
### Consult Note

Date of Consult: 09/18/2024

Clifford Darden is a 64 y.o. White male who has been admitted from Coleman correctional facility for AMS and hypoglycemia. Per Past medical history includes hypertension, hyperlipidemia.

During hospitalization BUN and SCr were
Lab Results

| Component | Value | Date/Time |
| --- | --- | --- |
| BUN | 96 (H) | 09/18/2024 05:16 AM |

and Blood Pressures were
BP Readings from Last 3 Encounters:
09/18/24    (!) 150/71
12/03/23    131/89

Clinical course since hospital admission includes imaging and laboratory work up. Xray completed and reports no acute cardiopulmonary disease. Abnormal labs on admission include Na 129, BUN 94, Cr. 10.70, GFR 5, WBC 4.3.

Nephrology has been consulted to manage an acute kidney injury. Pt. Denies history of kidney disease. Review of historic labs shows back in December 2023, BUN 14, Cr. 1.34 and GFR 59. Labs on this admission, BUN 94, Cr. 10.70 and GFR 5. He was started on D5W-0.45% NaCl. Most recent labs shows worsening AKI BUN 96, Cr. 10.80 and GFR 5. Total CK 388. He reports still voiding without difficulty. He states he had been feeling ok prior to the episode. He states he was in the bathroom and then all of sudden felt weak and passed out. Per EMS report, pt was found down and blood glucose was 54 at that time. Pt. Awake, alert and oriented x4. He denies any recent infections such as COVID or influenza. He is with no complaints at this time. Renal US completed and reports unremarkable bilateral renal sonogram. Home meds include lisinopril and eliquis. Pt denies being on a diuretic. RN at bedside reports pt has been drinking fluids but with poor food intake. Discussed with pt need to initiated HD to correct azotemia, electrolyte abnormalities and volume control.  Pt. Verbalized understanding and agreed to move forward with HD.

App. 10

Past Medical History:
Diagnosis                                                                Date
• Allergy to environmental factors

SHANDS AT THE UNIVERSITY OF FLORIDA
Health Information Department
PO Box 100345
Gainesville FL 32610

Darden, Clifford
MRN: 005034712, DOB: 11/3/1959, Legal Sex: M
Adm: 9/17/2024, D/C: 9/27/2024

**09/17/2024 - ED to Hosp-Admission (Discharged) in UF Health Leesburg Hospital - Unit 3SE
(continued)**

## Lab Results (continued)

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Kappa Free-Serum | 8.89 | 0.33 - 1.94 MG/DL | H ^ | GVUF |
| Lambda Free-Serum | 4.02 | 0.57 - 2.63 MG/DL | H ^ | GVUF |
| Kappa/Lambda Ratio | 2.21 | 0.26 - 1.65 | H ^ | GVUF |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 123016 - GVUF | UF CORE LAB BEAKER | Unknown | 1600 SW Archer Rd Gainesville FL 32610 | 02/25/16 1438 - Present |

## Antistreptolysin O Screen (Final result)

### Specimen Information

| ID | Type | Draw Type | Source | Collected By |
|---|---|---|---|---|
| 24GL262C0180 3 | Blood | Venipuncture | — | Bahurinsky, Ashley M 09/18/24 1014 |

Resulted: 09/18/24 2145, Result status: Final result

### Antistreptolysin O Screen (Normal)

Ordering provider: Zelaya Aragon, Sheyla K, MD 09/18/24 0738
Filed by: Lab, Background User 09/18/24 2145
Resulting lab: UF CORE LAB BEAKER

Order status: Completed
Collected by: Bahurinsky, Ashley M 09/18/24 1014
CLIA number: 10D0665884

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Antistreptolysin-O | 170 | <250 IU/mL IU/ML | — | GVUF |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 123016 - GVUF | UF CORE LAB BEAKER | Unknown | 1600 SW Archer Rd Gainesville FL 32610 | 02/25/16 1438 - Present |

## Antineutrophil Cytoplasmic Antibodies With MPO/PR3 (Final result)

### Specimen Information

| ID | Type | Draw Type | Source | Collected By |
|---|---|---|---|---|
| 24AL-262AR074 | Blood | Venipuncture | — | Bahurinsky, Ashley M 09/18/24 1014 |

App. 11

Resulted: 09/20/24 1252, Result status: Final result

### Antineutrophil Cytoplasmic Antibodies With MPO/PR3

Ordering provider: Zelaya Aragon, Sheyla K, MD 09/18/24 0738
Filed by: Interface, Beaker Arup Results In 09/20/24 1452

Order status: Completed
Collected by: Bahurinsky, Ashley M 09/18/24 1014

---

SHANDS AT THE UNIVERSITY OF FLORIDA
Health Information Department
PO Box 100345
Gainesville FL 32610

Darden, Clifford
MRN: 005034712, DOB: 11/3/1959, Legal Sex: M
Adm: 9/17/2024, D/C: 9/27/2024

## 09/17/2024 - ED to Hosp-Admission (Discharged) in UF Health Leesburg Hospital - Unit 3SE (continued)

### Lab Results (continued)

Resulting lab: ARUP

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Myeloperoxidase Ab | 0 | 0 - 19 AU/mL | — | ARUP |

Comment:
INTERPRETIVE INFORMATION: Myeloperoxidase Abs, IgG

19 AU/mL or Less ......... Negative
20-25 AU/mL .............. Equivocal
26 AU/mL or Greater ...... Positive

Approximately 90% of patients with a P-ANCA pattern by IFA have antibodies specific for MPO.

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Serine Protease 3 Ab | 1 | 0 - 19 AU/mL | — | ARUP |

Comment:
INTERPRETIVE INFORMATION: Serine Proteinase 3, IgG

19 AU/mL or Less ........ Negative
20-25 AU/mL ............. Equivocal
26 AU/mL or Greater ..... Positive

Approximately 85% of patients with a C-ANCA pattern by IFA have antibodies specific for PR3.

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Cytoplasmic Pattern | None Detected | None Detected | — | ARUP |

Comment:
INTERPRETIVE INFORMATION: ANCA IFA Pattern

Neutrophil Cytoplasmic Antibodies (C-ANCA = granular cytoplasmic staining, P-ANCA = perinuclear staining) are found in the serum of over 90 percent of patients with certain necrotizing systemic vasculitides, and usually in less than 5 percent of patients with collagen vascular disease or arthritis.
Performed By: ARUP Laboratories
500 Chipeta Way
Salt Lake City, UT 84108
Laboratory Director: Jonathan R. Genzen, MD, PhD
CLIA Number: 46D0523979

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Cytoplasmic Pattern | <1:20 | <1:20 | — | ARUP |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 63 - ARUP | ARUP | Unknown | Unknown | 05/07/15 0640 - Present |

### Immunofixation, Serum (Final result)

#### Specimen Information

| ID | Type | Draw Type | Source | Collected By |
|---|---|---|---|---|
| PLE24-0003928 | Blood | Venipuncture | Blood | Bahurinsky, Ashley M 09/18/24 1014 |

App. 12

Resulted: 09/20/24 1149, Result status: Final result

Immunofixation, Serum

Ordering provider: Zelaya Aragon, Sheyla K, MD  09/18/24   Order status: Completed
1031

SHANDS AT THE UNIVERSITY OF FLORIDA
Health Information Department
PO Box 100345
Gainesville FL 32610

Darden, Clifford
MRN: 005034712, DOB: 11/3/1959, Legal Sex: M
Adm: 9/17/2024, D/C: 9/27/2024

**09/17/2024 - ED to Hosp-Admission (Discharged) in UF Health Leesburg Hospital - Unit 3SE (continued)**

**Lab Results (continued)**

Light Microscopy:

Sections stained with H&E, PAS, silver methenamine and trichrome reveal 1 portion of renal cortical tissue with capsule. *Glomeruli*: On serial sections, at least 18 glomeruli are present, 1 of which is globally sclerotic. The remaining glomeruli show normal in mesangial cellularity and matrix. No segmental sclerosis is seen. No cellular crescent or area of segmental necrosis is identified. *Tubules and Interstitium*: The tubular atrophy and interstitial fibrosis are mild and patchy, with overall tubular loss estimated to be approximately 5-10% of the renal cortex sampled. Many proximal tubules show moderate flattening and simplification of tubular epithelium. No prominent cytoplasmic vacuole is identified. There is focal interstitial inflammation with lymphocytes/mononuclear cells with few eosinophils around arteries and veins. No tubulitis is identified. *Vessels*: Arteries up to interlobular size are present and unremarkable. No active arteritis seen. Hyalinosis is seen in 1 small artery.

Immunofluorescence:

The specimen processed for immunofluorescence consists of 2 portions of renal cortical tissue with 10 glomeruli, 1 of which is globally sclerosis. By immunofluorescence, there is diffuse, granular mesangial staining for C3 (1+). There is diffuse pseudolinear staining along glomerular capillary loops for albumin (1+). No specific glomerular staining for IgG, IgM, IgA, C1q, kappa light chain or lambda light chain is noted. The negative control is negative.

Electron Microscopy:

Electron microscopic examination is performed at UF Health Pathology Laboratories, Gainesville FL. Toluidine Blue stained thick section shows 1 portion of renal cortex with 1 glomerulus, which is selected for electron microscopic examination and show normocellularity on 1-micron section. A total of 24 images are evaluated. Ultrastructurally, the glomerular basement membrane shows normal trilaminar structure and mean thickness is within normal range. No electron dense immune deposit is identified. Rare tubule-reticular inclusion is seen. The majority of podocyte foot processes remains intact. Proximal tubules show mild injury with shorten microvilli.

Notes: Acute tubular injury is seen without cytoplasmic vacuole, indicating an ischemia type of tubular injury. Tubular atrophy and interstitial fibrosis are mild. The glomeruli are normocellular. No significant immune complex is detected by immunofluorescence and electron microscopy. Clinical correlation is advised.

This case was discussed with Dr. Zelaya Aragon on 09/25/2024.

"I, or my qualified designee, performed the gross examination. I have personally reviewed the gross description and performed a microscopic examination on all referenced material. I have personally issued this report on the basis of the gross and microscopic findings."

Electronically signed by Zeng, Xu, M.D., Ph.D, Pathologist on 9/26/2024 at 1201

| Gross Description | — | — | — | UF Health Pathology Laboratories |

Result:

A. The specimen is received in two parts, each labeled "Darden Clifford, kbl."

Part one is received in formalin and consists of two cylindrical needle core segment(s) of tan tissue, measuring 0.1 cm in diameter, and 1.5 cm in length. The specimen is examined with a dissecting microscope and four small portions are removed and submitted in 2.5% glutaraldehyde for electron microscopy studies. The remainder of the specimen is submitted in cassette A1 for light microscopy.

Part two is received in Michel's solution and consists of two cylindrical needle core segment(s) of pink-tan tissue, measuring 0.1 cm in diameter, and 1.2 cm in length. The specimen is submitted intact to the immunohistology lab for immunofluorescence studies.

App. 13

SHANDS AT THE UNIVERSITY OF FLORIDA
Health Information Department
PO Box 100345
Gainesville FL 32610

Darden, Clifford
MRN: 005034712, DOB: 11/3/1959, Legal Sex: M
Adm: 9/17/2024, D/C: 9/27/2024

## 09/17/2024 - ED to Hosp-Admission (Discharged) in UF Health Leesburg Hospital - Unit 3SE (continued)

### Lab Results (continued)

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 32 - UF Health Pathology Laboratories | UF PATHLABS | Unknown | 4800 SW 35th Drive Gainesville FL 32608 | 06/28/17 0919 - Present |

**All Reviewers List**

Hessami, Miratiquilah, MD on 9/26/2024 13:03

### CBC and Differential (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 24CL271H0013 9 | Blood | — | 09/27/24 0459 |

### CBC and Differential

CBC with Differential panel result (Abnormal)

Resulted: 09/27/24 0521, Result status: Final result

Ordering provider: Hessami, Miratiquilah, MD 09/27/24 0452

Order status: Completed

Filed by: Agdalpen, Aesthrel 09/27/24 0521
Resulting lab: CFH LEESBURG

Collected by: Matthews, Towama 09/27/24 0459
CLIA number: 10D0645257

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 5.9 | 4.5 - 11.0 x10E3/uL | — | CFH Leesburg |
| RBC | 3.87 | 4.30 - 5.90 x10E6/uL | L▼ | CFH Leesburg |
| Hemoglobin | 11.7 | 13.9 - 16.3 G/DL | L▼ | CFH Leesburg |
| Hematocrit | 36.1 | 39.0 - 55.0 % | L▼ | CFH Leesburg |
| MCV | 93.3 | 80.0 - 100.0 FL | — | CFH Leesburg |
| MCH | 30.2 | 23.4 - 34.6 PG | — | CFH Leesburg |
| MCHC | 32.4 | 31.0 - 37.0 G/DL | — | CFH Leesburg |
| Platelet Count | 265 | 150 - 400 x10E3/uL | — | CFH Leesburg |
| MPV | 9.2 | 7.2 - 11.1 FL | — | CFH Leesburg |
| Neutrophils % | 52.4 | 36.0 - 66.0 % | — | CFH Leesburg |
| Lymphs % | 28.3 | 24.0 - 44.0 % | — | CFH Leesburg |
| Monocytes % | 15.5 | 5.2 - 10.8 % | H▲ | CFH Leesburg |
| Eos % | 1.9 | <=7.0 % | — | CFH Leesburg |
| Basos % | 0.9 | 0.0 - 1.5 % | — | CFH Leesburg |
| RDW-CV | 12.2 | 11.5 - 14.5 % | — | CFH Leesburg |
| RDW-SD | 42.2 | FL | — | CFH Leesburg |
| nRBC % | 0.0 | % | — | CFH Leesburg |
| Absolute NRBC Count | 0.00 | x10E3/uL | — | CFH Leesburg |
| Immature Granulocytes % | 1.0 | % | — | CFH Leesburg |
| Immature Granulocytes Absolute | 0.06 | x10E3/uL | — | CFH Leesburg |
| Lymphocytes Absolute | 1.66 | 1.00 - 3.40 x10E3/uL | — | CFH Leesburg |
| Monocytes Absolute | 0.91 | 0.20 - 0.80 x10E3/uL | H▲ | CFH Leesburg |

App. 14

SHANDS AT THE UNIVERSITY OF FLORIDA
Health Information Department
PO Box 100345
Gainesville FL 32610

Darden, Clifford
MRN: 005034712, DOB: 11/3/1959, Legal Sex: M
Adm: 9/17/2024, D/C: 9/27/2024

**09/17/2024 - ED to Hosp-Admission (Discharged) in UF Health Leesburg Hospital - Unit 3SE (continued)**

**Lab Results (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Eosinophils Absolute | 0.11 | <=0.40 x10E3/uL | — | | CFH Leesburg |
| Basophils Absolute | 0.05 | <=0.10 x10E3/uL | — | | CFH Leesburg |
| Neutrophils Absolute | 3.07 | 1.80 - 6.80 x10E3/uL | — | | CFH Leesburg |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 118 - CFH Leesburg | CFH LEESBURG | Unknown | CFH Leesburg Hospital, 600 E. Dixie Ave LEESBURG FL 34748 | 02/20/23 1220 - Present |

**Comprehensive Metabolic Panel (Final result)**

**Specimen Information**

| ID | Type | Draw Type | Source | Collected By |
|---|---|---|---|---|
| 24CL271C00187 | Blood | Venipuncture | — | Matthews, Towarna 09/27/24 0459 |

Resulted: 09/27/24 0546. Result status: Final result

**Comprehensive Metabolic Panel (Abnormal)**

Ordering provider: Hessami, Miratiqullah, MD 09/27/24 0452

Order status: Completed

Filed by: Fulkerson, Jason, MLT 09/27/24 0546

Collected by: Matthews, Towarna 09/27/24 0459

Resulting lab: CFH LEESBURG

CLIA number: 10D0645257

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Glucose | 123 | 74 - 106 MG/DL | H ^ | CFH Leesburg |
| Urea Nitrogen | 31 | 7 - 18 MG/DL | H ^ | CFH Leesburg |
| Creatinine | 2.44 | 0.70 - 1.30 mg/dL | H ^ | CFH Leesburg |
| Calcium | 8.4 | 8.5 - 10.1 MG/DL | L ˅ | CFH Leesburg |
| Sodium | 140 | 136 - 145 MMOL/L | — | CFH Leesburg |
| Potassium | 4.0 | 3.5 - 5.1 MMOL/L | — | CFH Leesburg |
| Chloride | 106 | 98 - 107 MMOL/L | — | CFH Leesburg |
| CO2 | 29 | 21 - 32 MMOL/L | — | CFH Leesburg |
| Alkaline Phosphatase | 76 | 45 - 117 IU/L | — | CFH Leesburg |
| Total Bilirubin | 0.7 | 0.1 - 1.0 MG/DL | — | CFH Leesburg |
| Comment: NOTE: The use of the total bilirubin test is not recommended for patients undergoing treatment with eltrombopag due to the potential for falsely elevated resuls while taking this drug. If a total bilirubin test is required, please contact the lab. The test will be sent to a reference laboratory using different methodology. | | | | |
| Albumin | 2.5 | 3.4 - 5.0 G/DL | L ˅ | CFH Leesburg |
| Total Protein | 6.4 | 6.4 - 8.2 G/DL | — | CFH Leesburg |
| ALT | 201 | 16 - 61 IU/L | H ^ | CFH Leesburg |
| AST | 47 | 15 - 37 IU/L | H ^ | CFH Leesburg |

App. 15

SHANDS AT THE UNIVERSITY OF FLORIDA
Health Information Department
PO Box 100345
Gainesville FL 32610

Darden, Clifford
MRN: 005034712, DOB: 11/3/1959, Legal Sex: M
Adm: 9/17/2024, D/C: 9/27/2024

**09/17/2024 - ED to Hosp-Admission (Discharged) in UF Health Leesburg Hospital - Unit 3SE (continued)**

**Imaging Results (continued)**

**IR Tunneled CV Cath w/o Port/Pump >5yr (Final result)**

| IR Tunneled CV Cath w/o Port/Pump >5yr | Resulted: 09/25/24 1559, Result status: Final result |
|---|---|
| Ordering provider: Zelaya Aragon, Sheyla K, MD 09/24/24 1330 | Order status: Completed |
| Resulted by: Mandato, Kenneth, MD Performed: 09/25/24 1518 - 09/25/24 1521 | Filed by: Interface, Cf Rad Results In  09/25/24 1600 Accession number: C17217091 |
| Resulting lab: SH RADIOLOGY CF | |

Narrative:
PATIENT:   DARDEN, CLIFFORD

DATE:   9/25/2024 at 16:29

PROCEDURE:     IR TUNNELED CV CATH W/O PORT/PUMP

COMPARISON:    Leesburg Regional Medical Center, SPA, IR
NON-TUNNELED CV CATH >5 YRS, 9/18/2024, 14:56.

INDICATIONS:   tunneled catheter

VERIFICATION AND CONSENT:   After appropriate patient and site
verification, the procedure, its risks, benefits and alternatives were
discussed with the patient and informed consent was obtained.

MODALITY: Fluoroscopy, 0.4 minute(s), 1 image(s).  Dose reduction
technique(s) were used.

RADIATION DOSE:  DAP 1.0721 Gy cm/2

SITE:      Right neck/chest.

STERILE PREP:   Maximal sterile barrier techniques taken, to include,
Cap,                     mask, sterile gown, sterile gloves,
sterile gel, sterile probe       cover and a large sterile sheet.
Hand hygiene, and 2%          chlorhexidine for cutaneous
antisepsis.

ANESTHESIA:    Local anesthetic. Lidocaine.

Intravenous moderate conscious sedation was performed with continuous
monitoring of the patient by a trained radiology nurse under the
supervision of Dr. Mandato 4 mg of Versed IV and 100 mcg Fentanyl IV
were administered in incremental doses.  The total duration of
physician intra-service sedation was 20 minutes with continuous
physician monitoring.

ANTIBIOTICS:    Ancef 2 g IV.

COMPLICATIONS:   None. The patient tolerated the procedure well.

ESTIMATED BLOOD LOSS:   < 100 ml.

DEVICES:      28 cm Duraflow tunneled dialysis catheter from
Angio-Dynamic

TECHNIQUE:    The right internal jugular vein was previously accessed
with a non-tunneled dialysis catheter placed on 09/18/2024. Permanent
image documentation was made. The catheter was removed over an Amplatz
guidewire over which the peel-away sheath was placed.

App. 16

SHANDS AT THE UNIVERSITY OF FLORIDA
Health Information Department
PO Box 100345
Gainesville FL 32610

Darden, Clifford
MRN: 005034712, DOB: 11/3/1959, Legal Sex: M
Adm: 9/17/2024, D/C: 9/27/2024

**09/17/2024 - ED to Hosp-Admission (Discharged) in UF Health Leesburg Hospital - Unit 3SE (continued)**

**Imaging Results (continued)**

A suitable location was chosen in the right infraclavicular region. A subcutaneous tract was anesthetized with buffered Lidocaine. A 15.5 French dual lumen Duraflow catheter was advanced through the infraclavicular dermatotomy up to the level of the venotomy and then advanced down through the peel-away sheath. The peel-away sheath was then removed and hemostasis obtained. The catheter was flushed and sutured to the skin with two 2.0 Prolene sutures. Final digital images were obtained under fluoroscopy. Image documentation was made in PACS

FINDINGS:    The right internal jugular was previously accessed and maintain patency and a tunneled dialysis catheter has been placed and its tip is in the right atrium just below the SVC. There is no pneumothorax.

IMPRESSION:
Fluoroscopic guided conversion of non-tunneled to tunneled hemodialysis catheter via right internal jugular vein.

Kenneth Mandato, M.D.
Dictated by: Kenneth Mandato, M.D. on 9/25/2024 at 15:57
Electronically signed  on 9/25/2024 at 15:59

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 122 - RAD | SH RADIOLOGY CF | Unknown | Unknown | 08/18/21 1356 - Present |

**Signed**

Electronically signed by Mandato, Kenneth, MD on 9/25/24 at 1559 EDT

**Procedures**

**EKG - ED ONLY (Final result)**

Electronically signed by: **Boyer, Michael Anthony, DO on 09/17/24 2329**                                                        Status: **Completed**
Mode: Ordering in Standing order mode                                       Communicated by: Ellen, Lovely, RN
Ordering user: Ellen, Lovely, RN 09/17/24 2019                              Ordering provider: Boyer, Michael Anthony, DO
Authorized by: Boyer, Michael Anthony, DO                                   Ordering mode: Standing order
Frequency: STAT Once 09/17/24 2030 - 1 occurrence                           Class: Hospital Performed
Quantity: 1                                                                 Lab status: Final result
Instance released by: Ellen, Lovely, RN (auto-released) 9/17/2024  8:19 PM
Diagnoses
Hypoglycemia [E16.2]                                       App. 17
Questionnaire

| Question | Answer |
|---|---|
| EKG: | 12-lead |
| Release to patient | Immediate |

SHANDS AT THE UNIVERSITY OF FLORIDA
Health Information Department
PO Box 100345
Gainesville FL 32610

Darden, Clifford
MRN: 005034712, DOB: 11/3/1959, Legal Sex: M
Adm: 9/17/2024, D/C: 9/27/2024

## 09/17/2024 - ED to Hosp-Admission (Discharged) in UF Health Leesburg Hospital - Unit 3SE (continued)

**Procedures (continued)**

Scan on 9/18/2024 1121 by Scanned, Document Onb: EKG - ED ONLY (below)



**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 10206325803 | — | — | 09/17/24 2006 |

**EKG - ED ONLY**

Resulted: 09/18/24 1121, Result status: Final result

Ordering provider: Boyer, Michael Anthony, DO 09/17/24 2019          Order status: Completed

Filed by: Edi, Transcription 09/18/24 1121          Collected by: 09/17/24 2006
Resulting lab: UF EKG

View Image (below)

App. 18

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 45 - UFEKG | UF EKG | Unknown | Unknown | 09/24/13 1644 - Present |

**Indications**

| Inmate Name: DARDEN, CLIFFORD | | Reg #: 49961-018 |
| Date of Birth: 11/03/1959 | Sex: M  Race: BLACK | Facility: COL |
| Encounter Date: 09/17/2024 18:04 | Provider: Benz, Jonathan RN/AHSA | Unit: A03 |

No: Appropriate, Logical

**Orientation**

Yes: Alert and Oriented x 1

## ASSESSMENT:

Mental Status, Altered

Inmate brought to health services after falling in assigned housing unit bathroom. Inmate was noted to be breathing and no loss of consciousness reported. Upon observation inmate found to have altered LOC and orientation to person only. Inmate diaphoretic and confused. BG 59. Inmate is Type II diabetic. Administered 1mg glucagon IM. Blood glucose recheck was 65. Inmate has recently been diagnosed with acute sinusitis on 9/12/24. Inmate flailing arms and spitting brown sputum on the floor following extremely loud coughing bouts. Inmate unable to stand or ambulate d/t dizziness. Attempted to call MD x3 times. No answer or voicemail available. Notified Ops Lt to send inmate to ER via ambulance d/t ALOC.

## PLAN:

### New Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| | Glucagon Hydrochloride Inj | 09/17/2024 18:04 |

    **Prescriber Order:** 1mg Intramuscularly Deltoid, Left One Time Dose Given PRN x 0 day(s) Pill Line Only

    Start Now: Yes

    Night Stock Rx#:

    Source: Pyxis

    Admin Method: Pill Line

    Stop Date: 09/17/2024 18:25

    MAR Label: 1mg Intramuscularly Deltoid, Left One Time Dose Given PRN x 0 day(s) Pill Line Only

    One Time Dose Given: Given Now

### New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Emergency Room | 09/17/2024 | 09/17/2024 | Emergent | No | |

    Subtype:

        Emergency Room

    Reason for Request:

        Altered Level of Consciousness

### Disposition:

Transfer to Local Hospital

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/17/2024 | Counseling | Access to Care | Benz, Jonathan | Verbalizes Understanding |

**Copay Required:** No      **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes    **By:** Archer, Kendes (MOUD) MD/CD

**Telephone or Verbal order read back and verified.** App. 19

Completed by Benz, Jonathan RN/AHSA on 09/17/2024 18:38

# Bureau of Prisons
# Health Services
# Clinical Encounter

| Inmate Name: | DARDEN, CLIFFORD | | | Reg #: | 49961-018 |
|---|---|---|---|---|---|
| Date of Birth: | 11/03/1959 | Sex: | M    Race:  BLACK | Facility: | COL |
| Encounter Date: | 09/17/2024 18:04 | Provider: | Benz, Jonathan RN/AHSA | Unit: | A03 |

**Reviewed Health Status:**   Yes

Emergency - Mental Health encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  1        Provider:  Benz, Jonathan RN/AHSA

Chief Complaint:   Cognitive Deficiency

Subjective:    Inmate found on bathroom floor in housing unit.  Inmate has Altered LOC, Oriented x1. Inmate states "man I am all screwed up.  I've never felt like this. I want to lay down."

Pain:          No

---

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| No Known Allergies | | |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 09/17/2024 18:04 by Benz, Jonathan RN/AHSA

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 09/17/2024 | 18:09 COX | 98.1 | 36.7 | | Benz, Jonathan RN/AHSA |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 09/17/2024 | 18:09 COX | 53 | | | Benz, Jonathan RN/AHSA |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 09/17/2024 | 18:09 COX | 16 | Benz, Jonathan RN/AHSA |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 09/17/2024 | 18:09 COX | 138/72 | | | | Benz, Jonathan RN/AHSA |

**Blood Glucose:**

| Date | Time | Value (mg/dl) | Type | Regular Insulin | Provider |
|---|---|---|---|---|---|
| 09/17/2024 | 18:32 COX | 65 | Unknown | | Benz, Jonathan RN/AHSA |
| 09/17/2024 | 18:10 COX | 59 | Random | | Benz, Jonathan RN/AHSA |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 09/17/2024 | 18:09 COX | 99 | | Benz, Jonathan RN/AHSA |

**Exam:**

App. 20

General

| | | | |
|---|---|---|---|
| Inmate Name: | DARDEN, CLIFFORD | | Reg #: 49961-018 |
| Date of Birth: | 11/03/1959 | Sex: M   Race: BLACK | Facility: COL |
| Encounter Date: | 09/17/2024 18:04 | Provider: Benz, Jonathan RN/AHSA | Unit: A03 |

**Affect**
 Yes: Pleasant, Irritable
**Appearance**
 Yes: Appears Distressed, Alert & Oriented to Person
 No: Alert & Oriented to Place, Alert & Oriented to Time
**Nutrition**
 Yes: Poor food intake
## Skin
**General**
 Yes: Diaphoretic
## Head
**General**
 Yes: Symmetry of Motor Function
## Eyes
**General**
 Yes: PERRLA
## Face
**General**
 Yes: Symmetric
## Pulmonary
**Observation/Inspection**
 Yes: Within Normal Limits
 No: Respiratory Distress
**Auscultation**
 Yes: Crackles
## Cardiovascular
**Observation**
 No: Bradycardia
## Abdomen
**Auscultation**
 Yes: Normo-Active Bowel Sounds
## Mental Health
**Posture**
 Yes: Tense, Restless, Rapid Movements
**Grooming/Hygiene**
 Yes: Unkempt, Disheveled, Malodorous
**Affect**
 Yes: Suspicousness, Anxious
**Speech/Language**
 No: Appropriate
**Mood**
 No: Appropriate
**Thought Process**
 Yes: Disorganized

App. 21

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: DARDEN, CLIFFORD | | Reg #: 49961-018 |
| Date of Birth: 11/03/1959 | Sex: M    Race: BLACK | Facility: COL |
| Encounter Date: 09/12/2024 13:45 | Provider: Ligonde Merisio, Michelle | Unit: A03 |

**Reviewed Health Status:** Yes

Chronic Care - Advanced Practice Provider Follow Up encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  1        Provider:  Ligonde Merisio, Michelle (MOUD)

Chief Complaint:   Chronic Care Clinic

Subjective:    64 y/o adult male in custody (AMIC) here for hypertension.

Adherent to current treatment including medication regimen.

Adherent to recommended lifestyle modifications.

Denies adverse effects to any of his current medications.

Denies headaches, blurry vision, dizziness, chest pain, sob, or palpitations.

Physical activity: Exercising daily.

Weight: 275 lbs.

Other concerns: facial pain, sinus congestion x 2 seeks.

Pain:        No

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| No Known Allergies | | |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 09/12/2024 13:45 by Ligonde Merisio, Michelle (MOUD) MD

**Seen for clinic(s):** Cardiac, Diabetes, Endocrine/Lipid, General, Hypertension, Orthopedic/Rheumatology, Pulmonary/Respirato

**ROS:**

**General**

**Constitutional Symptoms**

Yes: Chills

No: Fatigue, Fever-high with chills, Hypersomnolence, Insomnia, Night Sweats, Unexplained Weight Loss, Weakness, Weight Gain

**HEENT**

**Eyes**

No: Blurred Vision

**Nose**

Yes: Hx of Sinus Infection, Nasal Congestion

**Throat**

Yes: Tonsillitis

App. 22

No: Dysphagia, Hoarseness, Voice Changes

| Inmate Name: | DARDEN, CLIFFORD | | | Reg #: | 49961-018 |
|---|---|---|---|---|---|
| Date of Birth: | 11/03/1959 | Sex: M | Race: BLACK | Facility: | COL |
| Encounter Date: | 09/12/2024 13:45 | Provider: | Ligonde Merisio, Michelle | Unit: | A03 |

Atrial fibrillation, I4891 - Current

Chronic sinusitis, unspecified, J329 - Current - *Recurrent maxillary sinusitis.*

Dermatitis, unspecified, L309 - Resolved

Type 2 diabetes mellitus, E119 - Current

Unspecified diastolic (congestive) heart failure, I5030 - Current

Unspecified systolic (congestive) heart failure, I5020 - Current - *Combined diastolic and systolic
EF 40-45% pre-TEE-cardioversion 02/2024
Normal EF noted by cardiologist post TEE cardioversion.*

Hypertension, Benign Essential, 401.1 - Current

Obesity, unspecified, 278.00 - Current

Obstructive sleep apnea, 327.23 - Current

Other chronic allergic conjunctivitis, 372.14 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Amoxicillin/Clav 500MG/125MG Tablet | 09/12/2024 13:45 |

    **Prescriber Order:**   1 g Orally -  Two Times a Day x 4 day(s)

    Indication:  Acute sinusitis

| | Fluticasone Propionate Spray | 09/12/2024 13:45 |
|---|---|---|

    **Prescriber Order:**   spray Per Nostril  -   daily x 60 day(s) -- 2 sprays in each nostril daily x 14
    days then one spray in each nostril daily

    Indication:  Chronic sinusitis, unspecified

| | Amoxicillin/Clav 875MG/125MG TAB | 09/12/2024 13:45 |
|---|---|---|

    **Prescriber Order:**   2 tab Orally -  Two Times a Day x 3 day(s)

    Indication:  Acute sinusitis, Chronic sinusitis, unspecified

    Start Now:  Yes

      Night Stock Rx#:

      Source: Pyxis

      Admin Method:  Self Administration

      Stop Date:  09/15/2024 13:44

      MAR Label: 2 tab Orally -  Two Times a Day day(s)

      One Time Dose Given:  No

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 1157531-COX | Potassium Chloride  8 mEq ER Tab | 09/12/2024 13:45 |

    **Prescriber Order:**   Take one tablet (8 MEQ) by mouth daily each morning with furosemide for
    potassium replacement x 180 day(s)

    Indication:  Hypertension, Benign Essential

App. 23

| 1216191-COX | Triamcinolone 0.1%  80 GM Cream | 09/12/2024 13:45 |
|---|---|---|

    **Prescriber Order:**   Apply topically to the affected area(s) daily **Use for 14 days on, and 14
    days off** x 90 day(s)

| Inmate Name: | DARDEN, CLIFFORD | | | Reg #: | 49961-018 |
|---|---|---|---|---|---|
| Date of Birth: | 11/03/1959 | Sex: M | Race: BLACK | Facility: | COL |
| Encounter Date: | 09/12/2024 13:45 | Provider: | Ligonde Merisio, Michelle | Unit: | A03 |

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Indication: Dermatitis, unspecified | |
| 1216189-COX | Apixaban 5 MG Tablet | 09/12/2024 13:45 |
| | **Prescriber Order:** Take one tablet (5 MG) by mouth twice daily x 180 day(s) | |
| | Indication: Atrial fibrillation | |
| 1233425-COX | Carvedilol 12.5 MG Tab | 09/12/2024 13:45 |
| | **Prescriber Order:** Take one tablet (12.5 MG) by mouth twice daily x 180 day(s) | |
| | Indication: Atrial fibrillation | |
| 1216190-COX | Furosemide 20 MG Tab | 09/12/2024 13:45 |
| | **Prescriber Order:** Take one tablet (20 MG) by mouth each morning **TAKE WITH LISINOPRIL 40MG IN THE MORNING** x 180 day(s) | |
| | Indication: Hypertension, Benign Essential | |
| 1219753-COX | metFORMIN HCl 500 MG Tab | 09/12/2024 13:45 |
| | **Prescriber Order:** Take one tablet (500 MG) by mouth two times a day with food for control of diabetes x 365 day(s) | |
| | Indication: Type 2 diabetes mellitus | |
| 1219750-COX | Atorvastatin 20 MG TAB | 09/12/2024 13:45 |
| | **Prescriber Order:** Take one tablet (20 MG) by mouth at bedtime x 180 day(s) | |
| | Indication: Type 2 diabetes mellitus, Hypercholesterolemia, pure | |

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-T-T3, Free | One Time | 10/01/2024 00:00 | Routine |

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Pulmonology | 03/11/2025 | 03/11/2025 | Routine | No | |

Subtype:
  PFT

Reason for Request:

Pulmonary function testing.
64 y/o male with hypertension, atrial fibrillation, combined diastolic and systolic heart failure. He is currently on long term amiodarone and requires a pulmonary function test to monitor for any adverse effect of amiodarone on his lung function.

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| MLP Chronic Care Follow up | 12/11/2024 00:00 | Physician |
| f/u 3 month, hypertension. | | |

**Disposition:**                    App. 24

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

# Bureau of Prisons
## Health Services
### Health Problems

| Reg #: 49961-018 | Inmate Name: DARDEN, CLIFFORD |
|---|---|

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|

### Current

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Obesity, unspecified | | | | | | |
| 10/21/2014 13:41 EST  Li, Richard MD | III | ICD-9 | 278.00 | 10/21/2014 | Current | 10/21/2014 |
| Obstructive sleep apnea | | | | | | |
| 04/15/2014 11:05 EST  Li, Richard MD | III | ICD-9 | 327.23 | 04/15/2014 | Current | 04/15/2014 |
| Other chronic allergic conjunctivitis | | | | | | |
| 04/15/2011 15:04 EST  Lee, S. MD | III | ICD-9 | 372.14 | 04/15/2011 | Current | 04/15/2011 |
| Hypertension, Benign Essential | | | | | | |
| 01/19/2011 08:59 EST  Ramos, Migdalia MLP | III | ICD-9 | 401.1 | 01/19/2011 | Current | 01/19/2011 |
| Chronic periodontitis, unspecified | | | | | | |
| 04/30/2013 11:15 EST  Vazquez-Diaz, Pio DDS<br>    tooth #17 | III | ICD-9 | 523.40 | 04/30/2013 | Current | 04/30/2013 |
| Shoulder (pain in joint, shoulder region) | | | | | | |
| 10/15/2015 09:21 EST  Li, Richard MD | III | ICD-9 | 719.41 | 10/15/2015 | Current | 10/15/2015 |
| LTBI Prophy Hx Prior to BOP Incarceration | | | | | | |
| 04/14/2011 11:52 EST  Lee, S. MD<br>    PPD positive with H/O INH prophylaxis completed at Florida State Prison, New River<br>    West, FL in 1994. | III | ICD-9 | 795.5F | 04/14/2011 | Current | 04/14/2011 |
| 04/14/2011 11:51 EST  Lee, S. MD | III | ICD-9 | 795.5F | 04/14/2011 | Current | 04/14/2011 |
| Type 2 diabetes mellitus | | | | | | |
| 03/30/2022 10:06 EST  Gopal, Swapna APRN<br>    A1c 6.4 | | ICD-10 | E119 | 03/30/2022 | Current | |
| Vitamin D deficiency | | | | | | |
| 03/31/2022 13:01 EST  Gopal, Swapna APRN<br>    vitamin D 19.8 | | ICD-10 | E559 | 10/12/2021 | Current | |
| 10/12/2021 10:36 EST  Newland, R. MD | | ICD-10 | E559 | 10/12/2021 | Current | |
| Atrial fibrillation | | | | | | |
| 12/06/2023 09:25 EST  Franco, Karina (MAT) MD<br>    S/P TEE AND CARDIOVERSION | | ICD-10 | I4891 | 12/06/2023 | Current | |
| Unspecified systolic (congestive) heart failure | | | | | | |

App25

| Reg #: 49961-018 | Inmate Name: DARDEN, CLIFFORD |
|---|---|

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 09/12/2024 14:53 EST  Ligonde Merisio, Michelle (MOUD) MD | | ICD-10 | I5020 | 09/12/2024 | Current | |
| Combined diastolic and systolic EF 40-45% pre-TEE-cardioversion 02/2024 Normal EF noted by cardiologist post TEE cardioversion. | | | | | | |
| 09/12/2024 14:50 EST  Ligonde Merisio, Michelle (MOUD) MD | | ICD-10 | I5020 | 09/12/2024 | Current | |
| Combined diastolic and systolic | | | | | | |
| Unspecified diastolic (congestive) heart failure | | | | | | |
| 09/12/2024 14:50 EST  Ligonde Merisio, Michelle (MOUD) MD | | ICD-10 | I5030 | 09/12/2024 | Current | |
| Acute sinusitis | | | | | | |
| 09/12/2024 13:55 EST  Ligonde Merisio, Michelle (MOUD) MD | | ICD-10 | J0190 | 09/12/2024 | Current | |
| Bilateral maxillary sinusitis. | | | | | | |
| Allergic rhinitis | | | | | | |
| 09/12/2024 14:05 EST  Ligonde Merisio, Michelle (MOUD) MD | | ICD-10 | J309 | 09/12/2024 | Current | |
| Chronic sinusitis, unspecified | | | | | | |
| 09/12/2024 14:06 EST  Ligonde Merisio, Michelle (MOUD) MD | | ICD-10 | J329 | 09/12/2024 | Current | |
| Recurrent maxillary sinusitis. | | | | | | |
| Aggressive periodontitis, localized | | | | | | |
| 01/25/2019 13:29 EST  Nieto, Jorge DMD | | ICD-10 | K0521 | 01/25/2019 | Current | |
| Dermatitis, unspecified | | | | | | |
| 03/27/2024 11:34 EST  Ligonde Merisio, Michelle (MOUD) MD | | ICD-10 | L309 | 03/27/2024 | Current | |
| Sciatica, unspecified side | | | | | | |
| 12/20/2021 09:58 EST  Festa, M. APRN | | ICD-10 | M5430 | 12/20/2021 | Current | |
| Low back pain, UNS | | | | | | |
| 05/19/2022 14:06 EST  Piquion, Melissa FNP-C | | ICD-10 | M5450 | 05/19/2022 | Current | |
| Impingement syndrome of shoulder | | | | | | |
| 04/15/2021 12:27 EST  Gopal, Swapna APRN right shoulder | | ICD-10 | M7540 | 04/15/2021 | Current | |
| Neck, Insect bite | | | | | | |
| 06/11/2019 14:10 EST  Faubion, Lu ARNP | | ICD-10 | S1096X | 06/11/2019 | Current | |

App. 26

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | DARDEN, CLIFFORD | | Reg #: | 49961-018 |
| Date of Birth: | 11/03/1959 | Sex: M   Race: BLACK | Facility: | COL |
| Encounter Date: | 03/27/2024 10:30 | Provider: Ligonde Merisio, Michelle | Unit: | A03 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  1    Provider:  Ligonde Merisio, Michelle (MOUD)

Chief Complaint:   Chronic Care Clinic

Subjective:    64 y/o male with hypertension, diabetes, hyperlipidemia and atrial fibrillation is here for his annual ccc.

Allergies reviewed: denied known drug allergies.

Sleep apnea.  Not adherent to nightly c-pap.

A.fib 11/2023: TEE with cardioversion 02/2024.
Managed by cardiologist. Coreg 12.5 mg po bid, amiodarone 200mg po bid, and apixaban 5 mg po bid.
Most recent cardiology evaluation on 02/20/2024.

HTN managed with lisinopril 40 mg po qd

Hyperlipidemia managed with atorvastatin 20 mg po qd.

Diabetes mellitus managed with metformin 500mg po bid.

Dermatitis managed with triamcinolone topical.

Adherent to current treatment including medication regimen.

Not adherent to recommended lifestyle modifications.

Denies adverse effects to any of his current medications.

Denies headaches, blurry vision, dizziness, chest pain, sob, or palpitations.

Diet: report eating a lot of cheese and sausages which are high in sodium.  DASH diet recommended.

Physical activity: walks daily.

Weight: 268lbs.

Other concerns: none.

Pain:     No

Seen for clinic(s): Endocrine/Lipid, Hypertension, Orthopedic/Rheumatology, Pulmonary/Respiratory, Cardiac, Diabetes
Added to clinic(s): Cardiac, Diabetes

**ROS:**                                              App. 27

General

Constitutional Symptoms

No: Chills, Fatigue, Fever, Hypersomnolence, Insomnia, Night Sweats



**DARDEN, Clifford**

64 Y old Male, DOB: 11/03/1959
Account Number: 51095
COLEMAN

Guarantor: Darden, Clifford   Insurance: wellpath Payer ID: 00010

Referring: pcp no PCP

Appointment Facility: Village Heart and Vein Center

02/16/2024                                                        progress note: Michael Ruisi

## Current Medications
**Taking**
- metFORMIN HCl 500 MG Tablet 1 tablet with a meal Orally Once a day
- Lisinopril 40 MG Tablet 1 tablet Orally Once a day
- Carvedilol 25 MG Tablet 1 tablet with food Orally Twice a day
- Atorvastatin Calcium 20 MG Tablet 1 tablet Orally Once a day
- Eliquis (Apixaban) 5 MG Tablet 1 tablet Orally Twice a day
- Amiodarone HCl 200 MG Tablet 1 tablet Orally Once a day
- Acetaminophen 325 MG Tablet 1 tablet as needed Orally every 4 hrs
Medication List reviewed and reconciled with the patient

## Past Medical History
Afib with RVR
Chest pain.
Diabetes.
Hypertension.
Obstructive sleep apnea.

## Surgical History
cardioversion 11-2023
Left knee repair

## Family History
Father: deceased
Mother: deceased, diagnosed with Diabetes mellitus without mention of complication, type II or unspecified type, not stated as uncontrolled

## Social History
Smoking Are you a: never smoker.
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No.

## Allergies
N.K.D.A.

## Hospitalization/Major Diagnostic Procedure
LRMC 11-2023

## Review of Systems
Respiratory:
Chest congestion no. Cough no . DOE (dyspnea on exertion) no. Hemoptysis no. Pain with breathing no. Shortness of breath no. Wheezing no.

Cardiovascular:
Chest pain yes. Claudication no. Dizziness no. Fainting no. Fatigue no. Irregular heart beat yes. Leg edema no. Lightheadedness no. Near syncope no.
Constitutional:
Fatigue no. Fever no. Weight gain no. Weight loss no.
Endocrine:
Cold intolerance no. Polydypsia no. Polyuria no.

## Reason for Appointment
1. ***inmate***

## History of Present Illness
Cardiology:
Patient has a past medical history of Afib with RVR s/p Cardioversion, chest pain, diabetes, hypertension, obstructive sleep apnea. Patient presents to the office to establish with Cardiology s/p Hospital admission, Patient reports that he had chest pain yesterday that lasted about 90 seconds and he also had a pain in his head that went down his neck.

## Vital Signs
BP(L): 140/80, Oxygen Sat %: 96, heart rate (HR): 48, Ht: 78, Wt: 280, BMI: 32.35.

## Examination
Cardiovascular Examination:
General Appearance: alert and oriented, normal gait. HEENT: within normal limits. Jugular Venous Distention (JVD): none. Chest: no tenderness on chest wall, normal shape and expansion. Lungs: clear to auscultation bilaterally. Cardiovascular no murmur, rub, gallop or click, no S3, or S4, normal S1, S2, regular rate and rhythm. Abdomen: bowel sounds: normal, Hernia: absent, no costovertebral angle tenderness, no abnormal aortic pulsation, no hepatosplenomegaly. Extremities: no clubbing, no cyanosis, no leg edema, non-pitting edema,. Peripheral Pulses: bilaterally. Neurologic: alert and oriented x 3, no focal findings. Mood: happy.

## Assessments
1. Essential (primary) hypertension - I10 (Primary)
2. Angina pectoris, unspecified - I20.9
3. Paroxysmal atrial fibrillation - I48.0
4. Chronic combined systolic (congestive) and diastolic (congestive) heart failure - I50.42

## Treatment
**1. Essential (primary) hypertension**
LAB: Comprehensive Metabolic Panel
LAB: TSH+T4F+T3Free
Notes: Due to the patient's known HTN we have discussed the following: Low sodium diet (DASH), do not abruptly stop BP medications unless instructed by a physician; keep a BP log and bring to next o/v to discuss log; report any consistent BPs more than 140/80; target blood pressure less than 130/80 is recommended; discussed the correlation between lowering BP with weight loss/diet/and exercise; follow up with PMD for annual labs.

**2. Angina pectoris, unspecified**
IMAGING: Lexiscan Myocardial Perfusion (Performed Date - 02/16/2024)
Notes: Patient reports mid sternum chest pain so we will order a stress test to futher evaluate for Ischemia.

**3. Paroxysmal atrial fibrillation**
Notes: He has hx of PAF
He was recently seen by EPS Dr. Baludad
He underwent outpatient TEE guided cardioversion- currently in NSR
He was started on amiodarone
Denies any underlying liver, ocular or pulmonary diagnoses
Will order LFTs, TFTs, - discussed need for pulmonary referral for PFTs- to monitor for

App. 28

**ENT:**
   Allergies no.  Nasal congestion no.  Post-nasal drip no.  Ringing in ears no.  Sore throat no.
**Extremities:**
   Heaviness No.  Varicose Vein No.  Skin Color Changes No.  Spider Veins No.  Non Healing Wounds No.
**Gastrointestinal:**
   Abdominal pain no.  Blood in stool no.  Change in bowel habits no.  Constipation no.  Diarrhea no.  Heartburn no.  Nausea no.  Vomiting no.
**Hematologic:**
   Abnormal bleeding no.  Easy bruising no.
**Musculoskeletal:**
   Joint pain no.  Joint stiffness no.  Leg cramps no.  Muscle aches no.
**Neurologic:**
   Confusion no.  Headache no.  Incoordination no.  Numbness/Tingling no.  Seizures/Odd movements no.  Tremor no.  Weakness no.
**Psychology:**
   Insomnia no.  Anxiety no.  Depression no.
**Urologic:**
   Hematuria no.  Dysuria no.  Nocturia no.

amiodarone toxicity.

12 lead ECG today shows sinus bradycardia of 50, will decrease Coreg dose to 12.5 mg PO BID
Continue NOAC-Eliquis

**4. Chronic combined systolic (congestive) and diastolic (congestive) heart failure**
   IMAGING: Lexiscan Myocardial Perfusion (Ordered for 02/16/2024)
Notes: LVEF of 40-45% during TEE cardioversion
Post TTE showed normal LVEF- no significant valvular disease

Denies recent CHF symptoms
Will need stress MPI for ischemic evaluation.

**Preventive Medicine**
Counseling:  Review  Face to Face Time with patient was 25 min and the majority of time spent counseling and coordinating patients care.  Care Goal Plan Follow up  BMI management provided  Yes. BP Management  LIFESTYLE RECOMMENDATION: Hypertension education.
BMI.

**Procedure Codes**
93000 EKG ELECTROCARDIOGRAM, COMPLETE

**Follow Up**
3 Weeks

Electronically signed by Michael Ruisi on 02/16/2024 at 11:03 AM EST

Sign off status: Completed

Village Heart and Vein Center
8575 NE 138th Lane
STE 203
Lady Lake, FL 321598996
Tel: 352-674-2080
Fax: 352-674-2177

# Darden, Clifford

MRN: 005034712

| | | |
|---|---|---|
| **Ghaly, Maged T, MD**<br>Physician<br>Internal Medicine | H&P ⚠ 💬<br>Signed | Date of Service: 11/26/23 0942 |



## UFHealth
**UNIVERSITY OF FLORIDA HEALTH**

### Internal Medicine Service
### History and Physical

**Admission Date and Time: 11/25/2023  3:47 PM**
**Primary Care Physician: None, No Patient Contact**

### History of Present Illness:

Patinet, Clifford Darden is a  64 y.o. (DOB: 11/3/1959) with a pmh of Hypertension hyperlipidemia did not to the ED for evaluation of chest pain and palpitation x 1 day.
 patient has been seen and examined at bedside during the encounter today patient denied any chest pain, dizziness lightheadedness abdominal pain nausea vomiting diarrhea, constipation. Patient had been admitted for further evaluation and management.
### Review of Systems:
Negative except for the above

### Past Medical History:

**Past Medical History:**
Diagnosis                                                                          Date
 • Allergy to environmental factors
 • Hyperlipidemia
 • Hypertension

### Past Surgical  History:

**Past Surgical History:**
Procedure                                          Laterality          Date
 • HERNIA REPAIR
 • KNEE SURGERY                                Left

### Social History:

**Social History**

App. 30

Socioeconomic History
  • **Marital status:**          Single
Tobacco Use
  • **Smoking status:**          Never
  • **Smokeless tobacco:**       Never
Vaping Use
  • **Vaping Use:**              Never used
Substance and Sexual Activity
  • **Alcohol use:**             Not Currently
  • **Drug use:**                Never

**Social Determinants of Health**

Financial Resource Strain: Low Risk  (11/25/2023)
    Overall Financial Resource Strain (CARDIA)
    • Difficulty of Paying Living Expenses: Not hard at all
Transportation Needs: No Transportation Needs (11/25/2023)
    PRAPARE - Transportation
    • Lack of Transportation (Medical): No
    • Lack of Transportation (Non-Medical): No

**Family History:**
History reviewed. No pertinent family history.

**Allergies:**

**Allergies**
Allergen                                                        Reactions
  • Milk (Cow)                                                  Hives
  • Shellfish Allergy                                           Hives
  • Wheat Bran                                                  Hives

**Medications:**
Reviewed per EMR
**Home Medications:**

**Prior to Admission medications**

| Medication | Sig | Start Date | End Date | Taking? | Authorizing Provider |
|---|---|---|---|---|---|
| **acetaminophen (TYLENOL) 325 MG Oral Tablet** | **Take 650 mg by mouth nightly at bedtime as needed for pain.** | | | Yes | **Information, Historical** |
| **amLODIPine (NORVASC) 10 MG Oral Tablet** | **Take 10 mg by mouth daily.** | App. 31 | | Yes | **Information, Historical** |
| **atorvastatin (LIPITOR) 20 MG Oral Tablet** | **Take 20 mg by mouth daily.** | | | Yes | **Information, Historical** |

| | | | | |
|---|---|---|---|---|
| clindamycin (CLEOCIN) 300 MG Oral Capsule | Take 300 mg by mouth every 6 hours. | 12/2/23 | Yes | Information, Historical |
| furosemide (LASIX) 20 MG Oral Tablet | Take 20 mg by mouth every morning. | | Yes | Information, Historical |
| ibuprofen 800 MG Oral Tablet | Take 800 mg by mouth 2 times daily as needed for pain. | 12/19/23 | Yes | Information, Historical |
| lisinopril (ZESTRIL) 30 MG Oral Tablet | Take 40 mg by mouth every morning. | | Yes | Information, Historical |
| metFORMIN (GLUCOPHAGE) 500 MG Oral Tablet | Take 500 mg by mouth 2 times daily. | | Yes | Information, Historical |
| metoprolol succinate (TOPROL-XL) 50 MG Oral Tablet Extended Release 24 Hour | Take 50 mg by mouth 2 times daily. | | Yes | Information, Historical |
| potassium chloride (KLOR-CON) 8 MEQ Oral Tablet Extended Release | Take 8 mEq by mouth every morning. With furosemide | | Yes | Information, Historical |
| triamcinolone (KENALOG) 0.1 % External Cream | Apply topically 2 times daily. Apply topically 2 times daily | | Yes | Information, Historical |

## Current Active Medications:

### Current Facility-Administered Medications

| Medication | Dose | Route | Frequency | Provider | Last Rate | Last Admin |
|---|---|---|---|---|---|---|
| • acetaminophen (TYLENOL) tablet 650 mg | 650 mg | Oral | Q4H PRN | Ghaly, Maged T, MD | | 650 mg at 11/26/23 0103 |
| • amLODIPine (NORVASC) tablet 10 mg | 10 mg | Oral | daily | Ghaly, Maged T, MD | | 10 mg at 11/26/23 0844 |
| • apixaban (ELIQUIS) tablet 5 mg | 5 mg | Oral | BID | Balulad, Sujata S, MD | | 5 mg at 11/26/23 0844 |
| • glucose (GLUTOSE) oral gel 37.5-75 mL Or | 15-30 g | Oral | PRN | Ghaly, Maged T, MD | | |

App. 32

| | | | | | |
|---|---|---|---|---|---|
| • apple juice for hypoglycemia rescue 4-8 oz | 4-8 oz | Oral | PRN | Ghaly, Maged T, MD | |
| • atorvastatin (LIPITOR) tablet 20 mg | 20 mg | Oral | Nightly | Ghaly, Maged T, MD | 20 mg at 11/25/23 2049 |
| • carvedilol (COREG) tablet 12.5 mg | 12.5 mg | Oral | BID W/ Meals | Balulad, Sujata S, MD | 12.5 mg at 11/26/23 0844 |
| • dextrose 50 % injection 12.5-25 g | 12.5-25 g | Intravenous | PRN | Ghaly, Maged T, MD | |
| • dilTIAZem (CARDIZEM) 125 mg in 0.9 % NaCl 125 mL infusion | 0-15 mg/hr | Intravenous | Continuous Now | Lazcano, Antonio M., MD | 5 mL/hr at 11/26/23 0949 / 5 mg/hr at 11/26/23 0949 |
| • docusate sodium (COLACE) capsule 100 mg | 100 mg | Oral | BID PRN | Ghaly, Maged T, MD | |
| • glucagon (GLUCAGEN) injection 1 mg | 1 mg | Intramuscular | PRN | Ghaly, Maged T, MD | |
| • insulin aspart (NovoLOG) injection | 0-12 Units | Subcutaneous | QID AC & HS | Ghaly, Maged T, MD | |
| • pantoprazole (PROTONIX) injection 40 mg | 40 mg | Intravenous | daily | Ghaly, Maged T, MD | 40 mg at 11/26/23 0844 |
| • polyethylene glycol (MIRALAX) packet 17 g | 17 g | Oral | Q12H PRN | Ghaly, Maged T, MD | |
| • senna (SENOKOT) tablet 1 tablet | 1 tablet | Oral | Nightly | Ghaly, Maged T, MD | |

**Vitals:**

| Vital Signs: Last Filed | Vitals Signs: 24 Hour Range |
|---|---|
| Temp: 36.9 °C (98.4 °F) (11/26 0800) | Temp: [36.6 °C (97.9 °F)-37 °C (98.6 °F)] |
| Pulse: 93 (11/26 1146) | Pulse: [54-124] |
| BP: 141/86 (11/26 1146) | BP: (112-177)/(67-130) |
| Resp: 18 (11/26 1146) | Resp: [16-26] |
| SpO2: 96 % (11/26 1146) | SpO2: [94 %-100 %] |

**Weight :**                    App. 33

**Wt Readings from Last 3 Encounters:**

| | | |
|---|---|---|
| 11/25/23 | 120 kg (264 lb 8.8 oz) | |
| 04/19/23 | 131.5 kg (290 lb) | |

Body mass index is 28.77 kg/m².

**Physical Examination:**
General: Alert, no apparent distress
Head: Normocephalic, atraumatic
Eyes: Pupils round, reactive to light, normal sclerae, conjunctivae, conjugate gaze
Neck: Supple, no carotid bruits, no JVD, no lymphadenopathy, no thyromegaly
Lungs: Clear to auscultation bilaterally, non-labored respiration
Heart: Normal rate, regular rhythm, no murmur, no rub, no gallop
Abdomen: Non-distended, non-tender, normal bowel sounds
Extremities: No edema, pulses 2+
Skin: Exposed skin normal with no rashes, no lesions,
Neurologic: Awake, alert, oriented, no focal deficits grossly
Psychiatric: Cooperative, appropriate mood and affect

**Data Review:**

**Labwork:**
I have reviewed the laboratory studies, Including the following:

**Recent Labs**

| Lab | 11/25/23 1602 | 11/26/23 0426 |
|---|---|---|
| WBC | 6.5 | 6.3 |
| HGB | 13.1* | 12.4* |
| HCT | 40.1 | 38.8* |
| PLATCOUNT | 265 | 219 |

**Recent Labs**

| Lab | 11/25/23 1602 | 11/26/23 0426 |
|---|---|---|
| NA | 142 | 141 |
| K | 4.0 | 4.0 |
| CL | 113* | 113* |
| CO2 | 24 | 24 |
| BUN | 22* | 21* |
| CREATININE | 1.31* | 1.06 |
| GLU | 104 | 113* |
| CALCIUM | 8.7 | 8.3* |
| MG | — | 2.3 |

**Recent Labs**                    App. 34

| Lab | 11/25/23 1602 |
|---|---|
| TPROT | 6.5 |
| ALB | 3.2* |
| AST | 56* |

Case 8:07-cr-00446-MSS-SPF    Document 190-1    Filed 03/10/25    Page 39 of 91 PageID
1271
Darden, Tord (MRN 00:    12) Printed by    y, Paula [PSUH    ar 12/1/2023 (    8     M

| ALT | 86* |
|---|---|
| TBILI | 1.1* |
| ALKPHOS | 60 |

## Lab Results

| Component | Value | Date/Time |
|---|---|---|
| TROPONINI | 31 | 11/25/2023 06:25 PM |
| TROPONINI | 33 | 11/25/2023 04:02 PM |

No results for input(s): "PROTIME", "INR", "PTT" in the last 168 hours.

**Microbiology:**
No results found for this visit on 11/25/23.

**I have personally reviewed the diagnostic Imaging**

**EKG:**
I have interpreted and reviewed the EKG/Telemetry,

## Imaging Results

| Procedure | Date/Time |
|---|---|
| **EKG 12-Lead [672816712]** | Resulted: 11/25/23 1602 |
| Order Status: Completed | |
| **Transthoracic Echo - TTE Complete [672827640]** | |
| Order Status: Sent | |
| **XR Chest 1 View Frontal [672816732]** | Collected: 11/25/23 1643 |
| Order Status: Completed | Updated: 11/25/23 1644 |

Narrative:

Patient Name:
CLIFFORD  DARDEN

MRN: CFHA:5034712   Birth date: 11/03/1959   Sex: M
Accession/Order Number: C14252609
Date: 11/25/2023  16:43

At the request of:
ANTONIO  M LAZCANO

Procedure:  XR CHEST 1 VIEW FRONTAL

START OF REPORT:

Portable frontal view of the chest.

COMPARISON: None available.

App. 35

INDICATION:  Chest pain

FINDINGS:

| Procedure | Date/Time |
|-----------|-----------|

1. Heart:  Heart size is within normal limits.
2. Aorta:  The aortic knob is to the left, and is sharply defined.
3. Mediastinum:  Bilateral pulmonary venous congestion.
4. Lungs:  Increased interstitial and alveolar fluid bilaterally.
5. Bones:  Bilateral degenerative joint disease of the shoulders.


IMPRESSION:

Bilateral pulmonary edema.  Differential diagnosis includes viral
pneumonia, acute MI with CHF, inhalational injury.
This report was electronically signed by: Geoffrey Jones
Signature Date/Time: 11/25/2023 16:43:51


**XR Chest 2 Views [672816714]**
Order Status: Canceled



**Assessment and Plan**

**Patient Active Problem List**
  Diagnosis
- New onset atrial fibrillation (CMS-HCC: 96)
  Hypertension
Diabetes mellitus

Date Noted
11/25/2023



**Plan:**

Cardiology on board, follow recommendations
Patient has been started Cardizem drip In the ER
Patient has been started on Eliquis
Continue telemetry
Hypoglycemia hyperglycemia protocol with correction insulin

Continue cardiac monitoring
Continue blood pressure monitoring
Monitor oxygen saturation, maintain saturation above 92
Follow morning labs
Continue DVT, PUD prophylaxis
Electrolytes replacement protocol
Home medication reconciliation has been ordered
Continue home medications

Diet: cardiac        App. 36
DVT Ppx:On Eliquis

GI Ppx: protonix

Anticipated Disposition Plan: pending outcome
Time spent 39 minute

Code Status:Full Code
**Next of kin and contact number:**
Extended Emergency Contact Information
Primary Emergency Contact: FCC COLEMAN CORRECTIONAL FACILITY
Mobile Phone: 352-682-4000
Relation: Other
Preferred language: English
Interpreter needed? No

App. 37

# Darden, Clifford

MRN: 005034712

| Balulad, Sujata S, MD<br>SURGEON<br>Cardiology | Progress Notes ⚠ 💟<br>Addendum | Date of Service: 11/29/23 0900 |
|---|---|---|

## UFHealth Leesburg Hospital
## Department of Medicine
## Division of Cardiology

**Subjective:**

Reason for referral: chest pain and new onset of Afib

Clifford Darden is a 64 y.o. male who has been admitted for the evaluation of chest pain and new onset of Afib.

This consultation was requested by Dr. Ghaly Maged T, MD

This is a 64 year old male with PMH of hypertension and hyperlipidemia who presented to ED due to chest pain and new onset of AFib. Patient reports chest pain and palpitations.

Troponin: 31
Hb: 12.4
CXR(11/25/23): Bilateral pulmonary edema. Differential diagnosis includes viral pneumonia, acute MI with CHF, inhalational injury.
Telemetry(11/26/23): Afib at 97 bpm

11/27/2023: Mr. Darden is seen and examined in bed. He notes improvement in symptoms over last 24 hours. Denies current chest pain or shortness of breath. No episodes overnight

11/28/2023: Mr Darden is seen and examined in bed. He denies chest pain, palpitations, or shortness of breath. He remains in A-fib 100s-110s on tele.

11/29/2023: Mr. Darden is seen and examined in bed. Endorses occasional "jumping feeling in my chest" which is accompanied by mild shortness of breath. States he has had several such episodes overnight. Telemetry continues to show AF with rates 100s to 120s

**Past Medical History:**
Diagnosis          Date
- Allergy to environmental factors
- Hyperlipidemia
- Hypertension

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • HERNIA REPAIR | | |
| • KNEE SURGERY | Left | |

History reviewed. No pertinent family history.
**Social History**

App. 38

Socioeconomic History
- **Marital status:**  Single
Tobacco Use
- • Smoking status:  **Never**
- • Smokeless tobacco:  **Never**
Vaping Use
- • Vaping Use:  **Never used**
Substance and Sexual Activity
- • Alcohol use:  **Not Currently**
- • Drug use:  **Never**

## Social Determinants of Health

Financial Resource Strain: Low Risk  (11/25/2023)
    Overall Financial Resource Strain (CARDIA)
    • Difficulty of Paying Living Expenses: Not hard at all
Transportation Needs: No Transportation Needs (11/25/2023)
    PRAPARE - Transportation
    • Lack of Transportation (Medical): No
    • Lack of Transportation (Non-Medical): No

I have updated and confirmed the past medical, surgical, family and social history.

### Current Hospital Medications:
Scheduled:

| | | | |
|---|---|---|---|
| • apixaban | 5 mg | Oral | BID |
| • atorvastatin | 20 mg | Oral | Nightly |
| • carvedilol | 25 mg | Oral | BID W/ Meals |
| • cyclobenzaprine | 5 mg | Oral | TID |
| • insulin aspart | 0-12 Units | Subcutaneous | QID AC & HS |
| • lisinopril | 40 mg | Oral | daily |
| • pantoprazole | 40 mg | Intravenous | daily |
| • senna | 1 tablet | Oral | Nightly |

Continuous Infusions:
PRN: acetaminophen, 650 mg, Oral, Q4H PRN
glucose, 15-30 g, Oral, PRN
 Or
apple juice, 4-8 oz, Oral, PRN
dextrose, 12.5-25 g, Intravenous, PRN
diphenhydrAMINE, 25 mg, Oral, Q6H PRN
docusate sodium, 100 mg, Oral, BID PRN
glucagon, 1 mg, Intramuscular, PRN
ibuprofen, 800 mg, Oral, Q6H PRN
polyethylene glycol, 17 g, Oral, Q12H PRN
temazepam, 15 mg, Oral, Nightly PRN

App. 39

**ALLERGIES:**
Milk (cow), Shellfish allergy, and Wheat bran

NEUTROPCT 48.8 11/25/2023
LYMPHPCT 34.7 11/25/2023
MONOPCT 8.7 11/25/2023
EOSPCT 6.3 11/25/2023
BASOPCT 1.2 11/25/2023

, BMP/CMP:

**Lab Results**

| Component | Value | Date |
|---|---|---|
| NA | 141 | 11/27/2023 |
| K | 4.1 | 11/27/2023 |
| CL | 108 (H) | 11/27/2023 |
| CO2 | 29 | 11/27/2023 |
| BUN | 19 (H) | 11/27/2023 |
| CREATININE | 1.14 | 11/27/2023 |
| GLU | 104 | 11/27/2023 |
| CALCIUM | 8.4 (L) | 11/27/2023 |
| TPROT | 6.5 | 11/25/2023 |
| ALB | 3.2 (L) | 11/25/2023 |
| AST | 56 (H) | 11/25/2023 |
| ALT | 86 (H) | 11/25/2023 |
| EGFR | 72 | 11/27/2023 |
| TBILI | 1.1 (H) | 11/25/2023 |
| ALKPHOS | 60 | 11/25/2023 |
| MG | 2.2 | 11/27/2023 |

, Hepatic Function:

**Lab Results**

| Component | Value | Date |
|---|---|---|
| ALB | 3.2 (L) | 11/25/2023 |
| ALKPHOS | 60 | 11/25/2023 |
| ALT | 86 (H) | 11/25/2023 |
| AST | 56 (H) | 11/25/2023 |
| TBILI | 1.1 (H) | 11/25/2023 |
| TPROT | 6.5 | 11/25/2023 |

and Cardiac markers:

**Lab Results**

| Component | Value | Date |
|---|---|---|
| TROPONINI | 31 | 11/25/2023 |

---

### Assessment and Plan:

A FIB WITH RVR
CHEST PAIN
UNCONTROLLED HTN
DM
HYPERLIPIDEMIA

INCREASE COREG TO 25 MG BID
WEAN OFF AND DC CARDIZEM DRIP
CONTINUE OTHER MED
INCREASE ACTIVITY
MONITOR BP AND HR

App. 40

Gastrointestinal: Negative.
Genitourinary: Negative.
Musculoskeletal: Negative.
Skin: Negative.
Neurological: Negative.
Psychiatric/Behavioral: Negative.
All 12 systems otherwise negative.


**Objective:**

Patient Vitals for the past 8 hrs:

| | BP | Temp | Temp src | Pulse | Resp | SpO2 |
|---|---|---|---|---|---|---|
| 11/26/23 1030 | 137/67 | — | — | — | — | — |
| 11/26/23 1015 | 139/80 | — | — | — | — | — |
| 11/26/23 1000 | (!) 144/79 | — | — | — | — | — |
| 11/26/23 0949 | 140/79 | — | — | 80 | — | — |
| 11/26/23 0800 | (!) 129/94 | 36.9 °C (98.4 °F) | Oral | (!) 54 | 17 | 94 % |
| 11/26/23 0520 | (!) 141/93 | 37 °C (98.6 °F) | — | — | 18 | 95 % |
| 11/26/23 0425 | 112/76 | — | — | — | 17 | 94 % |

Pain Score
Pain Scale - DVPRS: 0
Body mass index is 28.77 kg/m².

| Date | 11/25/23 0700 - 11/26/23 0659 | | | | 11/26/23 0700 - 11/27/23 0659 | | | |
|---|---|---|---|---|---|---|---|---|
| Shift | 0700-1459 | 1500-2259 | 2300-0659 | 24 Hour Total | 0700-1459 | 1500-2259 | 2300-0659 | 24 Hour Total |
| INTAKE | | | | | | | | |
| P.O. | | 120 | | 120 | | | | |
| P.O. | | 120 | | 120 | | | | |
| Shift Total | | 120 | | 120 | | | | |
| OUTPUT | | | | | | | | |
| Urine | | | 300 | 300 | | | | |
| Urine | | | 300 | 300 | | | | |
| Urine Occurrence | | 1 x | | 1 x | | | | |
| Shift Total | | | 300 | 300 | | | | |
| NET | | 120 | -300 | -180 | | | | |

**Physical Exam:**
**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
  Appearance: Normal appearance.
HENT:
  Head: Atraumatic.
  Nose: Nose normal.

App. 41

Mouth/Throat:
  Mouth: Mucous membranes are moist.
Eyes:
  Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
  Rate and Rhythm: Tachycardia present. Rhythm irregular.
  Pulses: Normal pulses.
  Heart sounds: Normal heart sounds.
Pulmonary:
  Effort: Pulmonary effort is normal.
  Breath sounds: Normal breath sounds.
Abdominal:
  General: Abdomen is flat.
  Palpations: Abdomen is soft.
Musculoskeletal:
  General: Normal range of motion.
  Cervical back: Normal range of motion and neck supple.
  Right lower leg: No edema.
  Left lower leg: No edema.
Skin:
  General: Skin is warm and dry.
  Capillary Refill: Capillary refill takes less than 2 seconds.
Neurological:
  General: No focal deficit present.
  Mental Status: He is alert and oriented to person, place, and time.
Psychiatric:
  Mood and Affect: Mood normal.
  Behavior: Behavior normal.

**Assessment and Plan:**

This is a 64 year old male consulted for chest pain , new onset Afib

1.Chest pain- likely feeling palpitations
Troponin: 31
CXR(11/25/23): Bilateral pulmonary edema.  Differential diagnosis includes viral pneumonia,
acute MI with CHF, inhalational injury.
Telemetry(11/26/23): Afib at 97 bpm
Continue to monitor telemetry
I will get an echo

2. Afib- New onset
Pt reports palpitations
Telemetry(11/26/23): Afib at 97 bpm
Continue to monitor telemetry
Patient is on eliquis 5mg bid
Currently treated with Diltiazem IV
Continue eliquis and Diltiazem IV

App. 42

# Darden, Clifford

MRN: 005034712

| Hessami, Miratiqullah, MD | Progress Notes ⚠ 💟 | Date of Service: 12/01/23 1038 |
|---|---|---|
| Physician | Signed | |
| Hospitalist | | |

## UFHealth Leesburg Hospital

**Admit Date: 11/25/2023**
LOS: 6 days

### Subjective:

In the past 24 hours Clifford has experienced
FOR TEE AND CARDIOVERSION TODAY
**Current Hospital Medications:**
Scheduled:

| | | | |
|---|---|---|---|
| • apixaban | 5 mg | Oral | BID |
| • atorvastatin | 20 mg | Oral | Nightly |
| • carvedilol | 25 mg | Oral | BID W/ Meals |
| • cyclobenzaprine | 5 mg | Oral | TID |
| • insulin aspart | 0-12 Units | Subcutaneous | QID AC & HS |
| • lisinopril | 40 mg | Oral | daily |
| • pantoprazole | 40 mg | Intravenous | daily |
| • senna | 1 tablet | Oral | Nightly |

Continuous Infusions:
PRN: acetaminophen, 650 mg, Oral, Q4H PRN
glucose, 15-30 g, Oral, PRN
  Or
apple juice, 4-8 oz, Oral, PRN
dextrose, 12.5-25 g, Intravenous, PRN
diphenhydrAMINE, 25 mg, Oral, Q6H PRN
docusate sodium, 100 mg, Oral, BID PRN
glucagon, 1 mg, Intramuscular, PRN
ibuprofen, 800 mg, Oral, Q6H PRN
polyethylene glycol, 17 g, Oral, Q12H PRN
temazepam, 15 mg, Oral, Nightly PRN

### Objective:

| Vital Signs: Last Filed: | Vitals Signs: 24 Hour Range: |
|---|---|
| BP: 129/94 (12/01 0736) | BP: (104-130)/(71-109) |
| Temp: 36.8 °C (98.2 °F) (12/01 0736) | Temp: [36.3 °C (97.3 °F)-37.2 °C (99 °F)] |
| Pulse: 97 (12/01 0836) | Pulse: [95-97] |
| Resp: 18 (12/01 0736) | Resp: [17-18] |
| SpO2: 97 % (12/01 0736) | SpO2: [97 %-99 %] |

App. 43

| Date | 11/30/23 0700 - 12/01/23 0659 | | | | 12/01/23 0700 - 12/02/23 0659 | | | |
|---|---|---|---|---|---|---|---|---|
| Shift | 0700-1459 | 1500-2259 | 2300-0659 | 24 Hour Total | 0700-1459 | 1500-2259 | 2300-0659 | 24 Hour Total |
| INTAKE | | | | | | | | |
| Shift Total | | | | | | | | |
| OUTPUT | | | | | | | | |
| Urine | | 200 | 925 | 1125 | | | | |
| Urine | | 200 | 925 | 1125 | | | | |
| Shift Total | | 200 | 925 | 1125 | | | | |
| NET | | -200 | -925 | -1125 | | | | |

**Physical Exam**
BP (l) 129/94 | Pulse 97 | Temp 36.8 °C (98.2 °F) (Oral) | Resp 18 | Ht 2.042 m (6' 8,4") | Wt 120 kg (264 lb 8.8 oz) | SpO2 97% | BMI 28.77 kg/m²
General appearance: alert, cooperative, no distress, appears stated age
Neck: supple, symmetrical, trachea midline, no adenopathy, thyroid: not enlarged, symmetric, no tenderness/mass/nodules, no carotid bruit and no JVD
Lungs: clear to auscultation bilaterally
Heart: regular rate and rhythm, S1, S2 normal, no murmur, click, rub or gallop
Abdomen: soft, non-tender; bowel sounds normal; no masses, no organomegaly
Extremities: extremities normal, atraumatic, no cyanosis or edema
Neurologic: Grossly normal

Data review:
CBC (with or without Differential):
Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 5.1 | 12/01/2023 |
| HGB | 13.6 (L) | 12/01/2023 |
| HCT | 40.4 | 12/01/2023 |
| MCV | 86.3 | 12/01/2023 |
| MCH | 29.1 | 12/01/2023 |
| MCHC | 33.7 | 12/01/2023 |
| PLATCOUNT | 295 | 12/01/2023 |
| MPV | 9.9 | 12/01/2023 |
| NEUTROPCT | 48.8 | 11/25/2023 |
| LYMPHPCT | 34.7 | 11/25/2023 |
| MONOPCT | 8.7 | 11/25/2023 |
| EOSPCT | 6.3 | 11/25/2023 |
| BASOPCT | 1.2 | 11/25/2023 |

, BMP/CMP:
Lab Results

| Component | Value | Date |
|---|---|---|
| NA | 140 | 12/01/2023 |
| K | 4.0 | 12/01/2023 |
| CL | 106 | 12/01/2023 |
| CO2 | 30 | 12/01/2023 |
| BUN | 12 | 12/01/2023 |
| CREATININE | 1.17 | 12/01/2023 |

App . 44

|  | 1459 | 2259 | 0659 | Total | 1459 | 2259 | 0659 | Total |
|---|---|---|---|---|---|---|---|---|
| INTAKE | | | | | | | | |
| Shift Total | | | | | | | | |
| OUTPUT | | | | | | | | |
| Urine | | 500 | 400 | 900 | | | | |
| Urine | | 500 | 400 | 900 | | | | |
| Shift Total | | 500 | 400 | 900 | | | | |
| NET | | -500 | -400 | -900 | | | | |

**Physical Exam**
BP (!) 131/96 | Pulse 96 | Temp 36.5 °C (97.7 °F) (Oral) | Resp 18 | Ht 2.042 m (6' 8.4") | Wt 120 kg (264 lb 8.8 oz) | SpO2 96% | BMI 28.77 kg/m²
General appearance: alert, cooperative, no distress, appears stated age
Neck: supple, symmetrical, trachea midline, no adenopathy, thyroid: not enlarged, symmetric, no tenderness/mass/nodules, no carotid bruit and no JVD
Lungs: clear to auscultation bilaterally
Heart: regular rate and rhythm, S1, S2 normal, no murmur, click, rub or gallop
Abdomen: soft, non-tender; bowel sounds normal; no masses, no organomegaly
Extremities: extremities normal, atraumatic, no cyanosis or edema
Neurologic: Grossly normal

**Data review:**
**CBC (with or without Differential):**
**Lab Results**

| Component | Value | Date |
|---|---|---|
| WBC | 5.6 | 11/30/2023 |
| HGB | 13.3 (L) | 11/30/2023 |
| HCT | 40.7 | 11/30/2023 |
| MCV | 88.3 | 11/30/2023 |
| MCH | 28.9 | 11/30/2023 |
| MCHC | 32.7 | 11/30/2023 |
| PLATCOUNT | 294 | 11/30/2023 |
| MPV | 10.1 | 11/30/2023 |
| NEUTROPCT | 48.8 | 11/25/2023 |
| LYMPHPCT | 34.7 | 11/25/2023 |
| MONOPCT | 8.7 | 11/25/2023 |
| EOSPCT | 6.3 | 11/25/2023 |
| BASOPCT | 1.2 | 11/25/2023 |

, **BMP/CMP:**
**Lab Results**

| Component | Value | Date |
|---|---|---|
| NA | 142 | 11/30/2023 |
| K | 4.3 | 11/30/2023 |
| CL | 107 | 11/30/2023 |
| CO2 | 31 | 11/30/2023 |
| BUN | 12 | 11/30/2023 |
| CREATININE | 1.24 | 11/30/2023 |
| GLU | 98 | 11/30/2023 |
| CALCIUM | 8.7 | 11/30/2023 |
| TPROT | 6.5 | 11/25/2023 |
| ALB | 3.2 (L) | 11/25/2023 |
| AST | 56 (H) | 11/25/2023 |
| ALT | 86 (H) | 11/25/2023 |
| EGFR | 65 | 11/30/2023 |
| TBILI | 1.1 (H) | 11/25/2023 |

11/30/23, 11:25 AM      Darden, Clifford (MR#0356840D) Printed by SPOONER, CHANELLE [83308]

Case 8:07-cr-00446-MSS-SPF    Document 190-1    Filed 03/10/25    Page 49 of 91 PageID
Darden, Clifford (MRN 005034712) Encounter Date: 11/25/2023   1282

| | | |
|---|---|---|
| ALKPHOS | 60 | 11/25/2023 |
| MG | 2.4 | 11/30/2023 |

, Hepatic Function:

**Lab Results**

| Component | Value | Date |
|---|---|---|
| ALB | 3.2 (L) | 11/25/2023 |
| ALKPHOS | 60 | 11/25/2023 |
| ALT | 86 (H) | 11/25/2023 |
| AST | 56 (H) | 11/25/2023 |
| TBILI | 1.1 (H) | 11/25/2023 |
| TPROT | 6.5 | 11/25/2023 |

and Cardiac markers:

**Lab Results**

| Component | Value | Date |
|---|---|---|
| TROPONINI | 31 | 11/25/2023 |

---

| **Assessment and Plan:** |
|---|

A FIB WITH RVR
CHEST PAIN
UNCONTROLLED HTN
DM
HYPERLIPIDEMIA

CARDIOVERSION POSTPONED UNTIL TOMORROW
Miratiqullah Hessami, MD
11/30/2023
11:08 AM

Electronically signed by Hessami, Miratiqullah, MD at 11/30/23 1109

ED to Hosp-Admission (Current) on 11/25/2023    *Note shared with patient*

Darden, Clifford (MRN 005034712) Printed by Spooner, Chanelle [83308] at 11/30/2023 12:25 PM

App. 46

## Progress Notes by Hessami, Miratiqullah, MD at 11/29/23 1046

| | | |
|---|---|---|
| Author: Hessami, Miratiqullah, MD | Service: Hospitalist | Author Type: Physician |
| Filed: 11/29/23 1049 | Date of Service: 11/29/23 1046 | Note Type: Progress Notes |
| Status: Signed | Editor: Hessami, Miratiqullah, MD (Physician) | |

**UFHealth Leesburg Hospital**

**Admit Date: 11/25/2023**
 LOS: 4 days

| Subjective: |
|---|

In the past 24 hours Clifford has experienced
HAD EPISODES OF TACHYCARDIA, OTHERWISE DOING GOOD
**Current Hospital Medications:**
Scheduled:

| | | | |
|---|---|---|---|
| • apixaban | 5 mg | Oral | BID |
| • atorvastatin | 20 mg | Oral | Nightly |
| • carvedilol | 25 mg | Oral | BID W/ Meals |
| • cyclobenzaprine | 5 mg | Oral | TID |
| • insulin aspart | 0-12 Units | Subcutaneous | QID AC & HS |
| • lisinopril | 40 mg | Oral | daily |
| • pantoprazole | 40 mg | Intravenous | daily |
| • senna | 1 tablet | Oral | Nightly |

Continuous Infusions:
PRN: acetaminophen, 650 mg, Oral, Q4H PRN
glucose, 15-30 g, Oral, PRN
 Or
apple juice, 4-8 oz, Oral, PRN
dextrose, 12.5-25 g, Intravenous, PRN
diphenhydrAMINE, 25 mg, Oral, Q6H PRN
docusate sodium, 100 mg, Oral, BID PRN
glucagon, 1 mg, Intramuscular, PRN
ibuprofen, 800 mg, Oral, Q6H PRN
polyethylene glycol, 17 g, Oral, Q12H PRN
temazepam, 15 mg, Oral, Nightly PRN

| Objective: |
|---|

| Vital Signs: Last Filed: | Vitals Signs: 24 Hour Range: |
|---|---|
| BP: 110/92 (11/29 0742) | BP: (110-129)/(89-101) |
| Temp: 36.5 °C (97.7 °F) (11/29 0742) | Temp: [36.5 °C (97.7 °F)-37 °C (98.6 °F)] |
| Pulse: 66 (11/29 0742) | Pulse: [66-128] |
| Resp: 18 (11/29 0742) | Resp: [17-18] |
| SpO2: 100 % (11/29 0742) | SpO2: [97 %-100 %] |

Pain Score
Pain Scale - DVPRS: 0
Wong-Baker Faces Pain Rating: 0
Score: FLACC : 0          App. 47
Total Score: ANVPS : 0

| Date | 11/28/23 0700 - 11/29/23 0659 | | | | 11/29/23 0700 - 11/30/23 0659 | | | |
|---|---|---|---|---|---|---|---|---|
| Shift | 0700-1459 | 1500-2259 | 2300-0659 | 24 Hour Total | 0700-1459 | 1500-2259 | 2300-0659 | 24 Hour Total |
| | INTAKE | | | | | | | |
| Shift Total | | | | | | | | |
| | OUTPUT | | | | | | | |
| Urine | | | 950 | 950 | | | | |
| Urine | | | 950 | 950 | | | | |
| Shift Total | | | 950 | 950 | | | | |
| NET | | | -950 | -950 | | | | |

## Physical Exam

BP (!) 110/92 | Pulse 66 | Temp 36.5 °C (97.7 °F) (Oral) | Resp 18 | Ht 2.042 m (6' 8.4") | Wt 120 kg (264 lb 8.8 oz) | SpO2 100% | BMI 28.77 kg/m²

General appearance: alert, cooperative, no distress, appears stated age
Neck: supple, symmetrical, trachea midline, no adenopathy, thyroid: not enlarged, symmetric, no tenderness/mass/nodules, no carotid bruit and no JVD
Lungs: clear to auscultation bilaterally
Heart: regular rate and rhythm, S1, S2 normal, no murmur, click, rub or gallop
Abdomen: soft, non-tender; bowel sounds normal; no masses, no organomegaly
Extremities: extremities normal, atraumatic, no cyanosis or edema
Neurologic: Grossly normal

Data review:
CBC (with or without Differential):

**Lab Results**

| Component | Value | Date |
|---|---|---|
| WBC | 5.2 | 11/29/2023 |
| HGB | 12.3 (L) | 11/29/2023 |
| HCT | 37.5 (L) | 11/29/2023 |
| MCV | 87.8 | 11/29/2023 |
| MCH | 28.8 | 11/29/2023 |
| MCHC | 32.8 | 11/29/2023 |
| PLATCOUNT | 269 | 11/29/2023 |
| MPV | 9.7 | 11/29/2023 |
| NEUTROPCT | 48.8 | 11/25/2023 |
| LYMPHPCT | 34.7 | 11/25/2023 |
| MONOPCT | 8.7 | 11/25/2023 |
| EOSPCT | 6.3 | 11/25/2023 |
| BASOPCT | 1.2 | 11/25/2023 |

, BMP/CMP:

**Lab Results**

| Component | Value | Date |
|---|---|---|
| NA | 142 | 11/29/2023 |
| K | 3.9 | 11/29/2023 |
| CL | 109 (H) | 11/29/2023 |
| CO2 | 29 | 11/29/2023 |
| BUN | 13 | 11/29/2023 |
| CREATININE | 1.07 | 11/29/2023 |
| GLU | 105 | 11/29/2023 |
| CALCIUM | 8.4 (L) | 11/29/2023 |
| TPROT | 6.5 | 11/25/2023 |
| ALB | 3.2 (L) | 11/25/2023 |
| AST | 56 (H) | 11/25/2023 |
| ALT | 86 (H) | 11/25/2023 |

App. 48

| EGFR | 77 | 11/29/2023 |
| TBILI | 1.1 (H) | 11/25/2023 |
| ALKPHOS | 60 | 11/25/2023 |
| MG | 2.2 | 11/29/2023 |

, Hepatic Function:

**Lab Results**

| Component | Value | Date |
|---|---|---|
| ALB | 3.2 (L) | 11/25/2023 |
| ALKPHOS | 60 | 11/25/2023 |
| ALT | 86 (H) | 11/25/2023 |
| AST | 56 (H) | 11/25/2023 |
| TBILI | 1.1 (H) | 11/25/2023 |
| TPROT | 6.5 | 11/25/2023 |

and Cardiac markers:

**Lab Results**

| Component | Value | Date |
|---|---|---|
| TROPONINI | 31 | 11/25/2023 |

**Assessment and Plan:**

A FIB WITH RVR
CHEST PAIN
UNCONTROLLED HTN
DM
HYPERLIPIDEMIA

HAD EPISODE OF TACHYCARDIA, OTHERWISE DOING GOOD, AWAITING CARDIOLOGY
DECISION REGARDING POSSIBLE CARDIOVERSION, ONCE CLEARED, DC TO COLEMAN
Miratiqullah Hessami, MD
11/29/2023
10:47 AM

Electronically signed by Hessami, Miratiqullah, MD at 11/29/23 1049

ED to Hosp-Admission (Current) on 11/25/2023    *Note shared with patient*

App. 49

## Progress Notes by Hessami, Miratiqullah, MD at 11/30/23 1108

| | | |
|---|---|---|
| Author: Hessami, Miratiqullah, MD | Service: Hospitalist | Author Type: Physician |
| Filed: 11/30/23 1109 | Date of Service: 11/30/23 1108 | Note Type: Progress Notes |
| Status: Signed | Editor: Hessami, Miratiqullah, MD (Physician) | |

**UFHealth Leesburg Hospital**

Admit Date: 11/25/2023
LOS: 5 days

### Subjective:

In the past 24 hours Clifford has experienced
CARDIOVERSION POSTPONED UNITL TOMORROW
**Current Hospital Medications:**
Scheduled:

| | | | |
|---|---|---|---|
| • apixaban | 5 mg | Oral | BID |
| • atorvastatin | 20 mg | Oral | Nightly |
| • carvedilol | 25 mg | Oral | BID W/ Meals |
| • cyclobenzaprine | 5 mg | Oral | TID |
| • insulin aspart | 0-12 Units | Subcutaneous | QID AC & HS |
| • lisinopril | 40 mg | Oral | daily |
| • pantoprazole | 40 mg | Intravenous | daily |
| • senna | 1 tablet | Oral | Nightly |

Continuous Infusions:
PRN: acetaminophen, 650 mg, Oral, Q4H PRN
glucose, 15-30 g, Oral, PRN
  Or
apple juice, 4-8 oz, Oral, PRN
dextrose, 12.5-25 g, Intravenous, PRN
diphenhydrAMINE, 25 mg, Oral, Q6H PRN
docusate sodium, 100 mg, Oral, BID PRN
glucagon, 1 mg, Intramuscular, PRN
ibuprofen, 800 mg, Oral, Q6H PRN
polyethylene glycol, 17 g, Oral, Q12H PRN
temazepam, 15 mg, Oral, Nightly PRN

### Objective:

| Vital Signs: Last Filed: | Vitals Signs: 24 Hour Range: |
|---|---|
| BP: 131/96 (11/30 0900) | BP: (118-140)/(81-100) |
| Temp: 36.5 °C (97.7 °F) (11/30 0900) | Temp: [36.3 °C (97.3 °F)-36.9 °C (98.4 °F)] |
| Pulse: 96 (11/29 1542) | Pulse: [88-96] |
| Resp: 18 (11/30 0407) | Resp: [18] |
| SpO2: 96 % (11/30 0900) | SpO2: [96 %-100 %] |

Pain Score
Pain Scale - DVPRS: 0
Wong-Baker Faces Pain Rating: 0

| Date | 11/29/23 0700 - 11/30/23 0659 | | | | 11/30/23 0700 - 12/01/23 0659 | | | |
|---|---|---|---|---|---|---|---|---|
| Shift | 0700- | 1500- | 2300- | 24 Hour | 0700- | 1500- | 2300- | 24 Hour |

App.50

```
  COLD6  540*23 *             SENTENCE MONITORING           *     01-27-2025
  PAGE 001       *            COMPUTATION DATA              *     17:16:28
                             AS OF 01-27-2025


REGNO..: 49961-018 NAME: DARDEN, CLIFFORD


FBI NO..........: 382415AA6         DATE OF BIRTH: 11-03-1959  AGE:  65
ARS1............: COL/A-DES
UNIT............: 1 GP              QUARTERS.....: A03-040L
DETAINERS.......: NO               NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 10-21-2036

THE INMATE IS PROJECTED FOR RELEASE: 04-21-2037 VIA GCT REL


---------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------
COURT OF JURISDICTION..........: FLORIDA, MIDDLE DISTRICT
DOCKET NUMBER..................: 8:07-CR-446-T-27MSS
JUDGE..........................: CASTAGNA
DATE SENTENCED/PROBATION IMPOSED: 10-08-2008
DATE COMMITTED.................: 01-06-2011
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO


                FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $400.00        $00.00          $00.00       $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT: $600.00

-----------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 540      18:1951 RACKETEER, VIOLENCE
OFF/CHG: 18:1951 & 2 OBSTRUCTION OF COMMERCE BY ROBBERY -CT1, CT3

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    2 YEARS
 TERM OF SUPERVISION............:    3 YEARS
 DATE OF OFFENSE................: 06-04-2007




G0002       MORE PAGES TO FOLLOW . . .
```

App. 51

```
  COLD6   540*23 *              SENTENCE MONITORING          *      01-27-2025
PAGE 002            *           COMPUTATION DATA             *      17:16:28
                                 AS OF 01-27-2025


REGNO..: 49961-018 NAME: DARDEN, CLIFFORD



-----------------------CURRENT OBLIGATION NO: 020 -----------------------
OFFENSE CODE....: 130      18:924(C) FIREARMS LAWS        FSA INELIGIBLE
OFF/CHG: 18:924(C)(1)(A) & 2 USE OF A FIREARM DURING A CRIME OF
         VIOLENCE -CT2

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    7 YEARS
  TERM OF SUPERVISION............:    5 YEARS
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CS TO OBLG 010
  DATE OF OFFENSE................: 06-04-2007

-----------------------CURRENT OBLIGATION NO: 030 -----------------------
OFFENSE CODE....: 130      18:924(C) FIREARMS LAWS        FSA INELIGIBLE
OFF/CHG: 18:924(C)(1)(A) & 2 USE OF A FIREARM DURING A CRIME OF
         VIOLENCE -CT4

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   25 YEARS
  TERM OF SUPERVISION............:    5 YEARS
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CS TO OBLG 010, 020
  DATE OF OFFENSE................: 07-03-2007

-----------------------CURRENT COMPUTATION NO: 010 -----------------------

COMPUTATION 010 WAS LAST UPDATED ON 04-08-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 03-30-2011 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 010 020, 010 030




G0002       MORE PAGES TO FOLLOW . . .
```

App. 52

```
  COLD6  540*23 *              SENTENCE MONITORING         *      01-27-2025
  PAGE 003 OF 003 *            COMPUTATION DATA            *      17:16:28
                              AS OF 01-27-2025


     REGNO..: 49961-018 NAME: DARDEN, CLIFFORD


     DATE COMPUTATION BEGAN..........: 10-08-2008
     AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
     TOTAL TERM IN EFFECT............:     34 YEARS
     TOTAL TERM IN EFFECT CONVERTED..:     34 YEARS
     AGGREGATED TERM OF SUPERVISION..:      5 YEARS
     EARLIEST DATE OF OFFENSE........: 06-04-2007

     JAIL CREDIT.....................:     FROM DATE      THRU DATE
                                           07-03-2007     07-14-2007
                                           08-15-2007     01-22-2008

     TOTAL PRIOR CREDIT TIME.........: 173
     TOTAL INOPERATIVE TIME..........: 0
     TOTAL GCT EARNED AND PROJECTED..: 1822
     TOTAL GCT EARNED................: 850
     STATUTORY RELEASE DATE PROJECTED: 04-21-2037
     ELDERLY OFFENDER TWO THIRDS DATE: 12-18-2030
     EXPIRATION FULL TERM DATE.......: 04-17-2042
     TIME SERVED.....................:     16 YEARS      9 MONTHS      10 DAYS
     PERCENTAGE OF FULL TERM SERVED..:  49.3
     PERCENT OF STATUTORY TERM SERVED:  57.8


     PROJECTED SATISFACTION DATE.....: 04-21-2037
     PROJECTED SATISFACTION METHOD...: GCT REL

     REMARKS.......: 173 DAYS WILLIS CREDIT AWARDED.
                     01-15-2014 UPDATED DGCT #2533303 L/KMT.
                     4-8-2020 GCT UPDATED PURSUANT TO FSA P/JMD.
```

```
     G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

App. 53

## FSA Recidivism Risk Assessment  (PATTERN 01.03.00)
Register Number:49961-018, Last Name:DARDEN

**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

Register Number: 49961-018                    Risk Level Inmate....: R-MIN
Inmate Name                                      General Level......: R-MIN (4)
   Last........: DARDEN                          Violent Level......: R-MIN (7)
   First.......: CLIFFORD                   Security Level Inmate: LOW
   Middle......:                            Security Level Facl..: LOW
   Suffix......:                            Responsible Facility.: COL
Gender.........: MALE                       Start Incarceration..: 10/08/2008

### PATTERN Worksheet Summary

| Item | – Value | – General Score | – Violent Score |
|------|---------|-----------------|-----------------|
| Current Age | 65 | 0 | 0 |
| Walsh w/Conviction | FALSE | 0 | 0 |
| Violent Offense (PATTERN) | TRUE | 5 | 7 |
| Criminal History Points | 6 | 16 | 6 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 2 | 2 | 4 |
| Education Score | HighSchoolDegreeOrGED | -2 | -2 |
| Drug Program Status | NoNeed | -6 | -3 |
| All Incident Reports (120 Months) | 0 | 0 | 0 |
| Serious Incident Reports (120 Months) | 0 | 0 | 0 |
| Time Since Last Incident Report | 132 | 0 | 0 |
| Time Since Last Serious Incident Report | 132 | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 8 | -9 | -3 |
| Work Programs | 5 | -2 | -2 |
| | | Total  4 | 7 |

### PATTERN Worksheet Details

Item: Programs Completed, Value: 8
General Score: -9, Violent Score: -3
Risk Item Data

| Category | – Assignment | – Start | – Stop |
|----------|-------------|---------|--------|
| DRG | ED COMP | 03/27/2013 14:00 | |
| EDC | $ SMART | 07/13/2011 15:38 | 07/13/2011 15:38 |
| EDC | ACE FRENCH | 10/04/2012 09:46 | 10/04/2012 09:46 |
| EDC | MS 2010 PM | 01/08/2013 12:54 | 01/08/2013 12:54 |
| EDC | ACE WRITE | 03/22/2013 09:25 | 03/22/2013 09:25 |
| EDC | TYPE AM | 07/02/2014 13:38 | 07/02/2014 13:38 |
| EDC | EDUC HORT | 09/29/2016 10:31 | 09/29/2016 10:31 |
| EDC | LEGAL RES | 09/29/2016 10:59 | 09/29/2016 10:59 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Item: Work Programs, Value: 5
General Score: -2, Violent Score: -2          App. 54
Risk Item Data

| Category | – Assignment | – Start | – Stop |
|----------|-------------|---------|--------|
| EDC | HVACPM | 05/07/2012 08:14 | 05/07/2012 08:14 |

**FSA Recidivism Risk Assessment (PATTERN 01.03.00)**

Register Number:49961-018, Last Name:DARDEN

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| EDC | CULARTM    | 06/27/2012 08:23 | 06/27/2012 08:23 |
| EDC | CULARTB    | 09/25/2012 13:01 | 09/25/2012 13:01 |
| EDC | CUST MAINT | 04/01/2013 08:02 | 04/01/2013 08:02 |
| WRK | UNICOR 3   | 01/09/2025 10:32 |                  |

App. 55

**FSA Time Credit Assessment**

Register Number:49961-018, Last Name:DARDEN

## U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| Register Number....: 49961-018 | Responsible Facility: COL |
| Inmate Name | Assessment Date.....: 12-30-2024 |
|   Last.............: DARDEN | Period Start/Stop...: 12-21-2018 to 12-30-2024 |
|   First............: CLIFFORD | Accrued Pgm Days....: 0 |
|   Middle...........: | Disallowed Pgm Days.: 0 |
|   Suffix...........: | FTC Towards RRC/HC..: 0 |
| Gender............: MALE | FTC Towards Release.: 0 |
| Start Incarceration: 10-08-2008 | Apply FTC to Release: No |

--- FTC Claim Status ---------------------------------------------------------------

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 12-21-2018 | 12-30-2024 | ineligible | 0 |

  FSA Ineligible.

| Facility | Category | Assignment | Start | Stop |
|---|---|---|---|---|
| COL | FSA | FTC INELIG | 11-13-2019 11:20 | CURRENT |
| COL | FSA | INELIG AUT | 12-17-2019 15:10 | CURRENT |

--- FSA Assessment(s) ---------------------------------------------------------------

| # | Start | Stop | Assignment | Asn Start | Factor |
|---|---|---|---|---|---|
| 001 | 12-21-2018 | 01-18-2019 | R-LW | 04-28-2021 18:09 | 10 |
| 002 | 01-18-2019 | 07-17-2019 | R-LW | 04-28-2021 18:09 | 10 |
| 003 | 07-17-2019 | 01-13-2020 | R-LW | 04-28-2021 18:09 | 15 |
| 004 | 01-13-2020 | 07-11-2020 | R-LW | 04-28-2021 18:09 | 15 |
| 005 | 07-11-2020 | 01-07-2021 | R-LW | 04-28-2021 18:09 | 15 |
| 006 | 01-07-2021 | 07-06-2021 | R-LW | 04-28-2021 18:09 | 15 |
| 007 | 07-06-2021 | 01-02-2022 | R-LW | 04-28-2021 18:09 | 15 |
| 008 | 01-02-2022 | 07-01-2022 | R-LW | 10-29-2021 11:06 | 15 |
| 009 | 07-01-2022 | 12-28-2022 | R-LW | 04-07-2022 09:35 | 15 |
| 010 | 12-28-2022 | 06-26-2023 | R-LW | 09-22-2022 10:03 | 15 |
| 011 | 06-26-2023 | 12-23-2023 | R-LW | 03-14-2023 08:17 | 15 |
| 012 | 12-23-2023 | 06-20-2024 | R-LW | 08-13-2023 13:48 | 15 |
| 013 | 06-20-2024 | 12-17-2024 | R-MIN | 02-07-2024 09:59 | 15 |
| 014 | 12-17-2024 | 06-15-2025 | R-MIN | 08-05-2024 13:55 | 15 |

App. 56

COLD6   606.00 *        MALE CUSTODY CLASSIFICATION FORM        *        01-27-2025

PAGE 001 OF 001                                                                 16:56:30

## (A) IDENTIFYING DATA

REG NO..: |49961-018|           FORM DATE: 08-05-2024           ORG: COL

NAME....: DARDEN, CLIFFORD

                                        MGTV: NONE

PUB SFTY: GRT SVRTY,SENT LGTH          MVED:

### (B) BASE SCORING

DETAINER: (0) NONE                  SEVERITY.......: (7) GREATEST
MOS REL.: 152                       CRIM HIST SCORE: (04) 6 POINTS
ESCAPES.: (0) NONE                  VIOLENCE.......: (2) > 15 YRS SERIOUS
VOL SURR: (0) N/A                   AGE CATEGORY...: (0) 55 AND OVER
EDUC LEV: (0) VERFD HS DEGREE/GED   DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS

### (C) CUSTODY SCORING

TIME SERVED.....: (4) 26-75%        PROG PARTICIPAT: (2) GOOD
LIVING SKILLS...: (2) GOOD          TYPE DISCIP RPT: (5) NONE
FREQ DISCIP RPT.: (3) NONE          FAMILY/COMMUN..: (4) GOOD

--- LEVEL AND CUSTODY SUMMARY ---

| BASE | CUST | VARIANCE | SEC TOTAL | SCORED LEV | MGMT SEC LEVEL | CUSTODY | CONSIDER |
|------|------|----------|-----------|------------|----------------|---------|----------|
| +13  | +20  | -4       | +9        | LOW        | N/A            | IN      | DECREASE |

G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED

App. 57



**Individualized Needs Plan - Program Review    (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: DARDEN, CLIFFORD  49961-018

**SEQUENCE: 01489992**
**Team Date: 01-29-2025**

| | | | |
|---|---|---|---|
| Facility: | COL COLEMAN LOW FCI | Proj. Rel. Date: | 04-21-2037 |
| Name: | DARDEN, CLIFFORD | Proj. Rel. Mthd: | GOOD CONDUCT TIME |
| Register No.: | 49961-018 | DNA Status: | COM04545 / 01-28-2011 |
| Age: | 65 | | |
| Date of Birth: | 11-03-1959 | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|

NO DETAINER

### Inmate Photo ID Status

Full status incomplete - Expiration: null

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| COL | UNICOR 3 | UNICOR WORKER, INSIDE, CREW #3 | 01-09-2025 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| COL | ESL HAS | ENGLISH PROFICIENT | 01-11-2011 |
| COL | GED HAS | COMPLETED GED OR HS DIPLOMA | 01-11-2011 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| COL | C | BEGINING SPINNING | 11-06-2023 | 12-17-2023 |
| COL | C | RESPONSIBLE THINKING #6 | 04-29-2019 | 10-02-2019 |
| COL | C | RELAPSE PREVENTION #1 | 04-29-2019 | 10-02-2019 |
| COL | C | FREE WORLD LIVING #5 | 04-29-2019 | 10-02-2019 |
| COL | C | FREE WHO AM I #6 | 04-29-2019 | 10-02-2019 |
| COL | C | FREE WELLNESS #1 | 04-29-2019 | 10-02-2019 |
| COL | C | FREE VICTIM IMPACT #6 | 04-29-2019 | 10-02-2019 |
| COL | C | FREE URBAN MALE #6 | 04-29-2019 | 10-02-2019 |
| COL | C | FREE CRIMINAL THINKING #6 | 04-29-2019 | 10-02-2019 |
| COL | C | FREE PUBLIC SPEAKING #6 | 04-29-2019 | 10-02-2019 |
| COL | C | FREE HEALTHY RELATIONSHIP #1 | 04-29-2019 | 10-02-2019 |
| COL | C | FREE CAGE YOUR RAGE #6 | 04-29-2019 | 10-02-2019 |
| COL | C | FREE LIFE PLAN #2, #4, #5 | 04-29-2019 | 10-02-2019 |
| COL | C | FREE PARENTING #6 | 04-29-2019 | 10-02-2019 |
| COL | C | FREE MONEY SMARTS #3 | 04-29-2019 | 10-02-2019 |
| COL | C | FREE LIVING #6 | 04-29-2019 | 10-02-2019 |
| COL | C | FREE INTEGRAL LIFE PRACTICES#6 | 04-29-2019 | 10-02-2019 |
| COL | C | FREE HOT SEAT #6 | 04-29-2019 | 10-02-2019 |
| COL | C | FREE COPING SKILLS #6 | 04-29-2019 | 10-02-2019 |
| COL | C | FREE SMART CHOICES #6 | 04-29-2019 | 10-02-2019 |
| COL | C | FREE ATTITUDES OF CHANGE #6 | 04-29-2019 | 10-02-2019 |
| COL | C | REENTRY EDUCATION M-F 9-10:30 | 10-24-2018 | 12-31-2018 |
| COM | C | EDUC DEPT LEGAL RESEARCH ACE | 09-29-2016 | 01-04-2017 |
| COM | C | EDUC CLASS/HORTICULTURE ACE | 09-29-2016 | 01-04-2017 |
| COM | C | EDUC CLASS/HORTICULTURE ACE | 03-23-2016 | 06-25-2016 |
| COM | C | RE-ENTRY SEMINAR | 10-26-2015 | 12-14-2015 |
| COM | C | PERSONAL MASTERY | 12-05-2014 | 03-15-2015 |
| COM | C | EDUC CLASS/HORTICULTURE ACE | 07-01-2015 | 10-02-2015 |
| COM | C | EDUC CLASS/HORTICULTURE ACE | 12-30-2014 | 03-25-2015 |
| COM | C | PHOTO CLASS | 10-01-2014 | 12-03-2014 |
| COM | C | EDUC CLASS/HORTICULTURE ACE | 10-01-2014 | 12-30-2014 |
| COM | C | TYPING VT AM CLASS | 07-02-2014 | 08-22-2014 |
| COM | C | EDUC CLASS/HORTICULTURE ACE | 04-15-2014 | 06-25-2014 |
| COM | C | BEGINNING SPINNING CLASS | 03-13-2014 | 05-11-2014 |
| COM | C | VT/CUSTODIAL MAINTENANCE PROG. | 04-01-2013 | 06-28-2013 |

App. 58



**Individualized Needs Plan - Program Review   (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: DARDEN, CLIFFORD  49961-018

**SEQUENCE: 01489992**
**Team Date: 01-29-2025**

| SubFacl | Action | Description | Start | Stop |
|---------|--------|-------------|-------|------|
| COM | C | CREATIVE WRITING ACE-PM EDUC | 03-22-2013 | 06-25-2013 |
| COM | C | MICROSOFT 2010 PM VT CLASS | 01-08-2013 | 04-03-2013 |
| COM | C | EDUC DEPT LEGAL RESEARCH ACE | 12-21-2012 | 03-22-2013 |
| COM | C | RESPONSIBLE THINKING #6 | 01-16-2013 | 02-27-2013 |
| COM | C | FIELD MAINTENANCE | 01-16-2012 | 02-21-2013 |
| COM | C | ACE FRENCH CLASS | 10-04-2012 | 12-21-2012 |
| COM | C | EDUC DEPT LEGAL RESEARCH ACE | 10-04-2012 | 12-21-2012 |
| COM | C | CULINARY ARTS-BASIC | 09-25-2012 | 12-13-2012 |
| COM | C | EDUC DEPT LEGAL RESEARCH ACE | 07-17-2012 | 10-04-2012 |
| COM | C | CULINARY ARTS MANAGEMENT | 06-27-2012 | 09-25-2012 |
| COM | C | HVAC VT PROGRAM-1200-1500 M-F | 05-07-2012 | 09-12-2012 |
| COM | C | PERSONAL GROWTH #6 | 05-24-2012 | 08-09-2012 |
| COM | C | ACE FRENCH CLASS | 04-03-2012 | 07-10-2012 |
| COM | C | EDUC DEPT LEGAL RESEARCH ACE | 04-03-2012 | 07-17-2012 |
| COM | C | TYPING VT AM CLASS | 03-16-2012 | 05-04-2012 |
| COM | C | RPP PERSONAL GROWTH #6 | 11-15-2011 | 11-15-2011 |
| COM | C | MONEY SMART PROGRAM (ACE) | 07-13-2011 | 10-17-2011 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|--------------|-----------------|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

## Current Care Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| CARE1-MH | CARE1-MENTAL HEALTH | 01-10-2011 |
| CARE2 | STABLE, CHRONIC CARE | 05-30-2012 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| CPAP | CPAP MACHINE | 03-08-2022 |
| HGT RESTR | NO LADDERS/NO UPPER BUNK | 03-27-2024 |
| LOWER BUNK | LOWER BUNK REQUIRED | 03-28-2024 |
| REG DUTY W | REGULAR DUTY W/MED RESTRICTION | 03-27-2024 |
| YES F/S | CLEARED FOR FOOD SERVICE | 01-19-2011 |

## Current Drug Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| ED COMP | DRUG EDUCATION COMPLETE | 03-27-2013 |

## FRP Payment Plan

| Most Recent Payment Plan |
|--------------------------|

**FRP Assignment:    NO OBLG    FINANC RESP-NO             Start: 06-16-2021**

Inmate Decision:   **AGREED**       **$25.00**          Frequency: **QUARTERLY**
Payments past 6 months:      **$0.00**          Obligation Balance: **$0.00**

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|-----|------|--------|---------|---------|--------|
| 1 | ASSMT | $400.00 | $300.00 | IMMEDIATE | EXPIRED |
| | | *** NO ADJUSTMENTS MADE IN LAST 6 MONTHS *** | | | |
| 2 | REST FV | $600.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | *** NO ADJUSTMENTS MADE IN LAST 6 MONTHS *** | | | |

## FRP Deposits

Trust Fund Deposits - Past 6 months:   $1,943.93        Payments commensurate ?   Y

New Payment Plan:   ** No data **          App. 59

## Current FSA Assignments



**Individualized Needs Plan - Program Review    (Inmate Copy)**

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: DARDEN, CLIFFORD  49961-018

SEQUENCE: 01489992

Team Date: 01-29-2025

| Assignment | Description | Start |
|---|---|---|
| FTC INELIG | FTC-INELIGIBLE-REVIEWED | 11-13-2019 |
| INELIG AUT | FTC-INELIGIBLE OFF CODE - AUTO | 12-17-2019 |
| N-ANGER Y | NEED - ANGER/HOSTILITY YES | 01-27-2025 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 01-27-2025 |
| N-COGNTV N | NEED - COGNITIONS NO | 01-27-2025 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-28-2021 |
| N-EDUC N | NEED - EDUCATION NO | 01-27-2025 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 01-27-2025 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 01-27-2025 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 01-27-2025 |
| N-MEDICL Y | NEED - MEDICAL YES | 01-27-2025 |
| N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 01-27-2025 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 01-27-2025 |
| N-TRAUMA Y | NEED - TRAUMA YES | 01-27-2025 |
| N-WORK N | NEED - WORK NO | 01-27-2025 |
| R-MIN | MINIMUM RISK RECIDIVISM LEVEL | 01-27-2025 |

**Progress since last review**

No recommendations completed. Darden has maintained his work detail assignment.

**Next Program Review Goals**

Enroll into any 2 REC classes of your choice.

**Long Term Goals**

Complete 2 REC classes by Dec 2025.

**RRC/HC Placement**

Recommended Placement in range greater than 270 days.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources
- Offense
- Prisoner
- Court Statement
- Sentencing Commission

**Comments**

Meets financial/poverty skills need

App. 60

# CERTIFICATE OF COMPLETION

*Awarded to*

# Clifford Darden

HAS COMPLETED 36 CLASSROOM HOURS AND DEMONSTRATED SATISFACTORY

RELEASE PREPARATION

IN

## OPERATION PHOENIX REENTRY PROGRAM

AND IS HEREBY AWARDED THIS CERTIFICATE ON THIS 30TH DAY OF NOVEMBER, 2018

AT FCC COLEMAN, FLORIDA

App. 61



R. Hawkins, Operation Phoenix Reentry Coordinator



# Certificate of Appreciation

Presented to

# Clifford Darden

For his continuous voluntary services and excellent performance in FCC Coleman Medium-Education Department as an ACE instructor of



*Horticulture*

*April 6, 2017*

D. Smith, ACE  Coordinator



# Certificate of Appreciation

*Presented to*

## Clifford Darden

For his continuous voluntary services and excellent performance in FCC
Coleman Medium-Education Department as an ACE instructor of



### *Horticulture*
### *January 4, 2017*

_D. Smith, ACE Coordinator_

44961-018



# CERTIFICATE OF COMPLETION

*PRESENTED TO*

## Clifford Darden

*for satisfactorily completing the Adult Continuing Education class of*

# Legal Research

*consisting of 24 hours of training*

*January 4, 2017*



D. Smith, ACE Coordinator

49961-018



# Certificate of Appreciation

*Presented to*

# Clifford Darden

For his continuous voluntary services and excellent performance in FCC Coleman Medium-Education Department as an ACE instructor of



*Horticulture*

**September 29, 2016**

D. Smith, ACE Coordinator

49961-018



# Certificate of Appreciation

Presented to

## CLIFFORD DARDEN

For his continuous voluntary services and excellent performance in FCC Coleman Medium-Education Department as an ACE instructor of

### HORTICULTURE
### JUNE 25, 2016

D. Smith, ACE Coordinator

App. 67

# Certificate of Appreciation

Presented to

# Clifford Darden

For his continuous voluntary services and excellent performance in FCC Coleman Medium-Education Department as an ACE instructor of

**Horticulture**

**March 23, 2016**

_D. Smith, ACE Coordinator_

# Certificate of Appreciation

Presented to

## Clifford Darden

For his continuous voluntary services and excellent performance in FCC Coleman Medium-Education Department as an ACE instructor of

### Horticulture
**December 31, 2015**

_____
D. Smith, ACE Coordinator

App. 68



# Certificate of Appreciation

*Presented to*

## Clifford Darden

For his continuous voluntary services and excellent performance in FCC
Coleman Medium-Education Department as an ACE instructor of

*Horticulture*
*October 2, 2015*



D. Smith, ACE Coordinator

App. 70

# Certificate of Appreciation

*Presented to*

## Clifford Darden

For his continuous voluntary services and excellent performance in FCC Coleman Medium-Education Department as an ACE instructor of

*Horticulture*
*June 30, 2015*

D. Smith, ACE Coordinator

App. 71

# Certificate of Appreciation

*Presented to*

## Clifford Darden

For his continuous voluntary services and excellent performance in FCC
Coleman Medium-Education Department as an ACE instructor of



*Horticulture*
*March 25, 2015*

_____
D. Smith, ACE Coordinator

App. 72

# Certificate of Appreciation

*Presented to*

## Clifford Darden

For his continuous voluntary services and excellent performance in FCC
Coleman Medium-Education Department as an ACE instructor of



*Horticulture*
*December 30, 2014*

S. Betancourt, ASOE

App. 73

# *Certificate of Achievement*

awarded to:

## Clifford Darden

### For Successful Completion of
### Keyboarding

September 8, 2014

B. N. White
VT Coordinator

APP. 74

# CERTIFICATE OF COMPLETION

## PRESENTED TO

## CLIFFORD DARDEN

for satisfactorily completing the Adult Continuing Education class of

# HORTICULTURE

CONSISTING OF 20 HOURS OF TRAINING

June 25, 2014

C. L. Shurette, Education Technician

49961·018

APP. 75

# *Certificate of Achievement*

awarded to:

## Clifford Darden

### *For Successful Completion of Microsoft Office 2010*

April 9, 2013

B. N. White
*VT Coordinator*

App. 76

# CERTIFICATE OF COMPLETION

*PRESENTED TO*

## Clifford Darden

*for satisfactorily completing the Adult Continuing Education  class of*

## French I

*consisting of 24 hours of training*

*December 28, 2012*

_____
D. Smith, ACE Coordinator

App. 77

# *Certificate of Achievement*

awarded to:

## Clifford Darden

### For Successful Completion of
### Keyboarding



May 8, 2012

*B. White*
_____
**B. N. White**
VT Coordinator

App. 78

# *Certificate of Achievement*

awarded to:

## Clifford Darden

### For Successful Completion of
### Air Conditioning, Refrigeration
### & Heating Technology

*December 12, 2012*

*B. N. White*
*VT Coordinator*

App. 79

# FDIC

## This certificate is presented to

## *CLIFFORD DARDEN*

for successful completion of the Money Smart Course
(20 hours)

SEAL OF ACHIEVEMENT

T. Silipo, Program Coordinator

Sonia Betancourt, ASOE

10/20/11

Date



App. 80

# Certificate of Achievement

This is to certify that:

## Clifford Darden

Has successfully completed skills in

### Goal Setting

A ten week workshop, completed on

### June 23rd, 2010

A Sumter Correctional Institution Re-Entry Program

Ms. Robin Smith
Asst. Warden Programs

J.C. Panzetta, M. Div.
Senior Chaplain

BP-A0324                                          U.S. DEPARTMENT OF JUSTICE
JUN 10                                            FEDERAL BUREAU OF PRISONS

## WORK PERFORMANCE RATING - INMATE

| Inmate's Name<br>Clifford Darden | Register No.<br>49961-018 | Unit<br>A-1 |
|---|---|---|
| Evaluation Period<br>January 2025 | Work Assignment<br>Unit Orderly | |

Bonus Justification

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Check the best statement in each area.  Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
___1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
___2. Fair. Careless; makes mistakes and does not check work. Should do better work.
___3. Satisfactory. Makes some mistakes but no more than expected at this level.
___4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
_X_5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
___1. Unsatisfactory. Lazy, wastes time, goofs off.
___2. Fair. Does just enough to get by. Has to be prodded occasionally.
___3. Satisfactory. Works steadily but does not push self.
___4. Good. Willing Worker. Does a full day's work and wastes little time.
_X_5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
___1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
___2. Fair. Usually relies on others to say what needs to be done.
___3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
___4. Good. Can plan own work well. Acts on own in most things.  Doesn't wait to be told what to do.
_X_5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
___1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
___2. Fair. Shows minimal interest but not very eager to learn.
___3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
___4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
_X_5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
___1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
___2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
___3. Average. No slower and no faster to learn than most inmates.  Requires average amount of instruction.
___4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
_X_5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**                  App. 31
___1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
___2. Needs closer supervision than most. Not very dependable.
___3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
_X_4. Needs little supervision. Good record of dependability an promptness.
___5. No supervision required. Completely dependable in all things.

Replaces BP-S324, OCT 94

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
___1. Poor. Resentful and hostile. May argue with supervisor.
___2. Fair. Resists or ignores suggestions.
___3. Satisfactory. Generally does what is told without any fuss.
___4. Good. No hostility or resentment. Tries to improve.
_X_5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
___1. Poor. Negativistic, hostile, annoying to others.
___2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
___3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
___4. Good. Friendly, congenial, helpful; others like to work with.
_X_5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

___1. Fire or lay off that individual?
___2. Transfer the person to a less demanding job at a lower pay scale?
___3. Continue to employ the person but without a raise or promotion this time?
_X_4. Raise the person's pay but keep the person at the same job?
___5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Check one) _X_ 1 ___ 2 ___ 3 ___ 4 ___ M.
2. Hours of Satisfactory work ___140 hours___
3. Regular Pay ___$56.00/mo.___
4. Bonus Recommended: ___ yes; _X_ no
5. Total Pay ___$56.00___

| Supervisor's Signature | Date |
|---|---|
| Inmate's Signature *Clifford Darden* | Date 2·12·25 |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness Signature | Date 2·12·25 |
|---|---|

Over the extended period of 17 years that I have known Mr. Darden, he has been a model inmate, and has exceeded expectations in all of his job assignments under me.

App. 82



**U.S. Department of Justice**

**Federal Bureau of Prisons**

MEMORANDUM

**Federal Correctional Complex**

**Coleman, FL 33521**

REPLY TO
ATTN OF:     G. Walker, UNICOR Factory Foreman

**SUBJECT:**     Letter of Recommendation

To whom it may concern,

During the entirety of Mr. Clifford Darden Reg# 49961-018 working at FCC Coleman Low UNICOR Factory he has shown tremendous work ethic and professionalism. Mr. Darden is always to work on time, and he goes above the standard of what is expected as a worker. He has strengths in learning task quickly and helping others to reach the goal of learning something when they don't understand. He has volunteered to take part in numerous classes we offer to better his understanding of the job. Mr. Darden is certified in SAP and has completed many courses. Mr. Darden is one of our Lead clerks in the production section and help the Unicor factory run smooth. Mr. Darden is certified in operating standing and sit-down lift trucks, Quality assurance specialist, and Production control specialist as well as Factory safety to name a few. He has excelled in every aspect of the job and continues to strive for more. He has never shown any frustration during busy workdays, however, he works more efficiently with others which is a great quality to have. Mr. Darden's work ethic and professionalism at work is ideal when looking for a quality worker. As a Unicor worker his SAP knowledge as well as numerous other computer knowledge skills will make him a wonderful asset to any company.

Glendale Walker
FCC Coleman UNICOR factory foreman
(352) 689-4618

App. 83

February 23, 2025

Clifford Darden, #49961-018
Federal Correctional Complex
Unit A-1 (Low Custody)
P.O. Box 1031
Coleman, FL 33521-1031

To this Honorable Court:

First and foremost, I wish to convey a heartfelt thank you for your busy and precious
time to entertain a letter from an individual that, despite being on his way to
greatness, fell from grace nearly twenty years ago by committing such heinous crimes.
I respectfully write to provide this Court with some personal insight on my case.

I was born the eldest of five siblings, in Vineland, New Jersey, on November 3rd, 1959.
My parents were strict yet loving, and both were hard working. Their ethic of hard
work and honesty taught me to be the same: give a honest day's work for an honest
day's pay. I mention my parents here, because my criminal actions were not the re-
sult of them being a good example to me: the responsibility fell solely with me.

I made some terrible choices from my late twenties until my arrest for the instant of-
fense. The two robberies I committed impacted many in the Tampa area, especially my
victims. I accept full responsibility for my actions, and I humbly apologize to all
that were impacted by my crime spree.

While I would like to apologize to them in person, I may not ever have the chance to
do so, as my health is in a state of steady decline. This is especially stark, con-
sidering how I was once a world-class athlete. In February of last year, doctors dis-
covered that I suffer from atrial fibrilation, with a deadly arrythmia. And in Nov-
ember of last year, I went into a coma due to renal failure. Honestly, I'm lucky to
still be alive.

When the Honorable William Castagna sentenced me in 2008, I am sure he did not in-
tend for my sentence to be a life sentence. But the fact is I still have 12 years
left, and at this rate, I just won't make it. I require specialist medical atten-
tion that the Bureau of Prisons simply cannot provide, especially in light of budget
freezes, and impending staff layoffs.

I entreat this Honorable Court to review my motion for a reduction in sentence, and
consider the merits of my case, after full input from the United States. I humbly
petition this Court consider my situation and my family, and grant me the privilege
of spending my final days with those who love and care for me.

Respectfully submitted,

Clifford Darden

*Reverend Dr. Charlayne Henry*

2704 Clubhouse Drive
Plant City, Florida 33566

February 25, 2025

To Whom It May Concern,

My name is Reverend Dr. Charlayne Henry, and I am writing this letter on behalf of Mr. Clifford
Darden, a member of Abundant Life International Worship Center, Inc. Plant City, Florida. I have
had the privilege of being a spiritual covering for Bro. Darden for the last eight years. Although I
have not known him during the time of his initial imprisonment, he has been very open with the
circumstances that unfortunately caused his entrance into the correctional system. Never in any of
our conversations has he not taken responsibility for his actions. Over the years he has taken the
necessary steps to ensure that he not only was a productive inmate but would be prepared for re-
entry when he returns to all those who love him and stand ready to support.

Clifford Darden, is a man of character, intelligence and integrity. I guess you would say, how can
he be all of that and end up behind bars. I say not only from personal experience, but according
to the Bible, all of us sin and fall short of the place God pre-destined for each of us to dwell in
during our lifetime. We all make bad choices and live with regrets about the choices we have
made. Our actions when we are truly remorseful and sorrowful should reflect in the work we do
to change our lives, make a mend and in some cases restitution to those we have wronged. This
is the desire of Cliff as we have spoken about the restaurant he wants to open when he gets home
to feed the hungry and to share his life story with other men in hopes of saving just one from going
down the wrong path and helping others rebuild their lives after incarceration.

There is no doubt in my mind that you all have found him to be a gentle giant. He is loving and
kindhearted. A man of great intelligence and very thought provoking. If you will allow me to
share this very personal note, he is a man who loves his wife and longs to come home to make up

App. 85

the years that he has been away from her. I have the honor of being the Pastor of his wife, Bernadette Darden and to see the love, commitment and faithful she has lived is only overshadowed by the longing and anticipation of her husband coming home and the two of them being able to spend the latter years of their lives together. The hearts, prayers and hopes of many families, church family members and his wife rest in the hands of the review board. We ask that you please release Mr. Clifford Darden to all of us. The wait has been long, the struggle has been hard yet our hopes and trust in the system and in God is unwavering.

Thank you for this opportunity to speak about such a fine gentleman. Please feel free to call me (412) 294-2658 if you need any additional information. I, along with all the members of Abundant Life International Worship Center, Inc., am in anticipation of his release and return to the family and extended family waiting for his arrival.

Regards,

*Reverend Dr. Charlayne Henry*

Reverend Dr. Charlayne Henry

*Reverend Dr. Charlayne Henry*
*2/25/25*

BERNADETTE DARDEN
11500 SUMMIT WEST BLVD APT 18E
TEMPLE TERRACE, FLORIDA 33617


TO WHOM IT MAY CONCERN: (HONORABLE JUDGE)

I AM WRITING YOU TODAY ON BEHALF OF MY BELOVED HUSBAND CLIFFORD DARDEN. MY HUSBAND
AND I MET IN 2004 AND WAS IMMEDIATELY SMITTED BY HIS WARMTH AND CHARM, HE WAS
ENERGETIC IN PURSUING MY FRIENDSHIP WHICH LATER ALLURED INTO A BEAUTIFUL UNION.

AFTER SEVERAL YEARS OF LEARNING EACH OTHER AND SETTING REACHABLE GOALS, OUR
RELATIONSHIP TURNED INTO SOMETHING AMAZING. I HAVE BEEN MARRIED TO CLIFFORD FOR 14
YEARS, EVEN THROUGH THE HARDSHIPS BROUGHT ON BY HIS INCARCERATION MY LOVE HAS NEVER
WAVERED. CLIFFORD HAS BEEN A MAN OF GREAT CHARACTER AND RESPECT THAT ADDED MUCH HOPE
FOR OUR FUTURE. HE ESTABLISHED HIMSELF IN THE COMMUNITY AND HELPED OTHERS WHEN NEEDED
ESPECIALLY THE CHILDREN WHO LOVED TO BE AROUND HIM "THE GAINT" BECAUSE OF HIS HEIGHT.

OUR FAMILIES ARE WELL BONDED AND HE HAS MADE A REMARKABLE IMPRESSION ON MY ADULT
CHILDREN AND GRAND CHILDREN WHO LOVES AND ADORE HIS PRESENCE. THEY HAVE BEEN
CONTINUALLY SUPPORTIVE AND ENCOURAGING THROUGH OUT HIS INCARCERATION. CLIFFORD
EDUCATIONAL BACKGROUND HAS BEEN EXEMPLARY TO SAY THE LEAST.

FROM 1977-1981 CLIFFORD ATTENDED VIRGINIA UNION UNIVERSITY FOR 4 YEARS, HE LEFT BEFORE
GRADUATION TO PURSUE HIS LOVE OF BASKETBALL FOR A FUTURE IN ENTENING THE NBA.

FROM 1982-1988 6 YEARS HE PLAYED BASKETBALL IN MILAN NORTH ITALY. DURING THAT TENURED
TIME CLIFFORD SUFFERED INJURIES THAT ULTIMATELY DESTROYED HIS DREAMS WHICH AFFECTED HIM
PROFUSLEY. CLIFFORD DARDEN ALSO HAS A GREAT LOVE FOR CULINARY ARTS WHICH HE ENGAGED IN
DURING HIS INCARCERATION WHICH ALLOWED HIM THE OPPORTUNITIES TO WORK IN THE KITCHEN
AND EXPAND HIS CRAFT. HE PARTICIPED IN CURRICULAR PROGRAMS THAT WOULD ENHANCE IS SKILLS
UPON RE-ENTRY TO LIVE AS A LAW ABIDING CITIZEN. HE WAS ALSO ABLE TO TEACH OTHER INMATES A
COURSE IN HORTICULTURE DUE TO HIS TENTATIVENESS AND DESIRE TO LEARN. I ALSO HAD THE
PLEASURE OF ATTENDING HIS GRADUATION CEREMONY AFTER COMPLETION OF HIS CULINARY ARTS
CLASS.

CLIFFORD HAS ALSO SUFFERED MEDICAL ISSUES AND HAVE BEEN HOSPITALIZED SERVERAL TIMES BEING
DIAGNOSED WITH ATRIAL FIBRILLATION, WITH NO CURE AT THIS TIME IN WHICH AM VERY CONCERN.
AT MY AGE OF 71 YRS AND CLIFFORD 65 YRS I WOULD LOVE THE OPPORTUNITY TO SEE HIM COME
HOME AND ALLOW US TO ENJOY OUR LATTER YEARS TOGETHER,

THIS HAS TRULY BEEN A JOURNEY OF FAITH, LOVE AND FORGIVENESS AND I HAVE OUR VILLIAGE TO
THANK FOR ALL THEIR SUPPORT. CLIFFORD HAS EXPRESSED HIS SORROW TO ME WHOLEHEARTEDLY

FOR HIS ACTIONS AND LOOKING FORWARD TO INTEGRATING HIMSELF BACK INTO THE COMMUNITY
AND FAMILY.

RESPECTFULLY,
BERNADETTE DARDEN
*Bernadette Darden* 2/27/25