UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

APR 17 2025 AM 11:51
FILED - USDC - FLMD - TPA

United States of America,

    Plaintiff,

v.                           Case No.: 8:07-cr-00446-MSS-SPF

Clifford Darden,

    Defendant.

_____/

REPLY TO GOVERNMENT'S RESPONSE IN
MOTION TO REDUCE SENTENCE (DOC. 190)

    Clifford Darden, proceeding pro se, respectfully submits his Reply to the United States' Resposne to the pending Motion for Compassionate Release. Doc. 190, 195.

## I. Background

    For sake of brevity, Darden stipulates to the Factual    Background as presented by the United States. Doc. 195 at 1-3.

## II. Memorandum of Law

    While Darden agrees in principle with the United States' Memorandum of Law, he also will refer to the Statutory Authority section as laid out in the original Motion. See Doc. 190 at 2. The remainder of Darden's Reply aims to rebut the United States' claim that he does not meet the criteria necessary to reduce his sentence.

### A. Darden's seriously deteriorating health does indeed warrant compassionate release

    The United States' subscription to WestLaw must need renewing, because in defending its proposition that Darden's declining health does not constitute an extraordinary and compelling reason to reduce his sentence, it only cites one case. And to deflect this court away from its total lack of opinions in its favor, the United States simply decries that "Darden does not even argue, and the medical records do not establish [] that one or a combination of his medical issues have caused him a

serious deterioration in physical or mental health because of the aging process." Doc. 195 at 6.[1] So to rebut the United States' milquetoast argument, Darden presents additional facts——many of which were provided in the United States' own Appendix. See Appendix of United States (hereinafter "Resp. App.").[2]

### 1. Just the Facts, Ma'am

Darden presents a list of facts from the Response Appendix, then follows it with facts from medical experts and case law, to show how his multiple health conditions constitue extraordinary and compelling reasons for a reduction in sentence. To save judicial resources, Darden lists the salient points in bullets below:

* Darden has a history of hypertension, heart disease, heart surgery, and of hyperlipidemia. See Resp. App. 17 (12/19/2024 BOP Clinical Encounter)

* Darden was "found on [the] bathroom floor in [his] housing unit ... Inmate states 'man I am all screwed up. I've never felt like this. I want to lay down.'" Resp. App. 28 (09/17/2024 BOP Clinical Encounter); see also Resp. App. 30 (same)

* Darden has atrial fibrilation. See Resp. App. 36 (09/12/2024 BOP Clinical Encounter)

* Just prior to being hospitalized, Darden complained to BOP Medical "with hypertension, atrial fibrilation, combined diastolic and systolic heart failure ... he requires a pulmonary function test to monitor for any adverse effect[s]." Resp. App. 37 (09/12/2024 BOP Clinical Encounter)

* Darden has abnormally high blood pressure. See Resp. App. 47

* BOP Medical Lab results showed Darden has high creatinine levels, low red blood cell count, and low hemaglobin. See Resp. App. 91 (10/08/2024 BOP Lab Results)

* Darden was sent to an outside hospital for his atrial and pulmonary fibrilation. See Resp. App. 109

* Darden "present[ed] to the emergency room with altered mental status and was found to be hypoglycemic witha blood sugar of 54." Resp. App. 116 (09/27/2024 report from UF Shands)

* Several reports show that Darden has "very high creatinine." Resp. App. 122 (09/27/2024 report from UF Shands); see also Resp. App. 125, 136, 155.

* "Nephrology has been consulted to manage an acute kidney injury." Resp. App. 131 (09/27/2024 report from UF Shands)

* Darden suffers from "acute renal failure." Resp. App. 152 (09/27/2024 report)

---

1/ The one case cited by the United States was an unpublished case from the Northern District of Alabama, which is not binding upon this court.

2/ The United States did not number the pages in its Appendix. Darden's page numbers stem from the order in which the pages were submitted. To avoid confusion, Darden provides description of the documents alongside each Appendix citation.

2.  What the experts say

The Cleveland Clinic describes atrial fibrillation ("A-fib") as an irregular
heartbeat that reduces the heart's ability to pump blood through the body. A-fib
can cause life-threatening blood clots or heart failure. Also, A-fib is the number
one cause of stroke. And such risk factors include age, heart disease, high blood
pressure, and obesity. See https://my.clevelandclinic.org/health/diseases/16765-
atrial-fibrillation-afib. Indeed, UF Shands was aware of these risks, and provided
Darden with information on how to spot the signs of a stroke. See Resp. App. 216
("Spot a Stroke: Learn the warning signs and act fast").

More worryingly is the fact that the National Institutes of Health has found
that "[a]mongst the group of patients aged between 55-74 years [old], the 10 year
mortality [rate] was 61.5% in men." See Second Appendix of Clifford Darden (here-
inafter "2d App.") at 1. And given Darden's current release date of April 21, 2037
---twelve years hence---this all but guarantees a death sentence.

The above-stated risk is even higher for Darden, as a Black male, as the NIH
has found that the "risks of death and stroke are higher in blacks and Hispanics
compared with whites." 2d App. 3; see also https://pmc.ncbi.nlm.nih.gov/articles/
PMC4780330 (NIH study on the Effects of Race on Outcomes (Stroke and Death) in pa-
tients over the age of 65 who were newly diagnosed with A-fib).

As with all of us, the symtoms of one condition are often linked to others,
and so as Darden's diastolic and systolic heart failure (not helped by the A-fib)
continue to worsen with age, it also has a knock-on effect on his kidneys and his
acute renal failure. See Resp. App. 91, 122, 125, 136, 155. This is because an epi-
sode of heart failure, as Darden previously had, see Resp. App. 17, can create kid-
ney problems, including renal failure. See https://www.mayoclinic.org/diseases-con-
ditions/heart-failure/symptoms-causes/.

And to tie it all together is Darden's high blood pressure. Hypertension, as
this court is aware, leads to damage to the arteries and the heart, and can lead to

-3-

heart attack and/or stroke. It can also lead to kidney disease, which Darden also has. See Resp. App. 131; see also https://mayoclinic.org/diseases-conditions/high-blood-pressure/in-depth/high-blood-pressure/art-20045868. And while the United States may choose to wag its finger at Darden and say, "you should eat better!", the BOP Natoional Menu and its nutritional facts belie such advice. See 2d App. 5-14 (BOP National Menu and Nutritional Facts).[3] Even if Darden were to look outside the "chow hall" for alternatives, they are no better. The prison's commissary is chock-a-block of high-sodium, highly processed food items. See 2d App. 15 (FCC Coleman Low's Commissary Shopping List).

### 3. Other courts have found that health conditions similar to Darden's do constitute extraordinary and compelling reasons for release

In addition to the cases cited in his original Motion (Doc. 190 at 4), Darden presents another example. In United States v. Snipes, 2023 U.S. Dist. LEXIS 153293 (N.D. Ga. 2023), the defendant suffered from "chronic kidney disease ... Type II Diabetes, hyperlipidemia, [and] heart failure." Snipes, 2023 U.S. Dist. LEXIS 153293 *10. The Snipes court ultimately found that by "viewing all [of] Snipes' medical conditions together, he has shown he is suffering from a serious physical or mental condition." Id. at 11.[4] A condition from which Snipes "is not expcted to recover." Id.

### B. Section 403 of the First Step Act gives this court discretion to reduce Darden's sentence

It is telling that the United States cites no cases---published or otherwise---to support its proposition that § 403 is not "applicable to defendants who had been sentence before the [First Step] Act's enactment." Doc. 195 at 8. But not only is the United States' argument inapposite, there is a tidal wave of decisions in this court and across the country that have found the polar opposite.

---

3/ The BOP National Menu is deceiving. While it lists over 30 fruits and vegetables supposedly available to inmates (i.e., persimmon, strawberries, clementines, oranges; cauliflower, broccoli), the only fruits inmates ever receive are apples and bananas; and the only vegetables inmates receive are canned spinach and canned collard greens.

4/ While granted under a different subsection, the medical conditions are substantially similar.

### 1.  United States v. Clar

Darden first discusses <u>United States v. Dale Matthews Clar</u>, No.: 6:13-cr-00245-GAP-RMN, Doc. 141 (M.D. Fla. March 18, 2025)(Presnell, J.). In <u>Clar</u>, the defendant committed two bank robberies, with stacked 924(c) charges that resulted in a 361-month sentence. <u>Clar</u>, No.: 6:13-cr-00245-GAP-RMN, Doc. 141 at 2. After filing for compassionate release in 2024, the district court acknowledged that Clar's argument that he received an unusually long sentence based on "Congress clarif[ying] what should be considered a second or subsequent[§] 924(c) violation," and "that the change or clarification has created a gross disparity between the sentence being served and the sentence that would likely be imposed today." <u>Id.</u> at 5.

Even the United States conceded that were Clar sentenced today for his bank robberies, he "would have received a sentence of 120 months on the two 924(c) offenses ... and a sentence of 51-63 months on the other two counts ... [Clar's] total sentence would be in the range of 171-183 months." <u>Id.</u> at n.5.

Based on these arguments, the <u>Clar</u> court found "that the more than eleven years Defendant has spent in custody reflects the seriousness of his offenses, promotes respect for the law, and provides just punishment. He is now at the age where further crimes of the type he previously committed are rare, and the Court anticipates no recidivism." <u>Id.</u> at 8; <u>and see</u> App. 54 (Darden has a Minimum Recidivism Risk level).

### 2.  United States v. Franklin

Next Darden discusses <u>United States v. Franklin</u>, 2024 U.S. Dist. LEXIS 176178 (S.D. Fla. 2024), as the defendant had both (b)(2) and (b)(6) claims. Here, Franklin received 510 months based on stacked 924(c) charges. The court first acknowledged that while "Section 403 of the First Step Act expressly prohibits 'stacking' of 924(c) charges arising from the same crime," that "Congress did not make this cahnge retroactive." <u>Franklin</u>, 2024 U.S. Dist. LEXIS 176178 *7. But in a direct contradiction to the United States' argument, "by applying [U.S.S.G.] § 1B1.13, as amended, courts

are now able to consider amendments to 924(c) sentences that result in gross disparities." Id.

In determining whether to grant compassionate release, the Franklin court found that "[i]f defendant were sentenced today, he would receive 120 months total for the 924(c) convictions instead of 300 months ... Thus, the firearm offenses would constitute about two-fifths of the defendant's adjusted sentence, and his sentence would decrease by 15 years. This is a gross disparity." Id. (emphasis added).

By comparison, Darden's 34 years, were he sentenced today, would be only nine years. A difference of 23 years must be a gross disparity, as Clar and Franklin found such gross disparities to exist for a smaller differential.

### 3.  Other courts agree

Not only do the above cases prove, but courts across this Circuit (and across the country) have held similarly. See, e.g., United States v. Jean, No.: 2:11-cr-97 at *3 (M.D. Fla. 2024)("Because the Eleventh Circuit has never held that retroactive changes cannot be extraordinary and compelling reasons, this Court can accept § 1B1.13(b)(6)'s validity and applicability); see also United States v. Allen, 717 F. Supp. 3d 1308, 1315 (N.D. Ga. 2024); United States v. Bizzell, 2024 U.S. Dist. LEXIS 76204 *12(M.D. Fla. 2024)(Scriven, J.)("by applying § 1B1.13, as amended, the Court is now able to consider amendments to § 924(c) that result in a gross disparity between Mr. Bizzell's initial sentence ... and what he would likely be sentenced to today."); see also United States v. McCain, 2024 U.S. Dist. LEXIS 80070 (M.D. Fla. 2024); United States v. Smith, 2024 U.S. Dist. LEXIS 38691 (N.D. Fla. 2024); United States v. Padgett, 713 F. Supp. 3d 1223 (N.D. Fla. 2024); United States v. St. Preux, 2024 U.S. Dist. LEXIS 202377 n.7 (M.D. Fla. 2024)(Antoon, J.); United States v. Durden, 2024 U.S. Dist. LEXIS 168206 *4 (N.D. Ga. 2024).

Based on the above-listed cases, Darden respectfully request that this court consider the fact that his sentence is an unusually long sentence, that amounts to

a gross disparity, and find that extraordinary and compelling reasons exist to warrant a reduction in sentence to time served.

III. Darden is not the same man he was 18 years ago

The United States gives short shrift to Darden's rehabilitative efforts. Ignoring the 36 pages of attachments, see App. 51-87, it simply states that Darden's "instant offenses of conviction ... are [] serious, violent crimes," and that "[t]he Court's original sentence continues to reflect the seriousness of the offense, promotes respect for the law, provides just punishment, affords adequate deterrence to the conduct, and protects the public." Doc. 190 at 12.

Even if this court finds that medical, stacking, or both constitute extraordinary and compelling reasons for compassionate release, "the Court must consider whether the [18 U.S.C.] § 3553(a) factors support a sentence reduction, and if so, how much." United States v. Thompson, 2022 U.S. Dist. LEXIS 210794 *9 (M.D. Fla. 2022)(Corrigan, J.). And while "[t]he Court is not required to 'exhaustively analyze' each § 3553(a) factor or articulate its findings in great detail," Bizzell, 2024 U.S. Dist. LEXIS 76204 at *16 (quoting United States v. Cook, 998 F.3d 11 , 1184-85 (11th Cir. 2021)), it must nonetheless "provide enough analysis 'that meaningful appellate review of the factors' application can take place.'" Id. (Scriven, J.).

"By dint of § 3582(c)(1)(A)'s plain text, a district court may reduce a term of imprisonment if (1) the § 3553(a) sentencing factors favor doing so, (2) there are 'extraordinary and compelling reasons' for doing so, and ... (3) doing so wouldn't endanger any person or the community within the meaning of [U.S.S.G.] § 1B1.13's policy statment." Bizzell, 2024 U.S. Dist. LEXIS 76204 *8 (quoting United States v. Tinker, 14 F. 4th 1221, 1237 (11th Cir. 2022)). And "in deciding how to exercise its discretion, the Court may consider a wide range of circumstances, including post-sentencing rehabilitation and intervening changes in the law." Thompson, 2022 U.S. Dist. LEXIS 210794 at *9; see also Concepcion v. United States, 142 S. Ct. 2389. 2396 (2022).

It is of great importance to note that "[§] 3582(c)(1)(A) necessarily envisions that the § 3553(a) factors may balance differently upon a motion for compassionate release than they did at the initial sentencing." Id. (quoting United States v. Kibble, 992 F.3d 326, 335 (4th Cir. 2021); see also Block, Frederic: A Second Chance: A Federal Judge Decides Who Deserves It, New York (2024) at 160 ("if a district court's original compassionate release analysis could always prove that a sentence reduction would intolerably undermine th[e § 3553(a)] factors, the [compassionate release] statute would have no meaningful effect.")./5

Darden realleges his rehabilitative efforts as presented in his original motion, and avers that any objection from the United States to this evidence must be conceded, as it raised no such objections in its Response. See Doc. 190 at 7-10. As such, Darden compares his 3142(g) and 3553(a) factors to that of Bizzell to demonstrate that this analysis weighs in Darden's favor, and he is surely not the same man he was in 2007.

| Bizzell | Darden |
|---|---|
| * Proceeded to trial; found guilty | * Proceeded to trial; found guilty |
| * Conduct was serious; evidence was compelling | * Conduct was serious; evidence was compelling |
| * Low PATTERN Recidivism score | * Minimum PATTERN Recividism score |
| * 41 years old at time of motion | * 65 years old at time of motion |
| * No disciplinary incidents in a decade | * No disciplinary indicents in a decade |
| * obtained GED | * obatined GED |
| * completed RDAP | * completed residential FREE program |
| * Completed drug education | * Received glowing support letter from UNICOR supervisor |
| * Many other rehabilitative programs taken | * Completed over 50 rehabilitative programs (over 2,500 hours) |
| Bizzell, 2024 U.S. Dist. LEXIS 76204 at *17 | App. 54, 58, 59, 83 |

---

5/ To save judicial resources, Darden will not restate the 3553(a) factors in their entirety here, but will instead point this court to the United States reference at Doc. 195 n.1, which lists the factors in full.

In addition to the above-listed factors, Darden briefly discusses the letters of support from his Tampa-area support network. First, his pastor, the Reverend Dr. Charlayne Henry, writes of Darden as "a man of character, intelligence and integrity." App. 85. Reverend Henry acknowledges that Darden is "truly remorseful and sorrowful" for his actions, and that he strives to "make [amends] ... to those [he] has wronged." Id. Further, as "being the pastor of his wife, Bernadette Darden," Reverend Henry has witnessed firsthand "the love, commitment and faithful[ness] she has" for her husband, who is "longing [in] anticipation of her husband coming home and the two of them being able to spend the latter years of their lives together." Id. In short, the Abundant Life International Worship Center in Plant City will be a critical support system for Darden upon his release.

Last, and most certainly not least, is the letter of support from his wife, Bernadette Darden. See App. 87-88. Bernadette writes that since meeting in 2004, Darden "has been a man of great character and respect ... he established himself in the community and helped others when needed, especially the children who loved to be around him." App. 87.

Bernadette continues to detail how Darden "has expressed his sorrow to me wholeheartedly for his actions and [is] looking forward to integrating himself back into the community and family." App. 85-96. Bernadette is currently 71 years old; six years Darden's senior. Were Darden to serve his entire term of incarceration, Darden would be 77 years old, and Bernadette, 82. See App. 53, 87. This certainly cannot be the result this court originally intended.

Darden entreats this court to find that, like in the Bizzell court, "the other factors to be considered in the Section 3553(a) analysis do not weigh so forcefully against [Mr. Darden,] and in fact many lean in his favor." Bizzell, 2024 U.S. Dist. LEXIS 76204 *17 (citing United States v. Ware, 2024 U.S. Dist. LEXIS 42736 *26 (N.D. Fla. 2024)); see also Clar, No.: 6:13-cr-00245-GAP-RMN, Doc. 141 at 8 (court found

that eleven years spent in prison for two bank robberies to be sufficient to "reflect[] the seriousness of his offenses, promotes respect for the law, and provides just punishment. He is now at the age [Clar is 56 years old] where further crimes of the type he previously committed are rare, and the Court anticipates no recidivism.") (emphasis added).

Moreover, Darden believes that, upon analyzing the case as a whole, it will find that "[t]he disparity between [Mr. Darden's] sentence for his crimes and any person who would commit the same crimes today, as well as the Sentencing Commission's latest amendments to the compassionate release statute, also favor [Mr. Darden's] request for a modification per the Section 3553(a) factors." Bizzell, 2024 U.S. Dist. LEXIS 76204 *17.

IV. Conclusion

Based on the above, Darden respectfully requests that this court reduce his sentence to time served, with the proviso that this court stay the order for 30 days, in order for the Bureau of Prisons and the United States Probation Office to have time to effectuate Darden's Release Plan, and to have time to make the necessary arrangements for his release to his residence in Tempe Terrace, Florida. See 2d App. 16.

This motion was written by
Donald Green & William Ball
FCI Coleman Low

-10-

Respectfully submitted/* by Clifford Darden on this _____ day of April, 2025:

*Clifford Darden*

Clifford Darden
Reg. No.: 49961-018
Federal Corectional Complex
Unit A-1 (Low Custody)
P.O. Box 1031
Coleman, FL 33521-1031

## CERTIFIACTE OF SERVICE

This motion was delivered to the prison mailing authorities on the same day as signed, and placed inside a postage-prepaid, properly addressed envelope. The original motion was delivered via United States First Class Mail to the United States District Court for the Middle District of Florida, Tampa Division, Office of the Clerk at 801 North Florida Avenue, Tampa, Florida, 33602. A copy of this motion was delivered via United States First Class Mail to the United States, at 400 North Tampa Street, Suite 3200, Tampa, Florida, 33602.

*Clifford Darden*

Clifford Darden

## VERIFICATION

Under penalty of perjury pursuant to 28 U.S.C. § 1746, I hereby declare that the factual allegations and factual statements contained in this motion are true and correct to the best of my knowledge.

*Clifford Darden*

Clifford Darden

---

*/ Pursuant to Johnson v. Avery, 393 U.S. 483 (1969), I received assistance from a fellow inmate with the preparation and filing of this motion.

Second Appendix of Clifford Darden

Case No.: 8:07-cr-00446-MSS-SPF

----------------------------------

Page:                       Contents:

2d App. 1                   Mortality of men over 55 with atrial fibrilation
2d App. 2                   Atrial fibrilation, cont.
2d App. 3                   Atrial fibrilation in Black men aged over 65
2d App. 4                   Atrial fibrialation, cont.
2d App. 5                   BOP National Menu
2d App. 6                   BOP National Menu
2d App. 7                   BOP National Menu
2d App. 8                   BOP National Menu
2d App. 9                   BOP National Menu
2d App. 10                  BOP National Menu • Nutritional Facts
2d App. 11                  BOP National Menu • Nutritional Facts
2d App. 12                  BOP National Menu • Nutritional Facts
2d App. 13                  BOP National Menu • Nutritional Facts
2d App. 14                  BOP National Menu • Nutritional Facts
2d App. 15                  FCC Coleman Low Commissary Shopping List
2d App. 16                  Photograph of Clifford and Bernadette Darden

2d App i

could a 65 year old man in prison die sooner than later with a fibrillation afil    ✕    🎤    📷    🔍    ⚙    ⠿    Sign in

All    Images    Videos    News    Short videos    Shopping    Forums    ⋮ More                    Tools

Did you mean: could a 65 year old man in prison die sooner than later with a fibrillation **afib**

◆ AI Overview                                                    Learn more    ⋮

A 65-year-old man in prison with atrial fibrillation (AFib) might face a higher risk of dying sooner than later compared to someone without AFib, due to the increased risk of stroke and heart failure associated with the condition.  🔗

Here's a more detailed explanation:

**Atrial Fibrillation (AFib):**
AFib is an irregular, often rapid heart rhythm that can lead to blood clots, increasing the risk of stroke.  🔗

**Increased Risk of Stroke and Heart Failure:**
Untreated AFib can significantly raise the risk of stroke, heart failure, and other heart-related problems.  🔗

**Mortality Rate:**
Studies have shown that individuals with AFib have a higher risk of dying early compared to those without AFib.  🔗

**Age and AFib:**
The risk of stroke and heart failure, and therefore mortality, increases with age, making older individuals with AFib more vulnerable.  🔗

**Prison Setting:**
In a prison setting, access to and quality of healthcare may be limited, potentially impacting the ability to effectively manage AFib and its complications.  🔗

**Life Expectancy:**
While there isn't a specific life expectancy statistic for people with AFib, it's clear that the condition can shorten life expectancy and increase the risk of death.  🔗

**Factors Affecting Life Expectancy:**
The severity of AFib, the presence of other health conditions, and the effectiveness of treatment all play a role in determining life expectancy.  🔗

**Early Intervention and Management:**
With proper treatment, including medication and lifestyle changes, people with AFib can improve their quality of life and reduce the risk of complications.  🔗

**Comorbidities:**
Older individuals with AFib are likely to have other health problems, which can further weaken their heart and increase the risk of complications.  🔗

**Mortality Trends:**
Some studies suggest that mortality after receiving an AF diagnosis has slightly declined over the preceding decades across different populations, but this change may be less manifest in older patients.  🔗

How does Chronic Atrial Fibrillation Influence Mortality in the ...
Amongst the group of patients aged between 55-74 years, the 10 year mortality was 61.5% in men with AF compared to 30% in men with...
🔗 National Institutes of Health (NIH) (.gov)

2d App. 1

G                                                          ✕  🎤  📷    🔍    ⚙️    ⠿    Sign in

Cardiovascular Disease in Incarcerated Populations - PMC
by EA Wang · 2017 · Cited by 108 — **Cardiovascular disease** is a leading cause of death among individuals incarcerated, and those recently released have a higher **risk** of being hospitalized and ...
Missing: ~~atrial fib~~

🏥    Cleveland Clinic
       https://my.clevelandclinic.org › health › diseases › 167...

Afib (Atrial Fibrillation): Symptoms & Treatment
The older you get, the greater your **risk** for **atrial fibrillation**. At **65 years** old, your **risk** especially increases. Besides increasing age, high blood ...
Missing: ~~prison~~ | Show results with: prison

◎    Bureau of Justice Statistics (.gov)
       https://bjs.ojp.gov › pub › pdf › mpsfpji1112
                                PDF
Medical Problems of State and Federal Prisoners and Jail ...
by LM Maruschak · Cited by 358 — conditions that are **risk** factors for **cardiovascular disease**. About 12% of **prisoners** and 9% of **jail** inmates reported ever having a chronic condition and an ...

◎    National Institutes of Health (NIH) (.gov)
       https://pmc.ncbi.nlm.nih.gov › articles › PMC4780330

Effect of Race on Outcomes (Stroke and Death) in Patients ...
by R Kabra · 2015 · Cited by 58 — In **patients** >**65 years** with newly diagnosed AF, the **risks of** death and stroke are higher in **blacks** and Hispanics compared with whites.

🅣    The New York Times
       https://www.nytimes.com › live › afib-atrial-fibrillation

Why Are Younger Adults Developing This Common Heart ...
Apr 23, 2024 — In the study, researchers found that people with A-**fib** under the age of **65** were at a significantly higher **risk** of hospitalization for **heart** ...
Missing: ~~prison~~ | Show results with: prison

CDC    Centers for Disease Control and Prevention (.gov)
       https://www.cdc.gov › heart-disease › atrial-fibrillation

About Atrial Fibrillation | Heart Disease                              ⋮
May 15, 2024 — People of European descent are more likely to have **AFib** than **Black** people. Because the number of **AFib** cases increases with age and women ...

[ Key Points ]   [ What It Is ]   [ Risk Factors ]

Missing: ~~prison~~ | Show results with: prison

Ⓝ    UW Medicine | Newsroom
       https://newsroom.uw.edu › news-releases › black-adult-...

Black adult AFib risk linked to higher resting heart rates
Oct 30, 2024 — In a study of nearly 5,000 **Black** adults, a relatively higher **heart** rate was associated with increased **risk** of new-onset **atrial** ...
Missing: ~~prison~~ | Show results with: prison

◎    JACC Journals
       https://www.jacc.org › doi › j.jacc.2018.03.019

Arrhythmias in Patients ≥80 Years of Age
by AB Curtis · 2018 · Cited by 180 — In this state-of-the-art review, we examine the pathophysiology of aging and arrhythmias and then present the available evidence on age-specific management.

[ Bradyarrhythmias ]   [ Tachyarrhythmias ]   [ Anticoagulation For Stroke... ]

Missing: ~~black~~ | Show results with: black                    2d App. 2

People also search for    ⋮

90 year-old with afib life                🔍      what should you not do if you have          🔍
expectancy                                         atrial fibrillation?

G   what is the risk for a 65 year old blk male in prison with a heart condition atr   ✕   🎤   📷   🔍   ⚙   ⠿   Sign in

All    Images    Short videos    Videos    News    Shopping    Forums    ⋮ More                          Tools

These are results for what is the risk for a 65 year old **black** male in prison with a
heart condition atrial\fib
Search instead for what is the risk for a 65 year old blk male in prison with a heart condition
atrial\fib

◆ AI Overview                                           Learn more   ⋮

A 65-year-old Black male in prison with atrial fibrillation (Afib) faces a
heightened risk of stroke, heart failure, and other heart-related complications,
particularly due to Afib's potential to cause blood clots and increased risk of
stroke. 🔗

Here's a more detailed breakdown:

Increased Risks Due to Afib:

- **Stroke:** Afib increases the risk of stroke by allowing blood clots to form in the heart
  and travel to the brain. 🔗
- **Heart Failure:** Afib can weaken the heart muscle and lead to heart failure. 🔗
- **Other Complications:** Afib can also lead to other heart-related problems and
  potentially death. 🔗

Factors that Increase Risk:

**Age:**
The risk of Afib and its complications increases with age. 🔗

**Race:**
Black individuals, even with Afib, have a higher risk of stroke and other complications
compared to White individuals. 🔗

**Incarceration:**
Incarcerated individuals, especially those with pre-existing health conditions, are at a
higher risk of poor health outcomes, including cardiovascular disease. 🔗

**Co-morbidities:**
Other health conditions, such as high blood pressure, diabetes, obesity, and heart
disease, can further increase the risk of Afib and its complications. 🔗

Implications for Incarcerated Individuals:

**Access to Healthcare:**
Incarcerated individuals may face challenges in accessing timely and appropriate
healthcare, which can worsen their health outcomes.

**Medication Adherence:**
Ensuring medication adherence and proper management of Afib can be difficult in a
prison setting.

**Lifestyle Factors:**
Incarceration can lead to unhealthy lifestyle choices, such as poor diet and lack of
physical activity, which can further exacerbate heart conditions. 🔗

2d App. 3

Recommendations:

- **Early Detection and Management:** It's crucial to diagnose and manage Afib early to
  prevent complications. 🔗

G    ✕  🎤  📷  🔍  ⚙️  ⊞    Sign in

- **Lifestyle Changes:** Adopting a healthy lifestyle, including a balanced diet, regular exercise, and avoiding smoking and excessive alcohol consumption, can help manage Afib and reduce the risk of complications.  🔗
- **Access to Healthcare:** Ensuring access to adequate healthcare, including specialized cardiac care, is vital for incarcerated individuals with Afib.  🔗

Effect of Race on Outcomes (Stroke and Death) in Patients ...

In patients >65 years with newly diagnosed AF, the risks of death and stroke are higher in blacks and Hispanics compared with whit...

Ⓝ National Institutes of Health (NIH) (.gov)                                    ⋮

Atrial fibrillation - Diagnosis and treatment - Mayo Clinic

Mar 8, 2024 — If AFib isn't well controlled, it may lead to other complications, including stroke and heart failure.

🏥 Mayo Clinic                                                                           ⋮

Atrial fibrillation - Symptoms and causes - Mayo Clinic

Mar 8, 2024 — Atrial fibrillation (AFib) is an irregular and often very rapid heart rhythm. An irregular heart rhythm is called an ar...

🏥 Mayo Clinic                                                                           ⋮

Show all

This is for informational purposes only. For medical advice or diagnosis, consult a professional. Generative AI is experimental.

👍    👎

---

Ⓐ American Heart Association Journals
https://www.ahajournals.org › doi › 01.cir.96.7.2455

Incidence of and Risk Factors for Atrial Fibrillation in Older ...

by BM Psaty · 1997 · Cited by 2045 — For **men** 65 to 74 and 75 to 84 **years** old, the incidences were 17.6 and 42.7, respectively, and for women, 10.1 and 21.6 events per 1000 person-**years**. In stepwise ...

Missing: ~~prison~~ | Show results with: prison

## People also ask  ⋮

What is the life expectancy of someone with AFib and heart failure?    ⌄

What organs are affected by atrial fibrillation?    ⌄

What are the long term complications of atrial fibrillation?    ⌄

Can you fully recover from atrial fibrillation?    ⌄

Feedback

Ⓦ WebMD
https://www.webmd.com › ... › Atrial Fibrillation

**Atrial Fibrillation in Older Adults**

Aug 7, 2024 — **Men** between the ages 55-74 with **AFib** have a 61.5% death rate within 10 **years** of diagnosis. This is compared to a 30% rate in **men** who don't have ...

Missing: ~~prison~~ | Show results with: prison

2d App. 4

**Federal Bureau of Prisons**                                                                                          **COLEMAN LOW F**

**Weekly Menu**

Menu Type:   Mainline FY 2025                                                            Date Range: 10/20/2024   to 11/23/2024

**Week #:** 2

| Sunday (10/20/24) | Monday (10/21/24) | Tuesday (10/22/24) | Wednesday (10/23/24) | Thursday (10/24/24) | Friday (10/25/24) | Saturday (10/26/24) |
|---|---|---|---|---|---|---|
| **BREAKFAST** | **BREAKFAST** | **BREAKFAST** | **BREAKFAST** | **BREAKFAST** | **BREAKFAST** | **BREAKFAST** |
| ♥Fruit | ♥Fruit | ♥Fruit | ♥Fruit | ♥Fruit | ♥Fruit | ♥Fruit |
| ♥Hot Grits | ♥Hot Oatmeal | ♥Bran Flakes | ♥Hot Oatmeal | ♥Bran Flakes | ♥Hot Oatmeal | ♥Hot Oatmeal |
| Breakfast Cake or | Cream Gravy | Coffee Cake or | Pancakes | Coffee Cake or | French Toast (2) | Breakfast Cake or |
| ♥Whole Wheat Bread | ♥Oven Brown Potatoes | ♥Whole Wheat Bread | W/Syrup or | ♥Whole Wheat Bread | W/Syrup or | ♥Whole Wheat Bread |
| and ♥Jelly (2) | Biscuits (2) | and ♥Jelly (2) | ♥Whole Wheat Bread | and ♥Jelly (2) | ♥Whole Wheat Bread | and ♥Jelly (2) |
| ♥Kosher Sugar Sub. Pks | ♥Whole Wheat Bread | ♥Kosher Sugar Sub. Pks | and ♥Jelly (2) | ♥Kosher Sugar Sub. Pks | and ♥Jelly (2) | ♥Kosher Sugar Sub. Pks |
| ♥Margarine Pat | and ♥Jelly (2) | ♥Margarine Pat | ♥Kosher Sugar Sub. Pks | ♥Margarine Pat | ♥Kosher Sugar Sub. Pks | ♥Margarine Pat |
| ♥Skim Milk | ♥Kosher Sugar Sub. Pks | ♥Skim Milk | ♥Margarine Pat | ♥Skim Milk | ♥Margarine Pat | ♥Skim Milk |
| Kosher Coffee, Ind | ♥Skim Milk | | ♥Skim Milk | | ♥Skim Milk | Kosher Coffee, Ind |
| **LUNCH** | **LUNCH** | **LUNCH** | **LUNCH** | **LUNCH** | **LUNCH** | **LUNCH** |
| ♥Scrambled Eggs or | ♥Chicken Tacos | Chicken Patty Sandwich | ♥Hamburger | ♥or Baked Chicken | Breaded Fish Sand or | ♥Scrambled Eggs or |
| or #Peanut Butter & | #or Chickpea Tacos | ♥#or Chickpea Burger | #or Black Bean Burger | #or PB & Jelly Sand (2) | ♥Baked Fish | or #Peanut Butter & |
| ♥Oven Brown Potatoes | ♥Cilantro Rice | ♥Red Beans & Rice | French Fries or | ♥Mashed Potatoes | or #Hummus | ♥Oven Brown Potatoes |
| Pancakes | ♥Black Beans | ♥Spinach | ♥Baked Potato | ♥Carrots | ♥Cilantro Rice | Cream Gravy |
| W/Syrup or | ♥WK Corn | ♥Lettuce/Tomato | ♥W/Margarine Pat | Chicken Gravy | ♥Pinto Beans | Biscuits (2) |
| ♥Whole Wheat Bread | ♥Taco Shells (2) | Mayonnaise | ♥Lettuce/Tomato | ♥Whole Wheat Bread | Tartar Sauce | ♥Whole Wheat Bread |
| and ♥Jelly (2) | ♥Salsa | ♥WW Hamburger Bun | ♥Sliced Onions | ♥Margarine Pat | ♥WW Hamburger Bun | and ♥Jelly (2) |
| ♥Margarine Pat | ♥Fruit | ♥Fruit | ♥Mustard | ♥Fruit | ♥Fruit | ♥Fruit |
| ♥Fruit | Beverage | or Dessert | Kosher Catsup | or Dessert | Beverage | Beverage |
| Beverage | | Beverage | ♥WW Hamburger Bun | Beverage | | |
| | | | ♥Fruit | | | |
| | | | Beverage | | | |
| **DINNER** | **DINNER** | **DINNER** | **DINNER** | **DINNER** | **DINNER** | **DINNER** |
| ♥Chicken Alfredo | Cheese Pizza | Beef & Broccoli | ♥Yankton Tacos (Pork) | ♥Cream of Potato Soup | Lasagna w/Meat | ♥Chkn Breast Sandwich |
| #or Tofu & Vegetables | #♥or Navy Beans | #♥ or Lentils | #or Tofu Tacos | Chef Salad | #or ♥Pasta Fazool | #or Hummus Wrap |
| ♥Spaghetti Pasta | ♥Pasta w/ Marinara | ♥Steamed Rice | ♥Cilantro Slaw | ♥#or Tofu Chef Salad | ♥Spinach | ♥Potato Salad |
| ♥Green Peas | ♥Garden Salad | ♥Green Beans | Mexican Rice or | ♥Beets (Cold) | ♥Garden Salad | ♥Green Beans |
| ♥Whole Wheat Bread | Salad Dressing | ♥Whole Wheat Bread | ♥Steamed Rice | Salad Dressing | Salad Dressing | ♥Lettuce/Tomato |
| Beverage | Beverage | Beverage | ♥Black Beans | ♥Whole Wheat Bread | Garlic Bread or | Mayonnaise |
| | | | ♥WK Corn | Beverage | ♥Whole Wheat Bread | ♥WW Hamburger Bun |
| | | | Beverage | | Beverage | Beverage |

#Indicates No Flesh Entrée Item       ♥Indicates Heart Healthy

2↑ App. 5

1825

**Weekly Menu**

**Menu Type:** Mainline FY 2025

**Week #:** 3

### Sunday (10/27/24)

**BREAKFAST**
- ♥Fruit
- ♥Hot Grits
- Breakfast Cake or
- ♥Whole Wheat Bread and ♥Jelly (2)
- ♥Kosher Sugar Sub. Pks
- ♥Margarine Pat
- ♥Skim Milk
- Kosher Coffee, Ind

**LUNCH**
- ♥Scrambled Eggs or
- or #Peanut Butter &
- ♥Oven Brown Potatoes
- Pancakes
- W/Syrup or
- ♥Whole Wheat Bread and ♥Jelly (2)
- ♥Margarine Pat
- ♥Fruit
- Beverage

**DINNER**
- ♥Turkey Roast
- #or Navy Beans
- ♥Mashed Potatoes
- ♥Carrots
- Brown Gravy
- ♥Whole Wheat Bread
- Beverage

### Monday (10/28/24)

**BREAKFAST**
- ♥Fruit
- ♥Hot Oatmeal
- Cream Gravy
- ♥Oven Brown Potatoes
- Biscuits (2)
- ♥Whole Wheat Bread and ♥Jelly (2)
- ♥Kosher Sugar Sub. Pks
- ♥Skim Milk

**LUNCH**
- Buffalo Chicken Wrap
- ♥or Chicken & Veggies
- #or Buffalo Tofu Wrap
- Ranch
- Potato Chips
- ♥or Baked Potato
- ♥W/Margarine Pat
- ♥Coleslaw
- ♥Fruit
- Beverage

**DINNER**
- ♥Chili
- #or Three Bean Chili
- ♥Steamed Rice
- ♥Mixed Vegetables
- Cornbread or
- ♥Whole Wheat Bread
- ♥Margarine Pat
- Beverage

### Tuesday (10/29/24)

**BREAKFAST**
- ♥Fruit
- ♥Bran Flakes
- Coffee Cake or
- ♥Whole Wheat Bread and ♥Jelly (2)
- ♥Kosher Sugar Sub. Pks
- ♥Margarine Pat
- ♥Skim Milk

**LUNCH**
- ♥Chkn Breast Sandwich
- #or Chickpea Burger
- ♥Garlic Macaroni
- ♥Green Peas
- ♥Lettuce/Tomato
- Mayonnaise
- ♥WW Hamburger Bun
- ♥Fruit
- or Dessert
- Beverage

**DINNER**
- ♥Pepper Steak
- #or Lentils
- ♥Steamed Rice
- ♥Green Beans
- ♥Whole Wheat Bread
- Beverage

### Wednesday (10/30/24)

**BREAKFAST**
- ♥Fruit
- ♥Hot Oatmeal
- Pancakes
- W/Syrup or
- ♥Whole Wheat Bread and ♥Jelly (2)
- ♥Kosher Sugar Sub. Pks
- ♥Margarine Pat
- ♥Skim Milk

**LUNCH**
- ♥Hamburger
- #or Black Bean Burger
- French Fries or
- ♥Baked Potato
- ♥W/Margarine Pat
- ♥Lettuce/Tomato
- ♥Sliced Onions
- ♥Mustard
- Kosher Catsup
- ♥WW Hamburger Bun
- ♥Fruit
- Beverage

**DINNER**
- ♥Hot Grits
- ♥Scrambled Eggs or
- or #Peanut Butter &
- ♥Oven Brown Potatoes
- Cream Gravy
- Biscuits (2)
- ♥Whole Wheat Bread and ♥Jelly (2)
- Beverage

### Thursday (10/31/24)

**BREAKFAST**
- ♥Fruit
- ♥Bran Flakes
- Coffee Cake or
- ♥Whole Wheat Bread and ♥Jelly (2)
- ♥Kosher Sugar Sub. Pks
- ♥Margarine Pat
- ♥Skim Milk

**LUNCH**
- BBQ Chicken
- ♥or Baked Chicken
- #or PB & Jelly Sand (2)
- Macaroni & Cheese or
- ♥Garlic Macaroni
- ♥Mixed Vegetables
- ♥Whole Wheat Bread
- ♥Fruit
- or Dessert
- Beverage

**DINNER**
- ♥Chicken Alfredo
- #or Tofu & Vegetables
- ♥Spaghetti Pasta
- ♥Green Peas
- ♥Whole Wheat Bread
- Beverage

### Friday (11/01/24)

**BREAKFAST**
- ♥Fruit
- ♥Hot Oatmeal
- French Toast (2)
- W/Syrup or
- ♥Whole Wheat Bread and ♥Jelly (2)
- ♥Kosher Sugar Sub. Pks
- ♥Margarine Pat
- ♥Skim Milk

**LUNCH**
- ♥Baked Fish
- #or Black Beans
- ♥Garlic Macaroni
- ♥Spinach
- ♥Coleslaw
- Tartar Sauce
- ♥Whole Wheat Bread
- ♥Fruit
- Beverage

**DINNER**
- ♥Black Bean Soup
- ♥Beef Taco Salad
- #or Soy Taco Salad
- ♥Steamed Rice
- Shredded Cheese
- ♥Salsa
- Beverage

### Saturday (11/02/24)

**BREAKFAST**
- ♥Fruit
- ♥Hot Oatmeal
- Breakfast Cake or
- ♥Whole Wheat Bread and ♥Jelly (2)
- ♥Kosher Sugar Sub. Pks
- ♥Margarine Pat
- ♥Skim Milk
- Kosher Coffee, Ind

**LUNCH**
- ♥Chicken Fajita
- #or Tofu Fajita
- ♥Cilantro Rice
- ♥Black Beans
- ♥WK Corn
- ♥Salsa
- ♥Fruit
- Beverage

**DINNER**
- ♥Roast Beef
- #or Lentils
- ♥Mashed Potatoes
- ♥Mixed Vegetables
- Brown Gravy
- ♥Whole Wheat Bread
- ♥Margarine Pat
- Beverage

#Indicates No Flesh Entrée Item      ♥Indicates Heart Healthy

2d Am. 6

10/16/2024 02:01 PM

**Federal Bureau of Prisons**

**COLEMAN LOW FC**

**Menu Type:** Mainline FY 2025

## Weekly Menu

**Date Range:** 10/20/2024 to 11/23/2024

**Week #:** 4

| Sunday (11/03/24) | Monday (11/04/24) | Tuesday (11/05/24) | Wednesday (11/06/24) | Thursday (11/07/24) | Friday (11/08/24) | Saturday (11/09/24) |
|---|---|---|---|---|---|---|
| **BREAKFAST** | **BREAKFAST** | **BREAKFAST** | **BREAKFAST** | **BREAKFAST** | **BREAKFAST** | **BREAKFAST** |
| ♥Fruit | ♥Fruit | ♥Fruit | ♥Fruit | ♥Fruit | ♥Fruit | ♥Fruit |
| ♥Hot Grits | ♥Hot Oatmeal | ♥Bran Flakes | ♥Hot Oatmeal | ♥Bran Flakes | ♥Hot Oatmeal | ♥Hot Oatmeal |
| Breakfast Cake or | Cream Gravy | Coffee Cake or | Pancakes | Coffee Cake or | French Toast (2) | Breakfast Cake or |
| ♥Whole Wheat Bread | ♥Oven Brown Potatoes | ♥Whole Wheat Bread | W/Syrup or | ♥Whole Wheat Bread | W/Syrup or | ♥Whole Wheat Bread |
| and ♥Jelly (2) | Biscuits (2) | and ♥Jelly (2) | ♥Whole Wheat Bread | and ♥Jelly (2) | ♥Whole Wheat Bread | and ♥Jelly (2) |
| ♥Kosher Sugar Sub. Pks | ♥Whole Wheat Bread | ♥Kosher Sugar Sub. Pks | and ♥Jelly (2) | ♥Kosher Sugar Sub. Pks | and ♥Jelly (2) | ♥Kosher Sugar Sub. Pks |
| ♥Margarine Pat | and ♥Jelly (2) | ♥Margarine Pat | ♥Kosher Sugar Sub. Pks | ♥Margarine Pat | ♥Kosher Sugar Sub. Pks | ♥Margarine Pat |
| ♥Skim Milk | ♥Kosher Sugar Sub. Pks | ♥Skim Milk | ♥Margarine Pat | ♥Skim Milk | ♥Margarine Pat | ♥Skim Milk |
| Kosher Coffee, Ind | ♥Skim Milk | | ♥Skim Milk | | ♥Skim Milk | Kosher Coffee, Ind |
| **LUNCH** | **LUNCH** | **LUNCH** | **LUNCH** | **LUNCH** | **LUNCH** | **LUNCH** |
| ♥Boiled Eggs (2) or | BKD Caesar Chicken | Chicken Parmesan | ♥Hamburger | ♥or Baked Chicken | Breaded Fish Sand or | ♥Scrambled Eggs or |
| or #Peanut Butter & | #or Baked Beans | #or Chickpea Burger | #or Black Bean Burger | #or PB & Jelly Sand (2) | ♥Baked Fish | or #Peanut Butter & |
| ♥Oven Brown Potatoes | ♥Baked Potato | ♥Pasta w/ Marinara | French Fries or | ♥Steamed Rice | or #Hummus | ♥Oven Brown Potatoes |
| French Toast (2) | ♥Garden Salad | ♥Spinach | ♥Baked Potato | ♥Pinto Beans | ♥Cilantro Rice | Pancakes |
| W/Syrup or | Salad Dressing | Garlic Bread or | ♥W/Margarine Pat | ♥Whole Wheat Bread | ♥Pinto Beans | W/Syrup or |
| ♥Whole Wheat Bread | ♥Whole Wheat Bread | ♥Whole Wheat Bread | ♥Lettuce/Tomato | ♥Fruit | Tartar Sauce | ♥Whole Wheat Bread |
| and ♥Jelly (2) | ♥Margarine Pat | ♥Fruit | ♥Sliced Onions | or Dessert | ♥WW Hamburger Bun | and ♥Jelly (2) |
| ♥Margarine Pat | ♥Fruit | or Dessert | ♥Mustard | Beverage | ♥Fruit | ♥Margarine Pat |
| ♥Fruit | Beverage | Beverage | Kosher Catsup | | Beverage | ♥Fruit |
| Beverage | | | ♥WW Hamburger Bun | | | Beverage |
| | | | ♥Fruit | | | |
| | | | Beverage | | | |
| **DINNER** | **DINNER** | **DINNER** | **DINNER** | **DINNER** | **DINNER** | **DINNER** |
| ♥Chicken Fried Rice | ♥Yankton Tacos (Pork) | Cheese Pizza | ♥Pasta | Hot Dogs (2) | ♥Chicken Cheese Steak | ♥Meatloaf |
| #or Tofu Fried Rice | #or Tofu Tacos | #♥or Navy Beans | ♥w/ Marinara Sauce | #♥or Kidney Beans | #or Navy Beans | #or Three Bean Chili |
| ♥Pinto Beans | ♥Cilantro Slaw | ♥Italian Pasta Salad | Meatballs | ♥Oven Brown Potatoes | ♥Italian Pasta Salad | ♥Mashed Potatoes |
| ♥Carrots | Mexican Rice or | ♥Green Beans | #or Chickpea Marinara | ♥Coleslaw | ♥Carrots | Brown Gravy |
| ♥Whole Wheat Bread | ♥Steamed Rice | ♥Garden Salad | ♥Spinach | ♥Mustard | ♥WW Hot Dog Bun | ♥WK Corn |
| Beverage | ♥Black Beans | Salad Dressing | ♥Garden Salad | Kosher Catsup | Beverage | ♥Whole Wheat Bread |
| | ♥WK Corn | Beverage | Salad Dressing | ♥WW Hot Dog Buns (2) | | ♥Margarine Pat |
| | Beverage | | Garlic Bread or | Beverage | | Beverage |
| | | | ♥Whole Wheat Bread | | | |
| | | | Beverage | | | |

#Indicates No Flesh Entrée Item          ♥Indicates Heart Healthy

10/16/2024 02:01 PM

SPO P/U_____ New Shoppers _____ Yarn P/U_____          3:00 P/U:  WORK_____CLASS_____

NAME_____          REG.NO._____          UNIT_____

#####KOSHER/HALAL ITEMS IDENTIFIED "K" "H" ******
***Commissary rules are on the reverse side*** All sales are final *** Prices are subject to change without notice**

### ***STAMPS / COPY CARDS***
**LIMIT IS EQUIVALENT OF TWENTY**
**FIRST-CLASS STAMPS ($14.60)**
(DOES NOT COME OFF OF SPENDING LIMIT)

| | | |
|---|---|---|
| ____ | FOREVER STAMPS, BOOK | 14.60 |
| ____ | .01 SINGLE STAMP | .01 |
| ____ | .05 SINGLE STAMP | .05 |
| ____ | SINGLE STAMP | .73 |
| ____ | COPY CARD (LIMIT 3) | 6.50 |
| ____ | PHOTO TICKET (LIMIT 5) | 1.00 |

### ***ELECTRONICS***
**Limit of 1 Each**

| | | |
|---|---|---|
| ____ | ALARM CLOCK | 10.05 |
| ____ | LED BOOK LIGHT | 12.95 |
| ____ | CALCULATOR | 3.85 |

### ***RADIOS***
**LIMIT 1 FROM GROUP**

| | | |
|---|---|---|
| ____ | SCORE 7T TABLET | 131.30 |
| ____ | MEM. DIAMOND RADIO | 38.95 |
| ____ | SANGEAN 120 RADIO | 54.60 |
| ____ | MP3 ARMBANDS | 7.75 |

### ***HEADPHONES****
**LIMIT 1 FROM GROUP**

| | | |
|---|---|---|
| ____ | KOSS CL2 HEADPHONES | 9.60 |
| ____ | SKULL CANDY EARBUDS | 23.40 |
| ____ | JVC (CLIP-ON) | 16.50 |

### ***WATCHES***
**LIMIT 1 FROM GROUP**

| | | |
|---|---|---|
| ____ | IRONMAN WATCH | 49.50 |
| ____ | TIMEX MARATHON WATCH | 25.95 |
| ____ | VELCRO WATCHBAND | 4.10 |
| ____ | CASIO G-SHOCK | 76.70 |

### ***SOFT DRINKS***
**LIMIT OF 2 TWELVE PACKS**

| | | |
|---|---|---|
| ____ | PEPSI ZERO 12/PK | 7.30 |
| ____ | STARRY ZERO 12/PK | 7.30 |
| ____ | DIET MT. DEW 12/PK | 7.30 |
| ____ | DIET PEPSI 12/PK | 7.30 |
| ____ | DIET DR. PEPPER12/PK | 7.30 |

### ***WATTER***
**LIMIT OF 24 BOTTLES**

| | | |
|---|---|---|
| ____ | BOTTLED WATER | .90 |

### ***MISCELLANEOUS ITEMS***
**ITEM LIMITS ARE IN PARENTHESIS**

| | | |
|---|---|---|
| ____ | BAND AIDS (CLEAR) | 3.60 |
| ____ | COMBINATION LOCK (1) | 9.10 |
| ____ | HANDKERCHIEFS (4) | .90 |
| ____ | HANGERS (5) | .50 |
| ____ | RAIN PONCHO (1) | 5.75 |
| ____ | RACQUET BALLS | 7.15 |
| ____ | HAND BALLS | 11.30 |
| ____ | FINGERNAIL CLIPPERS (1) | .75 |
| ____ | TOENAIL CLIPPERS (1) | 1.15 |
| ____ | MUSTACHE SCISSORS (1) | 6.70 |
| ____ | COTTON SWABS (1) | 1.25 |
| ____ | SQUARE TWEEZERS (1) | .65 |
| ____ | PICK COMB (1) | .85 |
| ____ | BRUSH NO HANDLE (1) | 1.65 |
| ____ | BRUSH/COMB SET (1) | 3.15 |
| ____ | TURBO AIR BRUSH (1) | 1.05 |
| ____ | SHOWER CAP, VINYL (1) | 1.80 |

| | | |
|---|---|---|
| ____ | CONDITIONER CAP (1) | 1.80 |
| ____ | PONYTAIL HOLDER (1) | 1.95 |
| ____ | RUBBER BANDS, BLACK (1) | 1.55 |
| ____ | WAVE CAP (1) | 2.75 |
| ____ | PALM BRUSH (1) | .50 |
| ____ | RAKE COMB (1) | .80 |
| ____ | SHAVE BAG WH HANDLE (1) | 5.50 |
| ____ | COSTMETIC BAG, BLK (1) | 7.40 |
| ____ | WRIST BANDS (2) | 1.70 |
| ____ | MOUTH GUARD (1) | 1.95 |
| ____ | WAIST TRIMMER (1) | 11.70 |
| ____ | M5 MAGNUM RAZOR (1) | 7.65 |
| ____ | M5 MAG. BLADE REFILL (1) | 7.65 |
| ____ | TWIN BLADE RAZOR PK (2) | 1.70 |
| ____ | MACH 3 BLADES (1) | 15.55 |
| ____ | SPORK (2) | .40 |
| ____ | 4 PIECE CUTLERY SET | 1.70 |
| ____ | FISK SCISSORS (1) | 4.00 |
| ____ | WIRELESS NOTEBOOK (2) | 2.10 |
| ____ | FILLER PAPER (1) | 3.10 |
| ____ | LEGAL ENVELOPES 10X13 (2) | 1.55 |
| ____ | DOCUMENT FILE (2) | 4.10 |
| ____ | INK PEN (2) | 2.25 |
| ____ | INK PEN REFILLS (2) | 1.15 |
| ____ | #10 WHITE ENVELOPES (1) | 1.95 |
| ____ | CLEAR PROTECTORS (4) | .35 |
| ____ | PINOCHLE CARDS (2) | 3.40 |
| ____ | POKER PLAYING CARDS (2) | 3.45 |
| ____ | DOUBLE 6 DOMINOES (1) | 4.15 |
| ____ | CHESS SET | 18.20 |
| ____ | ASST ENG GRTNG CARDS (1) | 4.70 |
| ____ | ASST SPN GRTNG CARDS (1) | 4.70 |
| ____ | GLASSES CORD (1) | 1.90 |
| ____ | CLIP ON SUNGLASSES | 5.20 |
| ____ | CROAKIES (1) | 7.80 |
| ____ | SUNGLASSES (1) | 5.15 |
| ____ | READING GLASSES (1) | 3.25 |
| ____ | #_____ | |
| ____ | SEWING KIT (1) | 2.60 |
| ____ | MIRROR, ACRYLIC (1) | 2.80 |
| ____ | EAR PLUGS (1) | 1.00 |
| ____ | 20 OZ. CLEAR MUG (1) | 3.80 |
| ____ | 64 OZ. CLEAR MUG (1) | 9.30 |
| ____ | CLEAR BOWL (1) | 4.25 |
| ____ | CEREAL BOWL WITH LID (1) | .85 |
| ____ | MINI PHOTO ALBUM (1) | 3.90 |
| ____ | LARGE ALBUN REFILLS (1) | 4.95 |
| ____ | LARGE PHOTO ALBUM (1) | 16.60 |
| ____ | SMALL ADDRESS BOOK (1) | 1.70 |
| ____ | DELUXE ADDRESS BOOK (1) | 3.40 |
| ____ | CORRECTION RIBBON (2) | .80 |
| ____ | 192LT CORRECTION RIB. (1) | 5.20 |
| ____ | EC 800 TYPING RIBBON (1) | 9.10 |
| ____ | B192/RS110 RIBBON (1) | 7.15 |
| ____ | SWINTEC CORRECTION RIB. | 7.75 |
| ____ | TYPING / COPY PAPER (1) | 3.00 |
| ____ | 3 RING 1" CLEAR BINDER (1) | 6.30 |
| ____ | BRITA WATER FILTER (1) | 10.40 |
| ____ | WEB DICTIONARY (1) | 1.25 |

### ***SCENTED OILS***
**LIMIT OF 1 Total**

| | | |
|---|---|---|
| ____ | KUSH | 5.00 |
| ____ | FRANKNCENSE | 5.00 |
| ____ | MYRRH | 5.00 |

### ***BATTERIES***
**ITEM LIMITS ARE IN PARENTHESIS**

| | | |
|---|---|---|
| ____ | AA BATTERIES (2) | 2.70 |
| ____ | AAA BATTERIES (2) | 2.70 |
| ____ | SR626 BATTERY (1) | 3.90 |
| ____ | 2016 WATCH BATTERY (1) | 2.60 |
| ____ | 2025 WATCH BATTERY (1) | 2.60 |
| ____ | 2032 WATCH BATTERY (1) | 2.60 |

### ***HYGIENE ITEMS***
**LIMIT OF 1 OF EACH**

| | | |
|---|---|---|
| ____ | NOXEMA | 2.50 |
| ____ | APRICOT SCRUB | 4.95 |
| ____ | FACIAL MOISTURIZER | 7.75 |
| ____ | BABY POWDER | 2.25 |
| ____ | PETROLEUM JELLY | 1.15 |
| ____ | SUAVE SKIN LOTION | 4.65 |
| ____ | DAILY MOISTURE LOTION | 4.10 |
| ____ | COCOA BUTTER LOTION | 7.80 |
| ____ | VASELINE LOTION | 7.55 |
| ____ | SUNBLOCK 50 SPF | 7.75 |
| ____ | SULFER 8 | 5.00 |
| ____ | LOCK N TWIST BRAID | 5.00 |
| ____ | PINK OIL MOISTURIZER | 6.90 |
| ____ | OLIVE CHOLEST COND. | 4.95 |
| ____ | SOFT & BEAUTIFUL RELAXER | 9.70 |
| ____ | COCONUT OIL CONDITIONER | 2.60 |
| ____ | SOFTEE HAIR FOOD | 2.60 |
| ____ | GEL CURL ACTIVATOR | 2.25 |
| ____ | AMPRO STYLE GEL | 4.40 |
| ____ | LA LOOKS STYLING GEL | 1.75 |
| ____ | BABY SHAMPOO | 1.30 |
| ____ | HEAD & SHLDRS SHAMPOO | 6.05 |
| ____ | DANDRUFF SHAMPOO | 5.70 |
| ____ | HERBAL SHAMPOO | 4.90 |
| ____ | PANTENE SHAMPOO | 8.10 |
| ____ | PANTENE CONDITIONER | 8.05 |
| ____ | WHITE RAIN OCEAN MIST SHAM. | 1.85 |
| ____ | WHITE RAIN OCEAN MIST COND. | 1.85 |
| ____ | MOTIONS FOAM WRAP | 6.50 |
| ____ | MURRAY'S POMADE | 3.05 |
| ____ | AFRICAN CROWN GEL | 1.90 |
| ____ | AFRICAN PRIDE | 7.50 |
| ____ | MURRAY BLK BEESWAX | 2.90 |
| ____ | COCOA BUTTER SOAP | 4.00 |
| ____ | DIAL SOAP | 1.65 |
| ____ | IRISH SPRING SOAP 3BR | 4.15 |
| ____ | COAST SOAP 3BR | 4.15 |
| ____ | BLACK AMBI SOAP | 2.75 |
| ____ | HERBAL SOAP | 1.85 |
| ____ | SOAP DISH | .85 |
| ____ | ACNE FACE FOAMING WASH | 4.25 |
| ____ | ZEST BODY WASH | 5.20 |
| ____ | DOVE MEN BODYWASH GRAY | 10.30 |
| ____ | DOVE CUCUMBER BODY | 8.50 |
| ____ | DOVE DEEP MOIST BODY | 8.50 |
| ____ | BATH SCRUNGE | 1.15 |
| ____ | HERBAL DEODORANT | 2.95 |
| ____ | DIAL ANTI-PERSPIRANT | 2.40 |
| ____ | SUAVE POWDER DEO. | 2.60 |
| ____ | DEGREE DEODORANT | 3.25 |
| ____ | HIGHTIME BUMP STOPPER | 4.60 |
| ____ | MAGIC GOLD POWDER | 5.65 |
| ____ | MAGIC BLUE POWDER | 5.65 |
| ____ | MAGIC SMOOTH CREAM (G) | 7.55 |
| ____ | MAGIC SHAVE CREAM (BLU) | 7.55 |
| ____ | PRO SHAVE CREAM | 2.50 |
| ____ | PRO SHAVE AFTER SHAVE | 2.50 |
| ____ | CLOSE-UP TOOTHPASTE | 3.60 |
| ____ | OPTIC-WHITE TOOTHPASTE | 9.75 |
| ____ | CREST TOOTHPASTE | 3.40 |
| ____ | HERBAL TOOTHPASTE | 2.60 |
| ____ | SENSODYNE TOOTHPASTE | 11.40 |
| ____ | COLGATE TOOTHPASTE | 4.75 |
| ____ | TOOTHBRUSH HOLDER | .55 |
| ____ | COLGATE TOOTHBRUSH | 1.10 |
| ____ | TEK TOOTHBRUSH | .80 |
| ____ | COOL WAVE MOUTHWASH | 1.85 |
| ____ | DENTAL FLOSS LOOPS | 4.40 |
| ____ | DENTAL FLOSS UNWAXED | 1.80 |
| ____ | DENTAL FLOSS PICKS | 1.60 |
| ____ | DENTURE BATH CUP | 2.05 |
| ____ | DENTURE BRUSH | 1.90 |
| ____ | DENTURE CLEANER TABLETS | 2.40 |
| ____ | SUPER POLYGRIP | 8.10 |
| ____ | SCOTT TOILET PAPER | 5.45 |

### ***SHOE ACCESSORIES***
**LIMIT OF 1 OF EACH**

| | | |
|---|---|---|
| ____ | SHOE BRUSH | 6.50 |
| ____ | BLACK SHOELACES, 54" | 1.85 |
| ____ | WHITE SHOELACES, 54" | 1.85 |
| ____ | BOOTLACES | 1.95 |
| ____ | LIQUID SHOE POLISH (BLK) | 3.00 |
| ____ | LIQUID SHOE POLISH (WHT) | 3.00 |
| ____ | DOUBLE FOAM INSOLES | 2.85 |

### ***HEALTH PRODUCTS***
**LIMIT OF 1 OF EACH**

| | | |
|---|---|---|
| ____ | MOLESKIN PLUS | 4.50 |
| ____ | ARCH SUPPORTS | 19.50 |
| ____ | 6/7 - 8/9 - 10/11 -1 2/13 - 14/15 | |
| ____ | NASAL BREATHE RIGHT SM/ MED | 16.85 |
| ____ | NASAL BREATHE RIGHT L/ XL | 19.50 |
| ____ | TONER CREAM | 16.65 |

### ***OVER-THE-COUNTER MEDICATION***
**LIMIT OF 1 OF EACH**
(DOES NOT COME OFF OF SPENDING LIMIT)

| | | |
|---|---|---|
| ____ | CHAPSTICK | 2.45 |
| ____ | BLISTEX OINTMENT | 2.75 |
| ____ | PRILOSEC/OMEPRAZOLE | 13.60 |
| ____ | PINK BISMUTH | 3.80 |
| ____ | ROLAIDS | 3.80 |
| ____ | KAOPECTATE | 7.40 |
| ____ | TUSSIN COUGH SYRUP | 3.65 |
| ____ | HEMHORROIDAL OINTMENT | 4.05 |
| ____ | MILK OF MAGNESIA | 3.75 |
| ____ | SALINE NASAL SPRAY | 2.60 |
| ____ | NASALCROM | 26.15 |
| ____ | MEDICATED CHEST RUB | 2.40 |
| ____ | ANTI-FUNGAL POWDER | 2.75 |
| ____ | ANTI-FUNGAL CREAM | 1.45 |
| ____ | ARTIFICIAL TEARS | 2.60 |
| ____ | VISINE A | 9.75 |
| ____ | ASPIRIN | 2.50 |
| ____ | NAPROXEN | 5.00 |
| ____ | IBUPROFEN | 3.00 |
| ____ | NON-ASPIRIN PAIN RELIEF | 2.75 |
| ____ | ALLERGY TABLETS | 1.65 |
| ____ | LORATADINE TABLETS | 3.50 |
| ____ | VITAMIN B COMPLEX | 5.45 |
| ____ | VITAMIN C | 3.50 |
| ____ | CALCIUM PLUS | 4.50 |
| ____ | VITAMIN E | 5.45 |
| ____ | ULTREX PLUS | 5.00 |
| ____ | DAIRY DIGESTIVE CAPLETS | 12.55 |
| ____ | GS FIBER TABLETS | 15.30 |
| ____ | GS FIBER POWDER | 15.15 |
| ____ | DEBROX EARWAX DROPS | 8.85 |
| ____ | MICONAZOLE | 2.10 |
| ____ | HALLS COUGH - Cherry | 3.75 |
| ____ | HALLS COUGH - Lemon | 3.25 |
| ____ | CHLORASEPTIC "R" | 5.10 |
| ____ | TUCKS PADS | 5.90 |
| ____ | MUSCLE RUB | 2.55 |
| ____ | HYDROCORTISONE | 1.55 |
| ____ | DUCUSTATE 300MG | 4.75 |
| ____ | LAXATIVE TABLETS | 1.95 |
| ____ | GAS RELIEF TABLETS | 2.00 |
| ____ | LOPERAMINE | 2.40 |
| ____ | TRIPLE ANTIBIOTIC | 4.05 |
| ____ | ORAL PAIN RELIEF | 1.70 |
| ____ | CLEARASI ULTRA | 11.35 |
| ____ | NAIL FUNGAS TREATMENT | 24.00 |
| ____ | TERBINAFINE CREAM | 11.95 |
| ____ | A &D OINTMENT | 3.25 |
| ____ | MED. CORN REMOVER | 1.50 |
| ____ | ATHLETE'S FOOT CREAM | 4.15 |

____ KNEE SUPPORT (1) XL    20.80
____ KNEE BRACE (1)    14.95
____ ATHLETIC SUPPORT (1)    5.95
      (M - L - XL)
____ ANKLE SUPPORT    12.35
      (ONE SIZE FITS ALL)
____ ANKLE SUPPORT Med -XL    9.75
____ BATTING GLOVE (1)    22.10
      (M - L - XL - 2X)

### ***SOUPS***
### LIMIT OF 24 TOTAL

____ THAI SOUP    1.15
____ CALIF-VEG CUP SOUP    .90
____ SHRIMP RAMEN SOUP    .60
____ CHICKEN RAMEN SOUP    .60
____ TEXAS BEEF RAMEN SOUP    .60
____ CHILI RAMEN SOUP    .50
____ SOUP HOT/SPICY    .60

### ***COOKIES & CRACKERS***
### LIMIT OF 5 OF EACH

____ ANIMAL CRACKERS K    3.00
____ CHEWY CHOCOLATE CHIP    2.80
____ ICED OATMEAL COOKIES    1.60
____ VANILLA COOKIES K    .80
____ STRAWBERRY COOKIES K    .80
____ KEEBLER CRACKERS    3.20
____ NO SALT SALTINE K    3.55
____ SALTINE CRACKERS K    2.45
____ RITZ SANDWICH CRACKERS K    .60
____ RITZ CRACKERS (BIG BOX) K    5.60
____ VANILLA WAFER K    3.25
____ MATZO LIGHTLT SALTED K    5.70

### ***SNACKS / CANDY / NUTS***
### LIMIT OF 5 OF EACH

____ S/F ALL STAR CANDY    1.15
____ S/F JOLLY RANCHERS    3.95
____ STARLITE MINTS    .90
____ WERTHERS CANDY    3.90
____ VANILLA CARAMELS    .95
____ TWIZZLERS K    3.25
____ MIKE & IKE CANDY    1.75
____ HERSHEY WITH ALMONDS K    1.65
____ M&M PEANUT K    1.65
____ REESE'S CUP    1.70
____ SNICKERS K    1.70
____ TWIX K    1.70
____ NUTRA FIT CARAMEL BAR    2.00
____ ULTRAFIT PNUT BUTTER    2.00
____ ULTRAFITCOOKIES&CREAM    2.00
____ OATS & HONEY BAR K    1.15
____ SWEET & SALTY BAR    .75
____ RAW ALMONDS    1.95
____ SALTED MIXED NUTS    3.75
____ UNSALTED MIXED NUTS    3.75
____ HONEY ROASTED PEANUTS    1.60
____ CALIFORNIA GOLD MIX    2.95
____ FRENCH VANILLA GRANOLA    2.94
____ PITTED DATES    1.85
____ ROASTED SALTED PEANUTS    .75
____ GRANOLA CLUSTR K    4.35
____ CHOCOLATE PUDDING    2.25
____ VANILLA PUDDING K    2.25
____ ZEBRA CAKES    2.70
____ NUTTY BARS    3.00
____ DILL PICKLE K    1.30
____ SPANISH OLIVES    1.70
____ POPTARTS    1.05
____ RICE KRISPY TREAT    .65
____ FLOUR TORTILLAS K    1.70
____ CINAMON POUND CAKES    1.10
____ RICE CRISPIES CEREAL    4.94
____ BRAN FLAKES CEREAL    7.00

### ***CHIPS***
### LIMIT OF 5 OF EACH

____ BBQ CHIPS K    1.85
____ PLANTAIN CHIPS SALTED K    2.50
____ PLANTAIN CHIPS SWEET K    2.50
____ TORTILLA CHIPS K / H    3.55
____ DORITOS CHIPS    2.05
____ RUFFLES    2.80
____ SHABANG CHIPS K/H    1.85
____ SOUR CREAM & ONION    1.85
____ WHITE CHEDDER POPCORN    1.65
____ CHEETOS    2.55
____ PORK GRINDS    1.95
____ BUFFALO PRETZEL K    .65
____ DORITOS SPICY/SWEET    2.20
____ PRETZELS    2.60

### ***RICE & HEALTH FOOD***
### LIMIT OF 8 OF EACH

____ JALAPENO REFRIED BEANS K    2.95
____ SEVILLA REFRIED BEANS K    2.15
____ PINTO BEANS REFRIED K    1.75
____ BLACK BEANS WITH SPICE K    2.90
____ OATMEAL VARIETY K    3.55
____ GRITS K    5.10
____ ROLLED OATS K    3.00
____ SPICY CHEESE RICE    1.70
____ BROWN RICE K/H    1.45
____ MINUTE WHITE RICE    1.50
____ CURRY RICE    .90

### **MEAT & CHEESE***
### LIMIT OF 10 OF EACH

____ MAC & CHEESE K/ H    1.15
____ SPICY CHILI CON QUESO    2.07
____ GOUDA CHEESE SPREAD    2.07
____ MOZZARELLA CHEESE    2.10
____ JALAPENO SQUEEZE CHEESE    3.80
____ HONEY PEPPER TURKEY    2.25
____ SPAM    1.80
____ TURKEY AND SWISS STICK    1.60
____ HOT BEEF SUMMER    2.55
____ BEEF SUMMER SAUSAGE    2.55
____ SLICED SALAMI    2.35
____ SLICED PEPPERONI    2.65
____ SEASONEDD PORK    5.20
____ CHORIZO SAUSAGE    3.75
____ SHREDDED BEEF    5.50
____ CHILI WITH BEANS    2.10
____ PINK SALMON K    2.35
____ SALDINES IN SOY OIL K/H    1.25
____ TUNA K/ H    1.95
____ SMOKE BABY CLAMS    2.10
____ SMOKE OYSTERS    2.45
____ MACKEREL FILLETS K /U    1.50
____ FISH STEAKS IN CHILIS    1.30
____ WHITE CHICKEN BREAST    4.10
____ JACK LINKS PEPPERED BEEF    2.60
____ HALAL BEEF SAUSAGE    2.80
____ MACKEREL IN BRINE    1.10

### ***COFFEE***
### LIMIT OF 3 OF EACH

____ CAFÉ BUSTELO K    3.80
____ TASTER'S CHOICE COFFEE K    12.20
____ KEEFE DECAF COFFEE K    3.80
____ KEEFE COFFEE K    5.95
____ FOLGERS COFFEE K/U    4.65

### ***DAIRY / CREAMER***
### LIMIT OF 2 OF EACH

____ CREAMER    3.35
____ POWDERED MILK    4.45

### ***HOT BEVERAGES***
### LIMIT OF 1 OF EACH

____ HOT COCOA W/ MARSH    2.40
____ S/F HOT COCOA    4.25
____ BIGELOW VARIETY TEA    3.85
____ KEEFE TEA BAGS    2.15

### ***DIET DRINK MIX***
### LIMIT OF 2 EACH

____ SUGAR TWIN K    2.40
____ EQUAL    1.65

### ***ENERGY DRINK MIX***
### LIMIT OF 2 EACH

____ LEMON LIME GATORADE    .95
____ SUPER C    1.50

### ***COLD BEVERAGE MIX***
### LIMIT OF 12 EACH

____ S/F ISLAND FRUIT PUNCH    1.40
____ S/F RADICAL LEMON BERRY    1.40
____ S/F ISLAND PURPLE    1.40
____ S/F RASPBERRY K    1.40
____ S/F TEA WITH PEACH K    1.40
____ S/F BLUE OCEAN BREEZE    1.40
____ GREEN TROPICAL    1.40
____ PURE KICK WATERMELON    1.60
____ SUNKIST    4.95

### ***SAUCES & SEASONING***
### LIMIT OF 2 OF EACH

____ MAYONNAISE K    4.55
____ KETCHUP    2.40
____ S/F HONEY K    3.75
____ HONEY    5.70
____ PEANUT BUTTER K    2.90
____ LOUISIANA HOT SAUCE K    1.05
____ SOY SAUCE K    1.15
____ SALSA    2.55
____ MRS. DASH K    4.40
____ SALT SUBSTITUTE K    5.60
____ SAZON GOYA CILANTRO    2.25
____ ADOBO WITH PEPPER    2.40
____ SALT & PEPPER    1.75
____ DRY ONIONS K    1.90
____ GARLIC POWDER K    2.20
____ VEGETABLE FLAKES  K    1.45
____ ASIAN SWEET & HOT SAUCE    3.25
____ RANCH DRESSING (5) K    .60
____ JALAPENO SLICES (5) K/H    .45
____ HOT PEPPER MIX    3.20

### ***TENNIS SHOES***
### LIIMIT OF 1 PAIR EVERY 3 MONTHS

(STYLE – PRICES ARE POSTED)

SIZE ____

### ***SHOWER SHOES***
### LIMIT OF 1 PAIR EVERY 3 MONTHS
### ~~CIRCLE SIZE DESIRED~~

____ SHOWER SHOE    4.70
      (S – M – L – XL – 2XL)
____ SHOWER THONGS    1.40
      (S- M – L – XL)

### ***CLOTHING***
### LIMIT OF 1 OF EACH
### ~~CIRCLE SIZE DESIRED~~

____ BOXERS BRIEFS (S- M – L – XL - 2X)    7.65
____ BOXERS BRIEFS (3X - 4X – 5X - 6X)    8.75
____ BASEBALL CAP    9.10
____ STRAW HAT    5.35
____ KNIT CAP    3.25
____ T SHIRT GRAY    7.15
      (S - M – L - XL - 2X - 3X - 4x)
____ LOCKER ORGANIZER (1)    11.65
____ LOCKER HOOKS (1)    4.50
____ LONG SLEEVE T-SHIRT    11.70
      (M – L – XL - 2X - 3X- 4x)
____ MESH SHORTS (IN BAG)    22.10
      (S- M – L - XL - 2X – 3X – 4X)
____ MESH SHORTS (IN BAG) (5X – 6X)    26.00
____ MESH SHORTS (S- M – L – XL - 2X)    11.90
____ MESH SHORTS (3X – 4X)    12.95
____ THERMAL TOP (S- M- L –XL)    11.70

____ THERMAL PANTS (3X-4X -5X -6X)    14.30
____ THERMAL PANTS (S- M – L – XL)    11.70
____ THERMAL PANTS    14.30
      (2X - 3X - 4X - 5X - 6X)
____ SWEATPANTS (S – M – L – XL - 2X)    24.70
____ SWEATPANTS ( 3X – 4 X– 5X)    28.50
____ SWEATPANTS ( 7X - 8X )    28.60
____ SWEATSHIRT ( S – M – L- XL - 2X)    23.95
____ SWEATSHIRT ( 3X - 4X)    27.30
____ SWEATSHIRT ( 5X )    28.60
____ SWEATSHIRT ( 6X - 7X - 8X )    32.50
____ GRAY WASH CLOTH    1.20
____ GRAY TOWEL    10.15

### ***SOCKS***
### LIMIT OF 3 PAIR TOTAL

____ SOCCER SOCKS    6.50
____ ANKLE SOCKS, M    3.85
____ ANKLE SOCKS, L    3.85
____ ANKLE SOCKS, XL    3.85
____ CREW SOCKS, M    3.85
____ CREW SOCKS  L    3.85
____ CREW SOCKS  XL    3.85
____ NO SHOW SOCKS    1.65

TOTAL $_____

### COMMMISSARY RULES

1.Prices are subject to change without notice.
2.Substitutions will not be allowed once the list has been turned in.
3.Add-ons will not be allowed.
4.The commissary will not exchange damaged items once the sale is final.
5.The Commissary will not repair damaged items.
6.If an inmate does not report to the sales window after three attempts to call him, the merchandise will be returned to stock and the inmate will not be able to shop until his next scheduled shopping day.
7.It's the responsibility of each inmate to check commissary merchandise prior to leaving the sales area. This includes clothing, shoes, electronics, etc.
8. Once the inmate leaves the sales area, all sales are final and there will be no exchanges or refunds.
9.All items sold at the Commissary come off the spending limit with the exception of stamps, copy cards and over-the-counter medications.
10. If a size is needed that is not regularly stocked, an inmate Request to Staff to the commissary must be submitted for the appropriate size.

### HOLIDAY ITEMS

UPDATED 02-14-2025

# BOP FY 2023 National Menu Nutrition Facts

| ENTREES | Calories | Fat (g) | Sat. Fat (g) | Trans Fat (g) | Cholesterol (mg) | Sodium (mg) | Carbs (g) | Fiber (g) | Sugar (g) | Protein (g) |
|---|---|---|---|---|---|---|---|---|---|---|
| Baked Chicken | 375 | 18 | 5 | 0 | 243 | 190 | 1 | 0 | 0 | 49 |
| Baked Fish | 130 | 1 | 0 | 0 | 68 | 97 | 0 | 0 | 0 | 28 |
| Baked Ziti | 538 | 17 | 6 | 1 | 83 | 102 | 59 | 4 | 2 | 35 |
| BBQ Chicken | 473 | 18 | 5 | 0 | 243 | 786 | 24 | 1 | 19 | 50 |
| BBQ Pork | 363 | 18 | 7 | 0 | 81 | 715 | 26 | 1 | 21 | 22 |
| BBQ Shredded Chicken | 176 | 6 | 2 | 0 | 66 | 344 | 9 | 0 | 7 | 22 |
| BBQ Tofu | 81 | 3 | 1 | 0 | 0 | 155 | 7 | 1 | 5 | 7 |
| Bean Burrito | 222 | 3 | 0 | 0 | 0 | 189 | 38 | 12 | 1 | 13 |
| Beef Nachos | 770 | 42 | 15 | 1 | 133 | 616 | 59 | 6 | 8 | 41 |
| Beef Taco | 257 | 15 | 6 | 1 | 83 | 114 | 4 | 1 | 2 | 25 |
| Beef Taco Salad | 453 | 20 | 6 | 1 | 71 | 286 | 41 | 9 | 4 | 29 |
| Black Bean Burger | 189 | 1 | 0 | 0 | 0 | 443 | 36 | 12 | 2 | 10 |
| Breaded Fish | 315 | 19 | 3 | 0 | 38 | 456 | 25 | 1 | 1 | 12 |
| Breaded Fish Taco | 700 | 35 | 11 | 0 | 66 | 1206 | 71 | 6 | 9 | 26 |
| Cheese Pizza | 319 | 12 | 5 | 0 | 25 | 662 | 39 | 4 | 4 | 16 |
| Chef Salad | 269 | 13 | 5 | 0 | 235 | 338 | 10 | 4 | 4 | 29 |
| Chicken Cheese Steak | 392 | 21 | 9 | 1 | 126 | 474 | 5 | 0 | 2 | 43 |
| Chicken Fajitas | 118 | 4 | 1 | 0 | 48 | 49 | 3 | 1 | 1 | 16 |
| Chicken Fried Rice | 456 | 13 | 3 | 0 | 120 | 413 | 46 | 1 | 1 | 35 |
| Chicken No Flesh Patty | 76 | 3 | 0 | 0 | 0 | 350 | 7 | 4 | 1 | 10 |
| Chicken Parmesan | 539 | 35 | 10 | 1 | 86 | 1200 | 23 | 2 | 4 | 33 |
| Chicken Patty | 328 | 22 | 2 | 0 | 46 | 604 | 15 | 1 | 0 | 17 |
| Chicken & Rice | 508 | 9 | 2 | 0 | 90 | 105 | 68 | 1 | 1 | 36 |
| Chicken Salad | 205 | 9 | 2 | 0 | 80 | 170 | 4 | 1 | 1 | 25 |
| Chicken Taco | 226 | 12 | 6 | 0 | 72 | 245 | 7 | 2 | 4 | 22 |
| Chili | 308 | 10 | 3 | 0 | 46 | 135 | 32 | 9 | 2 | 25 |
| Chili Cheese Tots | 866 | 58 | 20 | 7 | 116 | 1387 | 55 | 7 | 4 | 35 |
| Chili Mac | 356 | 10 | 4 | 0 | 46 | 174 | 47 | 5 | 7 | 22 |
| Egg Patty | 68 | 5 | 1 | 0 | 164 | 55 | 0 | 0 | 0 | 6 |
| Egg Salad | 130 | 9 | 2 | 0 | 219 | 219 | 4 | 0 | 3 | 8 |
| Fried Chicken | 432 | 22 | 6 | 0 | 233 | 466 | 7 | 0 | 0 | 48 |
| Fried Rice | 233 | 5 | 1 | 0 | 26 | 19 | 41 | 1 | 1 | 5 |
| Hamburger | 199 | 13 | 5 | 1 | 69 | 52 | 0 | 0 | 0 | 20 |
| Hot dog | 171 | 16 | 6 | 0 | 29 | 637 | 2 | 0 | 2 | 5 |
| Hummus | 127 | 3 | 0 | 0 | 0 | 388 | 19 | 5 | 3 | 6 |
| HummusWrap | 380 | 17 | 3 | 0 | 0 | 1055 | 48 | 9 | 8 | 11 |
| Kidney Beans | 343 | 1 | 0 | 0 | 0 | 7 | 62 | 17 | 1 | 23 |
| Lasagna | 512 | 21 | 9 | 1 | 138 | 1075 | 41 | 4 | 12 | 40 |
| Lentils | 314 | 1 | 0 | 0 | 0 | 96 | 55 | 16 | 2 | 24 |
| Meatballs | 221 | 13 | 5 | 1 | 76 | 98 | 4 | 1 | 1 | 21 |
| Peanut Butter & Jelly Sandwich | 593 | 31 | 6 | 0 | 0 | 512 | 64 | 7 | 28 | 20 |
| Pepper Steak | 242 | 9 | 4 | 0 | 93 | 553 | 7 | 1 | 3 | 33 |
| Pork Italian Sausage | 268 | 22 | 8 | 0 | 67 | 663 | 2 | 0 | 1 | 15 |
| Roast Beef | 197 | 9 | 3 | 0 | 87 | 40 | 0 | 0 | 0 | 30 |
| Roast Beef Sandwich | 359 | 10 | 4 | 0 | 75 | 392 | 32 | 5 | 4 | 35 |

## BOP FY 2023 National Menu Nutrition Facts

| ENTREES (CONT'D) | Calories | Fat (g) | Sat. Fat (g) | Trans Fat (g) | Cholesterol (mg) | Sodium (mg) | Carbs (g) | Fiber (g) | Sugar (g) | Protein (g) |
|---|---|---|---|---|---|---|---|---|---|---|
| Salisbury Steak | 340 | 17 | 6 | 1 | 102 | 222 | 15 | 1 | 2 | 28 |
| Sloppy Joe | 244 | 12 | 5 | 1 | 65 | 449 | 14 | 1 | 11 | 20 |
| Soy Baked Ziti | 386 | 386 | 1 | 0 | 0 | 128 | 68 | 6 | 8 | 19 |
| Soy Beef w/ Tortilla Chips | 561 | 23 | 8 | 0 | 30 | 389 | 67 | 11 | 10 | 25 |
| Soy Taco | 120 | 1 | 0 | 0 | 0 | 63 | 15 | 5 | 5 | 15 |
| Soy Taco Salad | 335 | 7 | 1 | 0 | 0 | 127 | 49 | 13 | 7 | 23 |
| Soy Sloppy Joe | 136 | 0 | 0 | 0 | 0 | 347 | 20 | 4 | 11 | 15 |
| Southwest Chicken Wrap | 821 | 51 | 11 | 0 | 78 | 1441 | 60 | 9 | 8 | 31 |
| Southwest Tofu Wrap | 561 | 22 | 5 | 0 | 9 | 1399 | 72 | 10 | 15 | 21 |
| Steak & Cheese Sub | 383 | 20 | 10 | 1 | 124 | 428 | 7 | 1 | 3 | 44 |
| Swedish Meatballs | 284 | 15 | 6 | 1 | 92 | 289 | 9 | 1 | 1 | 25 |
| Three Bean Chili | 341 | 3 | 1 | 0 | 0 | 811 | 63 | 20 | 8 | 20 |
| Tofu Chef Salad | 71 | 2 | 0 | 0 | 0 | 39 | 9 | 3 | 6 | 6 |
| Tofu Fajitas | 97 | 4 | 1 | 0 | 0 | 51 | 6 | 1 | 3 | 10 |
| Tofu Fried Rice | 335 | 10 | 2 | 0 | 0 | 327 | 48 | 1 | 2 | 14 |
| Tofu Italian Pasta | 282 | 9 | 1 | 0 | 0 | 376 | 40 | 3 | 3 | 11 |
| Tuna Salad | 152 | 3 | 1 | 0 | 30 | 210 | 6 | 1 | 5 | 24 |

| SAUCES/GRAVIES | Calories | Fat (g) | Sat. Fat (g) | Trans Fat (g) | Cholesterol (mg) | Sodium (mg) | Carbs (g) | Fiber (g) | Sugar (g) | Protein (g) |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Gravy | 43 | 3 | 1 | 0 | 0 | 5 | 4 | 0 | 0 | 1 |
| Chicken Gravy | 43 | 3 | 1 | 0 | 0 | 5 | 4 | 0 | 0 | 1 |
| Cream Gravy | 54 | 3 | 1 | 0 | 1 | 21 | 5 | 0 | 2 | 2 |
| Marinara Sauce | 74 | 1 | 0 | 0 | 1 | 510 | 16 | 5 | 11 | 3 |
| Soy Spaghetti Sauce | 93 | 1 | 0 | 0 | 0 | 140 | 13 | 5 | 7 | 10 |

| SIDES | Calories | Fat (g) | Sat. Fat (g) | Trans Fat (g) | Cholesterol (mg) | Sodium (mg) | Carbs (g) | Fiber (g) | Sugar (g) | Protein (g) |
|---|---|---|---|---|---|---|---|---|---|---|
| Baked Beans | 300 | 1 | 0 | 0 | 0 | 333 | 60 | 19 | 12 | 15 |
| Baked Potato | 171 | 0 | 0 | 0 | 0 | 18 | 39 | 4 | 2 | 5 |
| Baked Potato Chips | 120 | 3 | 0 | 0 | 1 | 230 | 21 | 2 | 0 | 3 |
| Baked Sweet Potato | 124 | 0 | 0 | 0 | 0 | 50 | 29 | 5 | 9 | 3 |
| Baked Tater Tots | 329 | 15 | 3 | 6 | 0 | 793 | 47 | 3 | 0 | 4 |
| Black Beans | 285 | 1 | 0 | 0 | 0 | 8 | 51 | 19 | 1 | 19 |
| Black Eyed Peas | 328 | 1 | 0 | 0 | 0 | 7 | 59 | 22 | 2 | 22 |
| Cilantro Rice | 228 | 1 | 0 | 0 | 0 | 30 | 48 | 1 | 1 | 5 |
| Coleslaw | 72 | 4 | 1 | 0 | 3 | 130 | 9 | 1 | 7 | 1 |
| Egg Noodles | 197 | 3 | 1 | 0 | 41 | 12 | 36 | 2 | 1 | 6 |
| Fish Taco Slaw | 13 | 0 | 0 | 0 | 0 | 9 | 3 | 1 | 2 | 1 |
| French Fries | 556 | 27 | 4 | 0 | 0 | 19 | 75 | 8 | 3 | 6 |
| Garlic Macaroni | 283 | 5 | 3 | 0 | 10 | 36 | 49 | 3 | 1 | 9 |
| Italian Pasta Salad | 279 | 11 | 2 | 0 | 0 | 356 | 38 | 3 | 2 | 7 |
| Macaroni & Cheese | 372 | 16 | 9 | 1 | 44 | 333 | 39 | 2 | 4 | 17 |
| Macaroni Salad | 295 | 12 | 2 | 0 | 27 | 270 | 38 | 2 | 3 | 8 |
| Mashed Potatoes | 144 | 0 | 0 | 0 | 0 | 23 | 33 | 3 | 3 | 4 |
| Oven Brown Potatoes | 157 | 0 | 0 | 0 | 0 | 17 | 36 | 4 | 2 | 4 |
| Pinto Beans | 336 | 2 | 0 | 0 | 0 | 7 | 62 | 21 | 1 | 21 |
| Potato Chips | 151 | 10 | 1 | 0 | 0 | 149 | 15 | 2 | 1 | 1 |
| Potato Salad | 157 | 5 | 1 | 0 | 3 | 167 | 28 | 3 | 4 | 2 |

## BOP FY 2023 National Menu Nutrition Facts

| SIDES (CONT'D) | Calories | Fat (g) | Sat. Fat (g) | Trans Fat (g) | Cholesterol (mg) | Sodium (mg) | Carbs (g) | Fiber (g) | Sugar (g) | Protein (g) |
|---|---|---|---|---|---|---|---|---|---|---|
| Rice Pilaf | 223 | 5 | 1 | 0 | 2 | 37 | 39 | 1 | 4 | 4 |
| Spaghetti Pasta | 327 | 5 | 1 | 0 | 69 | 17 | 60 | 3 | 1 | 11 |
| Spaghetti w/ Marinara | 255 | 2 | 0 | 0 | 0 | 65 | 50 | 3 | 2 | 9 |
| Steamed Rice | 336 | 1 | 0 | 0 | 0 | 20 | 71 | 2 | 0 | 8 |
| Three Bean Salad | 251 | 12 | 2 | 0 | 0 | 383 | 33 | 4 | 21 | 5 |
| Tortilla Chips | 134 | 6 | 1 | 0 | 0 | 93 | 19 | 2 | 0 | 2 |

| VEGETABLES | Calories | Fat (g) | Sat. Fat (g) | Trans Fat (g) | Cholesterol (mg) | Sodium (mg) | Carbs (g) | Fiber (g) | Sugar (g) | Protein (g) |
|---|---|---|---|---|---|---|---|---|---|---|
| Beets | 35 | 0 | 0 | 0 | 0 | 220 | 8 | 2 | 6 | 1 |
| Boiled Potatoes | 96 | 0 | 0 | 0 | 0 | 8 | 23 | 3 | 1 | 2 |
| Carrots | 28 | 0 | 0 | 0 | 0 | 274 | 6 | 2 | 3 | 1 |
| Collard Greens | 37 | 1 | 0 | 0 | 0 | 320 | 6 | 5 | 0 | 3 |
| Whole Kernel Corn | 76 | 1 | 0 | 0 | 0 | 232 | 16 | 2 | 5 | 3 |
| Garden Salad | 25 | 0 | 0 | 0 | 0 | 26 | 5 | 2 | 3 | 1 |
| Green Beans | 25 | 1 | 0 | 0 | 0 | 261 | 5 | 2 | 1 | 1 |
| Mixed Vegetables | 56 | 0 | 0 | 0 | 0 | 243 | 11 | 3 | 3 | 3 |
| Peas | 77 | 1 | 0 | 0 | 0 | 310 | 13 | 6 | 3 | 5 |
| Spinach | 26 | 1 | 0 | 0 | 0 | 222 | 4 | 3 | 0 | 3 |

| BREAKFAST/BRUNCH | Calories | Fat (g) | Sat. Fat (g) | Trans Fat (g) | Cholesterol (mg) | Sodium (mg) | Carbs (g) | Fiber (g) | Sugar (g) | Protein (g) |
|---|---|---|---|---|---|---|---|---|---|---|
| Bran Cereal | 180 | 1 | 0 | 0 | 0 | 405 | 47 | 10 | 10 | 6 |
| Breakfast Cake | 339 | 19 | 10 | 1 | 27 | 102 | 38 | 1 | 20 | 5 |
| French Toast | 203 | 5 | 1 | 0 | 105 | 302 | 28 | 3 | 6 | 11 |
| Hot Grits | 105 | 0 | 0 | 0 | 0 | 12 | 22 | 1 | 0 | 2 |
| Hot Oatmeal | 137 | 3 | 1 | 0 | 0 | 108 | 26 | 4 | 1 | 5 |
| Pancakes | 205 | 4 | 1 | 0 | 45 | 441 | 34 | 1 | 5 | 7 |
| Peanut Butter | 678 | 58 | 12 | 0 | 0 | 483 | 25 | 6 | 12 | 25 |
| Scrambled Eggs | 204 | 16 | 4 | 0 | 332 | 122 | 2 | 0 | 2 | 12 |

| FRUIT | Calories | Fat (g) | Sat. Fat (g) | Trans Fat (g) | Cholesterol (mg) | Sodium (mg) | Carbs (g) | Fiber (g) | Sugar (g) | Protein (g) |
|---|---|---|---|---|---|---|---|---|---|---|
| Apple | 95 | 0 | 0 | 0 | 0 | 2 | 25 | 4 | 19 | 0 |
| Applesauce (canned) | 102 | 0 | 0 | 0 | 0 | 5 | 27 | 3 | 23 | 0 |
| Apricot | 50 | 0 | 0 | 0 | 0 | 1 | 12 | 2 | 10 | 1 |
| Apricot (canned, light syrup) | 159 | 0 | 0 | 0 | 0 | 10 | 42 | 4 | 38 | 1 |
| Apricot (frozen) | 231 | 1 | 0 | 0 | 0 | 2 | 57 | 4 | 53 | 3 |
| Banana | 105 | 0 | 0 | 0 | 0 | 1 | 27 | 3 | 14 | 1 |
| Blackberries (frozen) | 114 | 1 | 0 | 0 | 0 | 1 | 28 | 7 | 21 | 2 |
| Blueberries | 84 | 0 | 0 | 0 | 0 | 1 | 21 | 4 | 15 | 1 |
| Blueberries (frozen) | 117 | 1 | 0 | 0 | 0 | 2 | 28 | 6 | 19 | 1 |
| Cantaloupe | 54 | 0 | 0 | 0 | 0 | 26 | 13 | 1 | 13 | 1 |
| Cherries | 97 | 0 | 0 | 0 | 0 | 0 | 25 | 3 | 20 | 2 |
| Cherries (frozen) | 231 | 0 | 0 | 0 | 0 | 3 | 58 | 5 | 52 | 3 |
| Clementine | 70 | 0 | 0 | 0 | 0 | 1 | 18 | 3 | 14 | 1 |
| Fruit cocktail (canned, light syrup) | 138 | 0 | 0 | 0 | 0 | 15 | 36 | 2 | 34 | 1 |
| Grapefruit (fresh, pink or red) | 64 | 0 | 0 | 0 | 0 | 0 | 14 | 2 | 9 | 1 |
| Grapes | 104 | 0 | 0 | 0 | 0 | 3 | 27 | 1 | 23 | 1 |

## BOP FY 2023 National Menu Nutrition Facts

| FRUIT (CONT'D) | Calories | Fat (g) | Sat. Fat (g) | Trans Fat (g) | Cholesterol (mg) | Sodium (mg) | Carbs (g) | Fiber (g) | Sugar (g) | Protein (g) |
|---|---|---|---|---|---|---|---|---|---|---|
| Honeydew Melon | 61 | 0 | 0 | 0 | 0 | 31 | 15 | 1 | 14 | 1 |
| Kiwi | 42 | 0 | 0 | 0 | 0 | 2 | 10 | 2 | 6 | 1 |
| Mandarin Orange | 47 | 0 | 0 | 0 | 0 | 2 | 12 | 2 | 9 | 1 |
| Mango | 99 | 1 | 0 | 0 | 0 | 2 | 25 | 3 | 23 | 1 |
| Nectarine | 62 | 0 | 0 | 0 | 0 | 0 | 15 | 2 | 11 | 2 |
| Orange | 62 | 0 | 0 | 0 | 0 | 0 | 15 | 3 | 12 | 1 |
| Papaya | 62 | 0 | 0 | 0 | 0 | 12 | 16 | 2 | 11 | 1 |
| Peach | 59 | 0 | 0 | 0 | 0 | 0 | 14 | 2 | 13 | 1 |
| Peach (canned, light syrup) | 136 | 0 | 0 | 0 | 0 | 13 | 37 | 3 | 33 | 1 |
| Pear | 101 | 0 | 0 | 0 | 0 | 2 | 27 | 6 | 17 | 1 |
| Peach (frozen) | 235 | 0 | 0 | 0 | 0 | 15 | 60 | 5 | 55 | 2 |
| Pear (canned, light syrup) | 143 | 0 | 0 | 0 | 0 | 13 | 38 | 4 | 30 | 0 |
| Pineapple | 83 | 0 | 0 | 0 | 0 | 2 | 22 | 2 | 16 | 1 |
| Pineapple (canned, light syrup) | 131 | 0 | 0 | 0 | 0 | 3 | 34 | 2 | 32 | 1 |
| Plum | 91 | 1 | 0 | 0 | 0 | 0 | 23 | 3 | 20 | 1 |
| Plum (canned, light syrup) | 159 | 0 | 0 | 0 | 0 | 50 | 41 | 2 | 39 | 1 |
| Raspberries | 64 | 1 | 0 | 0 | 0 | 1 | 15 | 8 | 5 | 1 |
| Raspberries (frozen) | 258 | 0 | 0 | 0 | 0 | 3 | 65 | 11 | 54 | 2 |
| Strawberries | 46 | 0 | 0 | 0 | 0 | 1 | 11 | 3 | 7 | 1 |
| Strawberries (frozen) | 245 | 0 | 0 | 0 | 0 | 8 | 66 | 5 | 61 | 1 |
| Tangerine | 47 | 0 | 0 | 0 | 0 | 2 | 12 | 2 | 9 | 1 |
| Watermelon | 46 | 0 | 0 | 0 | 0 | 2 | 11 | 1 | 9 | 1 |
| SOUPS | Calories | Fat (g) | Sat. Fat (g) | Trans Fat (g) | Cholesterol (mg) | Sodium (mg) | Carbs (g) | Fiber (g) | Sugar (g) | Protein (g) |
| Black Bean Soup | 312 | 2 | 1 | 0 | 1 | 14 | 55 | 19 | 3 | 20 |
| Cream of Potato Soup | 154 | 1 | 0 | 0 | 2 | 57 | 31 | 3 | 6 | 5 |
| Old Fashioned Bean Soup | 120 | 1 | 0 | 0 | 0 | 61 | 23 | 8 | 2 | 6 |
| Vegetable Soup | 41 | 0 | 0 | 0 | 1 | 72 | 8 | 2 | 3 | 1 |
| BREADS | Calories | Fat (g) | Sat. Fat (g) | Trans Fat (g) | Cholesterol (mg) | Sodium (mg) | Carbs (g) | Fiber (g) | Sugar (g) | Protein (g) |
| Biscuit | 144 | 4 | 1 | 0 | 0 | 348 | 24 | 1 | 1 | 3 |
| Cornbread | 211 | 8 | 1 | 0 | 26 | 366 | 30 | 1 | 3 | 4 |
| Flour Tortilla | 150 | 4 | 1 | 0 | 0 | 361 | 24 | 2 | 2 | 4 |
| Garlic Bread | 158 | 12 | 7 | 0 | 29 | 194 | 11 | 0 | 2 | 2 |
| Whole Wheat Bread | 71 | 1 | 0 | 0 | 0 | 129 | 12 | 2 | 1 | 4 |
| Whole Wheat Hamburger Bun | 108 | 2 | 0 | 0 | 0 | 196 | 18 | 3 | 2 | 5 |
| Whole Wheat Hot Dog Bun | 108 | 2 | 0 | 0 | 0 | 196 | 18 | 3 | 2 | 5 |

## BOP FY 2023 National Menu Nutrition Facts

| CONDIMENTS/ADD-ONS | Calories | Fat (g) | Sat. Fat (g) | Trans Fat (g) | Cholesterol (mg) | Sodium (mg) | Carbs (g) | Fiber (g) | Sugar (g) | Protein (g) |
|---|---|---|---|---|---|---|---|---|---|---|
| Catsup | 9 | 0 | 0 | 0 | 0 | 82 | 2 | 0 | 2 | 0 |
| Diced Onions & Peppers | 17 | 0 | 0 | 0 | 0 | 2 | 4 | 1 | 2 | 1 |
| Jelly | 28 | 0 | 0 | 0 | 0 | 3 | 7 | 0 | 5 | 0 |
| Lettuce | 4 | 0 | 0 | 0 | 0 | 3 | 1 | 0 | 1 | 0 |
| Margarine | 33 | 4 | 1 | 1 | 0 | 31 | 0 | 0 | 0 | 0 |
| Mayonnaise | 30 | 3 | 0 | 0 | 2 | 78 | 2 | 0 | 1 | 0 |
| Mustard | 3 | 0 | 0 | 0 | 0 | 55 | 0 | 0 | 0 | 0 |
| Onion | 5 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 |
| Pancake Syrup | 73 | 0 | 0 | 0 | 0 | 17 | 20 | 0 | 12 | 0 |
| Pickles | 2 | 0 | 0 | 0 | 0 | 113 | 0 | 0 | 0 | 0 |
| Salad Dressing | 18 | 2 | 0 | 0 | 0 | 97 | 1 | 0 | 0 | 0 |
| Salsa | 19 | 0 | 0 | 0 | 0 | 90 | 4 | 2 | 3 | 1 |
| Shredded Cheese | 230 | 19 | 11 | 1 | 58 | 365 | 1 | 0 | 0 | 14 |
| Sliced Cheese | 78 | 7 | 4 | 0 | 21 | 355 | 1 | 0 | 0 | 4 |
| Sliced Onion | 5 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 |
| Sugar Substitute Pks | 7 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 0 |
| Tartar Sauce | 57 | 4 | 1 | 0 | 3 | 197 | 6 | 0 | 5 | 0 |
| Tomato | 9 | 0 | 0 | 0 | 0 | 3 | 2 | 1 | 1 | 0 |
| BEVERAGES | Calories | Fat (g) | Sat. Fat (g) | Trans Fat (g) | Cholesterol (mg) | Sodium (mg) | Carbs (g) | Fiber (g) | Sugar (g) | Protein (g) |
| Coffee | 2 | 0 | 0 | 0 | 0 | 5 | 1 | 1 | 0 | 0 |
| Milk | 167 | 0 | 0 | 0 | 10 | 206 | 24 | 0 | 25 | 17 |

**Federal Bureau of Prisons**

COLEMAN LOW F(

Menu Type:  Mainline FY 2025

# Weekly Menu

Date Range: 10/20/2024  to 11/23/2024

**Week #:**  5

| Sunday (11/10/24) | Veterans Day | Tuesday (11/12/24) | Wednesday (11/13/24) | Thursday (11/14/24) | Friday (11/15/24) | Saturday (11/16/24) |
|---|---|---|---|---|---|---|
| **BREAKFAST** | **BREAKFAST** | **BREAKFAST** | **BREAKFAST** | **BREAKFAST** | **BREAKFAST** | **BREAKFAST** |
| ♥Fruit | ♥Fruit | ♥Fruit | ♥Fruit | ♥Fruit | ♥Fruit | ♥Fruit |
| ♥Hot Grits | ♥Bran Flakes | ♥Bran Flakes | ♥Hot Oatmeal | ♥Bran Flakes | ♥Hot Oatmeal | ♥Hot Oatmeal |
| Breakfast Cake or | Breakfast Cake or | Coffee Cake or | Pancakes | Coffee Cake or | French Toast (2) | Breakfast Cake or |
| ♥Whole Wheat Bread | ♥Whole Wheat Bread | ♥Whole Wheat Bread | W/Syrup or | ♥Whole Wheat Bread | W/Syrup or | ♥Whole Wheat Bread |
| and ♥Jelly (2) | and ♥Jelly (2) | and ♥Jelly (2) | ♥Whole Wheat Bread | and ♥Jelly (2) | ♥Whole Wheat Bread | and ♥Jelly (2) |
| ♥Kosher Sugar Sub. Pks | ♥Kosher Sugar Sub. Pks | ♥Kosher Sugar Sub. Pks | and ♥Jelly (2) | ♥Kosher Sugar Sub. Pks | and ♥Jelly (2) | ♥Kosher Sugar Sub. Pks |
| ♥Margarine Pat | ♥Margarine Pat | ♥Margarine Pat | ♥Kosher Sugar Sub. Pks | ♥Margarine Pat | ♥Kosher Sugar Sub. Pks | ♥Margarine Pat |
| ♥Skim Milk | ♥Skim Milk | ♥Skim Milk | ♥Margarine Pat | ♥Skim Milk | ♥Margarine Pat | ♥Skim Milk |
| Kosher Coffee, Ind | Kosher Coffee, Ind | | ♥Skim Milk | | ♥Skim Milk | Kosher Coffee, Ind |
| **LUNCH** | **LUNCH** | **LUNCH** | **LUNCH** | **LUNCH** | **LUNCH** | **LUNCH** |
| ♥Boiled Eggs (2) or | Chicken Wings | ♥Chkn Breast Sandwich | ♥Hamburger | ♥Baked Chicken | ♥Baked Fish | Beef Nachos |
| or #Peanut Butter & | ♥#or Black Bean Burger | #or Chickpea Burger | #or Black Bean Burger | #or Black Beans | #or Baked Beans | ♥#or Three Bean Chili |
| ♥Oven Brown Potatoes | ♥Potato Salad | ♥Steamed Rice | French Fries or | ♥Baked Sweet Potato | ♥Garlic Macaroni | ♥Cilantro Rice |
| French Toast (2) | Baked Beans (NP) | ♥Pinto Beans | ♥Baked Potato | ♥Mixed Vegetables | ♥Spinach | ♥Pinto Beans |
| W/Syrup or | ♥Great Northern Beans | ♥Lettuce/Tomato | ♥W/Margarine Pat | ♥Whole Wheat Bread | ♥Coleslaw | ♥WK Corn |
| ♥Whole Wheat Bread | ♥WK Corn | Mayonnaise | ♥Lettuce/Tomato | ♥Margarine Pat | Tartar Sauce | ♥Salsa |
| and ♥Jelly (2) | Cornbread or | ♥WW Hamburger Bun | ♥Sliced Onions | ♥Fruit | ♥Whole Wheat Bread | ♥Fruit |
| ♥Margarine Pat | ♥Whole Wheat Bread | ♥Fruit | ♥Mustard | or Dessert | ♥Fruit | Beverage |
| ♥Fruit | ♥Margarine Pat | or Dessert | Kosher Catsup | Beverage | Beverage | |
| Beverage | ♥Fruit | Beverage | ♥WW Hamburger Bun | | | |
| | or Ice Cream, Ind | | ♥Fruit | | | |
| | Beverage | | Beverage | | | |
| **DINNER** | **DINNER** | **DINNER** | **DINNER** | **DINNER** | **DINNER** | **DINNER** |
| ♥Beef Tacos | ♥Pepper Steak | Pork Italian Sausage | ♥Old Fashn Bean Soup | Steak & Cheese Sub | ♥Baked Ziti & Beef | ♥Chicken Cheese Steak |
| #or Chickpea Tacos | #or Lentils | #♥ or Lentils | Chef Salad | #♥or Kidney Beans | #or Soy Baked Ziti | #or Navy Beans |
| ♥Cilantro Rice | ♥Steamed Rice | ♥Oven Brown Potatoes | #♥or Tofu Chef Salad | ♥Baked Potato | ♥Green Beans | ♥Italian Pasta Salad |
| ♥Black Beans | ♥Green Beans | ♥Diced Onions & Peprs | ♥Beets (Cold) | ♥W/Margarine Pat | ♥Garden Salad | ♥Carrots |
| ♥WK Corn | ♥Whole Wheat Bread | ♥Mixed Vegetables | Potato Chips or | ♥Green Beans | Salad Dressing | ♥WW Hot Dog Bun |
| Shredded Cheese | Beverage | ♥Mustard | Salad Dressing | ♥WW Hot Dog Bun | ♥Whole Wheat Bread | Beverage |
| ♥Salsa | | Kosher Catsup | ♥Whole Wheat Bread | Beverage | Beverage | |
| ♥Taco Shells (2) | | ♥WW Hot Dog Bun | Beverage | | | |
| Beverage | | Beverage | | | | |

#Indicates No Flesh Entrée Item      ♥Indicates Heart Healthy

10/16/2024 02:01 PM

**Federal Bureau of Prisons**

COLEMAN LOW F(

**Menu Type:** Mainline FY 2025

## Weekly Menu

**Date Range:** 10/20/2024   to 11/23/2024

**Week #:**  1

| Sunday (11/17/24) | Monday (11/18/24) | Tuesday (11/19/24) | Wednesday (11/20/24) | Thursday (11/21/24) | Friday (11/22/24) | Saturday (11/23/24) |
|---|---|---|---|---|---|---|
| **BREAKFAST** | **BREAKFAST** | **BREAKFAST** | **BREAKFAST** | **BREAKFAST** | **BREAKFAST** | **BREAKFAST** |
| ♥Fruit | ♥Fruit | ♥Fruit | ♥Fruit | ♥Fruit | ♥Fruit | ♥Fruit |
| ♥Hot Grits | ♥Hot Oatmeal | ♥Bran Flakes | ♥Hot Oatmeal | ♥Hot Oatmeal | ♥Hot Oatmeal | ♥Hot Oatmeal |
| Breakfast Cake | Cream Gravy | Coffee Cake or | Pancakes | ♥Bran Flakes | French Toast (2) | Breakfast Cake or |
| ♥Whole Wheat Bread | ♥Oven Brown Potatoes | ♥Whole Wheat Bread | W/Syrup or | Coffee Cake or | W/Syrup or | ♥Whole Wheat Bread |
| and ♥Jelly (2) | Biscuits (2) | and ♥Jelly (2) | ♥Whole Wheat Bread | ♥Whole Wheat Bread | ♥Whole Wheat Bread | and ♥Jelly (2) |
| ♥Kosher Sugar Sub. Pks | ♥Whole Wheat Bread | ♥Kosher Sugar Sub. Pks | and ♥Jelly (2) | and ♥Jelly (2) | and ♥Jelly (2) | ♥Kosher Sugar Sub. Pks |
| ♥Margarine Pat | and ♥Jelly (2) | ♥Margarine Pat | ♥Kosher Sugar Sub. Pks | ♥Kosher Sugar Sub. Pks | ♥Kosher Sugar Sub. Pks | ♥Margarine Pat |
| ♥Skim Milk | ♥Kosher Sugar Sub. Pks | ♥Skim Milk | ♥Margarine Pat | ♥Margarine Pat | ♥Margarine Pat | ♥Skim Milk |
| Kosher Coffee, Ind | ♥Skim Milk | | ♥Skim Milk | ♥Skim Milk | ♥Skim Milk | Kosher Coffee, Ind |
| **LUNCH** | **LUNCH** | **LUNCH** | **LUNCH** | **LUNCH** | **LUNCH** | **LUNCH** |
| ♥Scrambled Eggs or | Southwest Chicken Wrap | Chicken Patty Sandwich | ♥Hamburger | ♥Baked Chicken | ♥Baked Fish | ♥Beef Tacos |
| or #Peanut Butter & | ♥or Chicken & Veggies | #or Chickpea Burger | #or Black Bean Burger | ♥Mashed Potatoes | #or Baked Beans | #or Black Beans |
| ♥Oven Brown Potatoes | #or Southwest Tofu Wrap | ♥Steamed Rice | French Fries or | ♥Green Beans | Macaroni & Cheese or | ♥Cilantro Rice |
| Cream Gravy | ♥Coleslaw | ♥Pinto Beans | ♥Baked Potato | Chicken Gravy | ♥Garlic Macaroni | ♥WK Corn |
| Biscuits (2) | ♥Pinto Beans | ♥Lettuce/Tomato | ♥W/Margarine Pat | ♥Whole Wheat Bread | ♥Carrots | ♥Taco Shells (2) |
| ♥Whole Wheat Bread | ♥Fruit | Mayonnaise | ♥Lettuce/Tomato | ♥Margarine Pat | Tartar Sauce | Shredded Cheese |
| and ♥Jelly (2) | Beverage | ♥WW Hamburger Bun | ♥Sliced Onions | ♥Fruit | ♥Whole Wheat Bread | ♥Salsa |
| ♥Fruit | | ♥Fruit | ♥Mustard | or Dessert | ♥Fruit | ♥Fruit |
| Beverage | | or Dessert | Kosher Catsup | Beverage | Beverage | Beverage |
| | | Beverage | ♥WW Hamburger Bun | | | |
| | | | ♥Fruit | | | |
| | | | Beverage | | | |
| **DINNER** | **DINNER** | **DINNER** | **DINNER** | **DINNER** | **DINNER** | **DINNER** |
| ♥Roast Beef | ♥Turkey Roast | ♥Salisbury Steak | ♥Black Bean Soup | ♥Chicken Fajita | ♥Pasta | ♥Vegetable Soup |
| #or Black Eyed Peas | #or Navy Beans | #or Black Eyed Peas | ♥Beef Taco Salad | #or Tofu Fajita | ♥w/ Marinara Sauce | ♥Chicken Salad |
| ♥Mashed Potatoes | ♥Steamed Rice | ♥Mashed Potatoes | #or Soy Taco Salad | ♥Cilantro Rice | Meatballs | or #Hummus |
| ♥Green Beans | ♥Green Peas | Brown Gravy | ♥Steamed Rice | ♥Black Beans | #or Chickpea Marinara | Potato Chips |
| Brown Gravy | Brown Gravy | ♥WK Corn | Shredded Cheese | ♥WK Corn | ♥Spinach | ♥Baked Potato |
| ♥Whole Wheat Bread | ♥Whole Wheat Bread | ♥Whole Wheat Bread | ♥Salsa | ♥Salsa | ♥Garden Salad | ♥W/Margarine Pat |
| Beverage | Beverage | ♥Margarine Pat | Beverage | Beverage | Salad Dressing | ♥Lettuce Leaf |
| | | Beverage | | | Garlic Bread or | ♥Whole Wheat Bread |
| | | | | | ♥Whole Wheat Bread | Beverage |
| | | | | | Beverage | |

#Indicates No Flesh Entrée Item        ♥Indicates Heart Healthy

21 Atr. 9

 

2d App. 16

Clifford and Bernadette Darden